# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**FILED**
**CLERK**

**Michael Kramer**  3:30 pm, Apr 08, 2022
Chief Deputy, Central Islip

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6060

Date: 4|8|22
Re: 18-3845(JMA)(JMW)

Dear *pro se* litigant:

The enclosed ___document___ is being returned without docketing or consideration for the following reason(s):

( )   The docket number and/or judges' initials are incorrect or missing.

( )   Your signature is required on all papers filed with the Court.

( )   These papers appear to be intended for another court or agency.

( )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )   Your papers do not meet the minimum requirements for:
    ( )   Legibility: please type or print clearly.
    ( )   Language: only <u>English</u> is acceptable.
    ( )   Form or Content: See forms/instructions enclosed.
    ( )   Please indicate the documents you served on your affirmation of service.
    ( )   Other:

( )   This Court will only accept papers on 8 ½ by 11" paper. Note that this does not include exhibits. Documents submitted for filing should be **unbound originals**.

( )   Documents submitted for filing should not include (social security number, birthdate, names of minor children, financial account number etc.)

( )   Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to: United States Court of Appeals for the Second Circuit Thurgood Marshall U. S. Courthouse, 40 Foley Square, New York, NY 10007

( )   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(✓)   Other: As per the enclosed order your papers were to be served (not filed) by April 11. Once fully briefed the motion will be filed with the Court.

By: _____
J. Grady, Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

18-CV-3845

MARBIN RODRIGUEZ,
                Plaintiff,

SUPPORTING AFFIDAVIT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 08 2022  ★

LONG ISLAND OFFICE

- against -

THE COUNTY OF NASSAU, THE POLICE
COMMISSIONER FOR NASSAU COUNTY 5TH
PRECINCT, DETECTIVE DIANA KELLY, SGT.
GUBBA (#8580), POLICE OFFICER
NORDQUIST (#9445); POLICE OFFICER
LEEB (#9554), POLICE OFFICER
MCGOWAN (#9956) POLICE OFFICER
DIGIAN BATTISTA (#9636) POLICE
OFFICER GROGAN (#9854), and
JOHN DOE POLICE officer, #1115 in
Their individual and official Capacity
each and every one of The defendants,

                Defendants.

MARBIN RODRIGUEZ, being duly Sworn deposes and Says:

1) I am The Plaintiff above named in Caption and I Make
This affidavit opposing defendants Motion for Dismissal

or for Summary Judgment and Setting forth all facts that are in dispute.

2) Plaintiff has Personal Knowledge of the incident That Took Place at 100 Rockmart Avenue, Elmont, New York 11003, on the date of June 10, 2017.

3) Defendants did not have a warrant To enter Property or To Search Plaintiff Room.

4) Plaintiff did not Consent To defendants unlawful enter into his Room OR To Search his Room.

5) Defendants DiGiAm BATTISTA, Nordquist, GroGan and other John Doe Police officers without Provocation ASSAulted Plaintiff.

6) No Consent was given To Defendants by Mr. GAleano to Search The Property.

7) The Defendants under The Color of law used Their official CAPACity to Fraudantly file false documents and Papers To Authorize Their Conduct

8) Defendants Search and Seizured of Property and Person was illegal.

9) The Defendants Seizure of Person, Property and rights of All residents on June 10, 2017, at or about 3:30 AM at 100 Rockmart Ave, Elmont, N.Y. 11003 was illegal.

10) Plaintiff believe defendants Acts, Conduct and behavior was Predicated upon undercover investigation and operation by agents, employees and/or informants for IMMIGRATION CUSTOMS ENFORCEMENT BUREAU.

11) Plaintiff do not have a Criminal record and do not have any Law enforcement Contact.

12) Defendants Kelly, used Fabricated information to Search The house at 100 Rockmart Ave, Elmonti, NY on June 10, 2017.

13) Defendant Kelly, with other defendants Manufactured a Nassau County Police Department document knowing The content of Said document was not True used The document To Violate Plaintiff Constitutional Rights under Federal and STATE Protections.

14) Defendants Gubba used his official Capacity To use False information and knowning The information To be False Falsified a Police Document for The County Nassau Police Department

15) Defendant Gubba knowning The defendant Police Assaulted Several People including The Plaintiff inside The residence at 100 Rockmart Ave, Elmonti N.Y. on June 10, 2017, Failed to do a duty enjoined upon him to on behalf of The injuried Persons.

16) Defendant Gubba has used his official and individual Capacity To Cover up Police Misconduct and violate

Plaintiff's Rights under the STATE and Federal Constitution.

17) The County of Nassau have Failed to incorporate Provisions to encounter Rogue Police from displaying discriminatory Acts, conduct and behavior towards people Subjected to their official investigations from false Reporting.

18) The County of Nassau have allowed their Police Department at the 5th Precinct to utilize unwritten Policies and Regulations that target immigrants without documentations to be Falsely accused of Crimes without Probable or reasonable Cause.

19) The County of Nassau employment of a Police Commissioner have not regulated written policies and procedures to assure immigrants Procedural Process by Police officers are not Fabricated and/or Falsely manufactured for Police Promotions in Violation of Equal Protection LAWS and Due Process afforded to all Citizens in the united States.

20) Defendants, together have Conspired to Cover-up negligence and assaultive acts, conduct and behavior that has Caused Serious harm to Plaintiff and the family of the home were he resided on June 10, 2017 by Mental and physical harm and Bodily injuries.

21) Defendants disregarded their official obligations when they Failed to make available medical treatment.

22) Defendants fail to Report The Physical damage and Property damages Caused by Their illegal Search and Seizeure of Plaintiff, Property and others residing at 100 Rockmart Ave, Elmont, NY. 11003

23) Plaintiff was injured while he was being housed and under the Care, Custody and Control at The NASSAU COUNTY CORRECTIONAL FACILITY

24) Plaintiff is willing to testify in person in any administrative or Judicial Proceedings regarding The Contents of This Affidavit.

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THAT THIS APPLICATION IS ACCEPTED IN ALL RESPECT.

RESPECTFULLY SUBMITTED,

MARBIN RODIGUEZ PRO SE
A# 212-948-199

SWORN TO BEFORE ME THIS
4th DAY OF April 2022

NOTARY PUBLIC

JAMES CRYER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CR6406465
Qualified in Genesee County
My Commission Expires March 30, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV-18-3845

MARBIN RODRIGUEZ,
                    Plaintiff,

        - against -

THE COUNTY OF NASSAU, THE POLICE
COMMISSIONER FOR NASSAU COUNTY 5th
PRECINCT, DETECTIVE DIANA KELLY,
SGT. GUBBA #8580, POLICE OFFICER
NORDQUIST #9445; POLICE LEEB #9564,
POLICE McGOWAN #9956, POLICE DIGIAN
BAUTISTA #9636, POLICE OFFICER GROGAN
#9854, and JOHN DOE POLICE OFFICER #1115
in their individual and official capacity
Each and every one of the defendants.

                    Defendant's

        MEMORANDUM OF LAW IN SUPPORT OF THE
    PLAINTIFF, PURSUANT TO RULE 56 TO THE FEDERAL
    RULES OF CIVIL PROCEDURE. OPPOSE THE DEFENDANT'S
    MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND
    RULE IN THE PLAINTIFF FAVOR INSTEAD, BECAUSE:

# Table of Contents

Table of Contents

Table of Authorities

Preliminary Statement

Statement of Facts

Standard of Review

Argument

Conclusion

1)

1) Judical review is limited to the administraive record compiled by the defendant's:

2) There are disputed Material issues of fact, and

3) The defendant's action's was not in accordance with the law and unsupported by Substantial evidence.

Therefore Plaintiff is entitled to Judgment as a Matter of Law.

In Support of This Motion, Plaintiff State as follows:

## PRELIMINARY STATEMENT
This Memorandum of law is being Submitted by The Plaintiff opposing The defendant's Motion for dismissal or for Summary Judgment Pursuant To Federal Rule of Civil Procedure 56.

The key issue in This Case is a Simple one, The defendant's Violated The Plaintiffs Constitutional and Civil rights Causing Plaintiff and others Serious Mental and Physical INJuries when They used Physical force and the Threat of deadly force. The defendant's Conduct demonstrated total disregard To Life.

## STATEMENT OF FACTS
on The date of June 10, 2017 The defendants acting Together Violated Plaintiff Constitutional rights and Their oath of office and a duty That is owe To Plaintiff, when They with Guns drawn and Pointing at everyone, Kicking, Punching, Striking and using language That Can only indicate hatred and behavior Toward Plaintiff That was discriminatory. Pursuant

2)

To Title 42 U.S.C. Section 1983, 1981, 1985, 1986 defendants actions, conduct and behavior harmed Plaintiff, under the Color of Law.

Plaintiff receive injuries by the defendants to his neck, back, both arms ankles and head when defendants kicked him, Stepping on his ankles and Pulling him down the Stairs. Plaintiff never resisted but was Still assaulted by the defendants.

THE Facts That are in dispute: The defendants did not have a warrant to enter or to Search The Person and Property at loc Rockmart Avenue, Elmont, New York, County of NASSAU.

2) Plaintiff did not Consent to defendants Unlawfull enter into his room or to Seach his room.

3) defendants DiGiAM BATTISTA, Nordguist, GROGAN and other John Doe Police officers without Prevocation assaulted Plaintiff

4) Defendant Kelly, used Fabricated information to Search The house at loc Rockmart Avenue, Elmont N.Y.

5) Defendant Kelly, used False information to Search Plaintiff room.

6) The County of Nassau have allowed Their Police Department at the 5th Precinct to utilize unwritten Policies and Regulations That TARGet immigrants without documentations to be falsely accused of Crimes without Probable or Reasonable Cause.

3)

7) The County of Nassau employment of a Police Commissioner have not regulated written Policies and Procedures to assure immigrants Procedural Process by Police officers are not fabricated and/or falsely Manufactured for Police Promotions in Violation of Equal Protection Laws and Due Process afforded to all Citizens in The united States.

8) Defendants, together have Conspired to Cover-up negligence and assaultive acts, Conducts and behavior that has Cause Serious harm to Plaintiff and The family of The home were he resided on June 10, 2017 by Mental and Physical harm and Bodily injuries.

9) Defendants disregarded Their official obligations when They failed to Make available Medical Treatment.

10) Defendants failed to Report The Physical damage and Property damages Caused by their illegal Search and Seizure of Plaintiff, Property and other residence at 100 Rockmart Avenue, Elmont, NY,

11) Plaintiff at all times mentioned was a resident at 100 Rockmart Avenue, in the Town of Elmont, County of Nassau, STATE of New York.

## STANDARD OF REVIEW

Plaintiff Presents Genuine Issue of Material Fact The Summary Judgment Procedure under Fed. R. Civ. P. 56 is designed To Secure a Just, Speedy and inexpensive determination of any action. The Court's function is not To

weigh the evidence and determine the Truth of the matter, but to determine whether there is a genuine issue as to any material fact and whether the moving party is entitled to Judgment as matter of law. Fed. R. Civ. P. 56(c) the moving party has the initial burden of showing the absence of a genuine issue of material fact as to an essential element of the non-movants case.

Entitlement as matter of Law, Genuine Disputes A moving party who bears the burden of proof at trial is entitled to Summary Judgment only when the evidence indicates that no genuine issue of material fact exists. Fed. R. Civ. P. 56(c) if the moving party does not bear the burden of proof, he must show that there is an absence of evidence to support the nonmoving party's case. This burden is met when the moving party identifies those portions of the record which demonstrate the absence of material fact.

The Defendants have not met their burden of proof and therefore must not be granted Summary Judgment Robertson v. Am. Airline, 239 F. Supp.2d 5. Butler v. Hyde U.S. Dist. LEXIS 90076 Yates V. Reliance Electric Co. 1989 U.S. Dist LEXIS 13685 Butts V. Southwestern Energy Prod. Co., 2014 U.S. Dist. LEXIS 130216. Adickes V. S.H. Kress & Co., 398 U.S. 1441

The Plaintiff Deny Defendants Motion for Summary Judgment and move the Court's To rule in it's favor.

On June 10, 2017 The Defendants Acting together Violated Plaintiff Constitutional Rights When they illegaly enter the resident with Guns drawn Assaulted Plaintiff and

others Causing Serious Mental and Physical Injuries
Exhibit--A

Defendants Actions, Conduct and behavior harmed Plaintiff,
under The Color of LAw.

LAw Enforcement officials, Excessive Force.
The Fourth Amendment Protects one's right To be Secure
from unreasonable Seizure. U.S. Const. amend IV. Claims of
excessive Force are analyzed under The law governing
unreasonable Seizure. To State a Clam for excessive force as
an unreasonable Seizure under The Fourth Amendment, a
Plaintiff must Show That a Seizure occurred and That
it was unreasonable.

Defendants used excessive force on The Plaintiff and
others Causing Serious Injuries. See Exhibit-B

WARRNTLESS SEARCHES, CONSENT To SEARCH
The Fourth and Fourteenth Amendments of the united States
Constitution require That a Consent to a Search not be coerced,
by explicit or implicit means, by implied Threat or Covert force.
For, no Matter how Subtly The Coercion was applied, The
resulting "Consent" would be no More Than a Pretext for The
unJustified Police intrusion against Which The Fourth
Amendment is directed.

No Consent was given To Search The resident at 100
Rockmart Avenue, Elmont, New yoRk 11003. See Exhibit-C

weigh the evidence and determine the truth of the matter, but to determine whether there is a genuine issue at to any material fact and whether the moving party is entitled to entitled to judgment as matter of law. Fed. R. Civ. P. 56 (c)

Section 2236. SEARCHES WITHOUT WARRANT
Whoever, being an officer, agent, or employee of the united
States or any department of agency thereof, engaged in the
enforcement of any law of the united States, Searches any
private dwelling used and occupied as such dwelling
Without a warrant directing such search, or maliciously
and without reasonable cause searches any other building or
property without a search warrant, shall be fined under this
title for a first offense: and, for a subsequent offense, shall
be fined under this title or imprisoned not more then one year,
or both.

The genuine issue of material fact, Defendants was never
given any consent to search the resident or Plaintiff
Property, nor was their a warrant to search the resident
by The Courts. it was about 3:50 A.m. Plaintiff was not a
threat to him self or the public. Plaintiff was in side of
his resident and pose no danger to anyone. The
Defendants Could have easilly obtain a warrant to Search
The resident and plaintiff but the defendants Choose to
violate Plaintiff Rights when They illegally enter The resident
with Guns drawn pointing at everyone, kicking, punching,
striking and using language that can only indicate hatred
and behavior toward plaintiff that was discriminatory. The
defendant violated their own oath and duties to violate
the Plaintiff Constitutional rights.

Under the Section 1983 Statute the defendants are liable
To the Plaintiff for damages caused by their Actions
The defendants are not immune from any damages.

IMMUNITY AND SECTION 1983

None of the Reconstruction Civil rights acts expressly extends
to governmental officials the immunity from liability for
damages conferred by the Common law - a point of
potentially greatest Significance in SECTION 1983 actions.
By it's literal Terms, Section 1983 Commands that every
person... Shall be liable to the party INjured," and the
Color of law proviso leaves no question but that the
Statute is directed to the acts of State and local officials.
Megargee v. Wittman, 550 F. Supp.2d 1190

Defendants deprives Plaintiff of his Constitutional and Federal
Statutory rights when they Abused they Authority against
Plaintiff by Assaulting and refusing to Provide Medical Aid
To Plaintiff. The Physical injuries to Plaintiff was Cause
by Defendants Actions under Color of law

Defendants under the Color of Law have used their official
Capacity to fraudently file false documents and Papers to
Authorize their Conduct when they Seizured the Persons,
Property and rights of All residents on June 10th 2017, at or
about 3:30AM at 100 Rockmart Ave, Elmont NY, 11003

Defendants together have Conspired to Cover-up negligence and
assaultive acts, Conduct and behavior that has Caused serious
harm to Plaintiff and the family of the home were Plaintiff
resided on June 10, 2017 by mental and Physical harm and
Bodily injuries. Exhibit - D

1983 (Title 42 USC) Civil action for Deprivation of Rights:
Every Person who under Color of any Statute, ordinance, regulation

Custom, or usage of any State..., Subjected or causes To, To be
subjected, any Citizen or any other Person within The
jurisdiction thereof to the deprivation of any right, Privilege,
or immunities secured by the Constitution and law, Shall be
liable to The party injured in an action at law, Suit in equity
or other proper proceeding for redress...

2441 (Title 18 USC) Conspiracy against Rights: if two or more
Person Conspire to injure, oppress, threaten, or intimidate any
Person in any State,... or District in the free exercise, or
enjoyment of any right, or privilege Secured to him by the
Constitution, or law of the united State, or because of his
having So exercised the same; they Shall be fine... or imprisoned...
or both;

Civil Aspect 20 N.Y. Jur. 2d. Conspiracy-Civil Aspect, Section 18
Fraudalent use of legal Proceeding: Parties who Conspires and act To
use legal Proceeding fraudalently that the to injure another are
liable for damages Substained by the Person injured. There is not
requirement That the measure of damages be Stated in The
complain So long as the facts are allege from damages... (A.S. Rampell,
Inc. v. Hister, Co., 3 NY 2d. 369, 165 NYS 2d. 475, 144 Ne 2d. 371 (1975);
Werbud V McHadrin Diry Corp.); Kaplan V Ginsburg, Inc.).

They may and Shall be assessed against individuals, Person, governmental
bodies, Corporate entities or any convinction of the Same, acting
in Concern and / or individual, jointly and Severally, without their
jurisdiction and venue and / or authority in the instant action
without recourse to Claim immunities of any form, and by their
Consent and admision deemed resulting from Their Perpetrating
These acts, and do not Preclude other remedies under State Law,

9)

Statutes, Rules or Common Law.

Crime is Contagious; if The Government become a law breaker it breeds Contes anarchy. In government of law, existence of The government will imperilled if it fail To observe the law Scrusposly. To declare That in The administration of The Criminal law The end Justified the means... would bring terrible restritution, against That Pernicuos doctrine This Court Should resolutedly set it's face on it Sworn to do under OATH.

The Defendants are Law breakers and must not be entitled To Summary Judgment or dismissal in their favor as a matter of law.

## CONCLUSION

For The reasons articulated above, the Plaintiff respectfully Submit That the defendants not be Granted Summary Judgment or dismissal in Their favor, because There is a genuine issue of Material fact, and the Court Must rule in Plaintiff as a Matter of Law.

Dated: Batavia, NEW YORK
        April 1, 2022
                                        MARBIN RODRIGUEZ.
                                        A-212-948-199
To: THOMAS A. ADAMS              Buffalo Federal Detention Facility
Acting Nassau County Attorney    Batavia, New York 14020
one west street                  Plaintiff Pro Se
Mineola, New york 11501

Liora M. Ben-Sorek
Deputy County Attorney

## STATEMENT OF MATERIAL FACTS THAT ARE IN DISPUTE.

1) Plaintiff make this statement as to the genuine material of that are in dispute.

2) Defendants enter the resident without a search warrant.

3) Plaintiff did not consent to defendants unlawfull enter into his or to search his room.

4) Plaintiff was assaulted by defendants.

5) Defendants used fabricated information to search the house at 100 Rockmart Ave. Elmonti NY on June 10, 2017.

6) Defendants, used false information to search Plaintiff room.

7) Defendants used their official and individual capacity to cover-up Police misconduct and violate Plaintiff Rights under the state and federal constitutiinen.

8) Defendants manufactured a Nassau County Police Department document knowning the content of said document was not true used the document to violate Plaintiff constitutional Rights under federal and state protections

9) The Defendants under the color of law have used their official capacity to fraudantly file false documents and papers to authorize their conduct when they seizured the

persons, property and rights of All residents on June 10, 2017, at or about 3:30 AM at 100 Rockmart Ave. Elmont, N.Y. 11003.

10) The Defendants fail to Report The Physical damage and Property damages caused by Their illegal Search and Seizeure of Plaintiff property and others residing at 100 Rockmart Avenue, Elmont, N.Y.

11) The Defendants, together have Conspired to Cover-up negligence and assaultive acts, conduct and behavior that has caused serious harm to Plaintiff and The family of The home Were he resided on June 10, 2017 by Mental and Physical harm and Bodily injuries.

12) The Defendants, disregarded Their official obligations When They failed to Make available medical treatment.

13) The County of Nassau have allowed Their Police Department at The 5th Precinct to utilize unwritten Policies and Regulations That TARGET immigrants without documentations To be falsely accued of Crimes without Probable or Reasonable Cause.

14) Plaintiff was injured while at The Nassau County Correctional Facility.

I am willing to Testify in Person in any Administrative or Judicial Proceedings regarding The contents of This document.

Marbin Rodriguez
A# 212-945-799

# Table of Authorities

Dennis v. DeJonng, 867 F. Supp. 2d 588

Nicholson v. Williams, 203 F. Supp. 2d 153

United States v. Corcoran, 40 M.J. 478

Spell v. McDaniel, 824 F. 2d 1380

Floyd v. City of New York, 959 F. Supp. 2d 540

McFadyen v. Duke Univ., 786 F. Supp. 2d 887

Dahlia v. Rodriguez, 735 F. 3d 1060

Harms v. oneida Police Dep't and Interim Police Chief, 2009 oneida App LEXS 12

Pennsylvania v. Porter, 659 F. 2d 306

Linthicum v. Johnsen, 2006 U.S. Dist. LEXIS 33896

Monroe v. Pape, 365 U.S. 167

Kinney v. Weaver, 367 F. 3d 337

Vanguard Justice Soc. V. Hughes, 471 F. Supp. 670

Georgia v. Randolph, 547 U.S. 103

Anderer v. Jones, 385 F. 3d 1043

United States v. Corte's-Cabán, 691 F. 3d 1

Gonzales v. City of Castle Rock, 366 F. 3d 1093

Smith v. Seven Points, 608 F. Supp. 455

Monell v. Dep't of Soc. Servs., 436 U.S. 658

Norton v. Schmidt, 2011 U.S. Dist. LEXIS 5795C

Hidalgo v. Egg Harbor Twp. Bd. of Educ., 2018 U.S. Dist LEXIS 138717

Fisher v. City of San Jose, 509 F. 3d 952

Schneckloth v. Bustamonte, 412 U.S. 218

United States v. Cata-Lopez, 358 F. Supp. 2d 579

United States v. Beatrite, 2016 U.S. Dist. LEXIS 20786

United States v. Sanchez, 635 F. 2d 47

United States v. Levetan, 729 F. Supp. 891

Dakhlallah v. Zima, 42 F. Supp. 3d 901

United States v. Montes-Reyes, 547 F. Supp. 2d 281

United State v. Romero, 743 F. Supp. 2d 1281

United States v. Talkington, 843 F. 2d 1041
United States v. Flores, 1991 U.S. Dist. LEXIS 12141
Reid v. Pautler, 36 F. Supp. 3d 1067
United States v. Restrepo, 890 F. Supp. 180
United States v. Barnes, 807 F. Supp. 2d 1154
United States v. Torres-Castro, 374 F. Supp. 2d 994
Rizzo v. Goode, 423 U.S. 362
Allee v. Medrane, 416 U.S. 802
Bell v. Milwaukee, 746 F. 2d 1205
Newton v. Rumery, 480 U.S. 386
Mahone v. Waddle, 564 F. 2d 1018
Gentile v. County of Suffolk, 129 F. R.D. 435
Johnson v. Balt. Police Dept, 452 F. Supp. 3d 283
Watkins v. Healy, 429 F. Supp. 3d 420
Council of organizations on Philadelphia Police Accountability and
Responsibility v. Rizzo, 357 F. Supp. 1289
Glass v. City of Philadelphia, 455 F. Supp. 2d 302

# CERTIFICATE OF SERVICE

Case Name: Marbin Rodriguez
File No: A# 212-948-199


I, Marbin Rodriguez, HEREBY CERTIFY That on April 1, 2022,
I Caused to be Served The:


by placing a true copy thereof enclosed in a sealed envelope, with postage
fully prepaid and depositing the same with united States Postal service
PRIORITY MAil to the Person at the address Set forth below.


## ADDRESS OF THE PERSON BEING SERVED

THOMAS A. ADAMS
Acting Nassau County Attorney
one West Street
Mineola, New york 11501
Attorney for Defendants
Liora M. Ben-Sorek
Deputy County Attorney

I, Marbin Rodriguez, declare under Penalty of Perjury That
The foregoing is true and correct.
Executed on April 1, 2022

Marbin Rodriguez

Exhibit - A

FACILITY: Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| DRUG ORDERS | NON DRUG ORDERS |
|---|---|

**IBUPROFEN 200MG TABLET (MOTRIN)** 08/17/2018
FOUR TABLET(S) BY MOUTH TWICE A DAY
AM AND PM PRN    `STOCK`
`DO NOT SEND`

DAYS: 14

`MAR`

---

| DIAGNOSIS & COMMENTS |
|---|

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE DISPENSE AS WRITTEN | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|

Prescriber Name MEMBERS, HANI

| LIC # 012286 | DEA # | | NPI # 1093972671 |
|---|---|---|---|

| ALLERGIES |
|---|

NKA

Prescriber Signature *Hani Members*   Date 08/17/2018 08:04PM

| Picked By | | Date 8-18-18 | Time 4:32 |
|---|---|---|---|
| Reviewed By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| NCC | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**PHYSICIAN'S ORDER FORM**

| ORDER# | 75498-110674 | TYPE | INTERIM |
|---|---|---|---|
| EFF.DATE | 1/29 08:01PM | PAGE | 1 OF |

FACILITY: Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**NAPROSYN 500MG TABLET (NAPROXEN)**     10/30/2018
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

`MAR`     `RENEW`

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

Prescriber Name: TODMAN-JOSEPH, ROMY

| LIC # | F3352871 | DEA # | MT4358342 | NPI # | 1639347578 |
|---|---|---|---|---|---|

Prescriber Signature: _Romy Toy_    Date: 11/29/2018 08:01PM

**ALLERGIES**

NKA

| Picked By | | Date | 11/29/18 | Time | 2:30p |
|---|---|---|---|---|---|
| Reviewed By | | Date | 11/30 | Time | |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**NAPROSYN 500MG TABLET (NAPROXEN)** 08/27/2018
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30

MAR

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | DISPENSE AS WRITTEN | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|---|

| Prescriber Name | MEMBERS, HANI | | |
|---|---|---|---|
| LIC # | 012286 | DEA # | NPI # 1093972671 |
| Prescriber Signature | Hani Members | Date 08/27/2018 09:50PM | |
| Picked By | | Date 8/27/18 | Time |
| Reviewed By | | Date 8/28/18 | Time 1800 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| NCC | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| **PHYSICIAN'S ORDER FORM** | ORDER# | 78721 | | | | | TYPE | INTER~~~ | | | CHEMRX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EFF.DATE | 12/  /18 02:53PM | | | | | PAGE | 1 OF 1 | | | LONG TERM CARE PHARMACY |
| | FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | | | | | | | |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**NON DRUG ORDERS**

**CONSULTS / ONE TIME**                                                         12/27/2018
ORTHOPEDIC(ORTHO) CONSULT
REASON: (MONTERO) LFT THIGH CONTUSION?

---

| **DIAGNOSIS & COMMENTS** | MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER |
|---|---|

ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

| Prescriber Name | REMY, LUDMIO | | | |
|---|---|---|---|---|
| LIC # 233421-1 | | DEA # FR5868673 | | NPI # 1073643375 |

**ALLERGIES**
NKA

| Prescriber Signature | | Date | 12/27/2018 02:53PM | |
|---|---|---|---|---|
| Picked By | | Date | 12/27/18 | Time 1531 |
| Reviewed By | Kho | Date | 12/28/18 | Time 1600 |
| Reviewed By | | Date | | Time |
| Reviewed By RPH | | Date | | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI | | |

### DRUG ORDERS

**NAPROSYN 500MG TABLET (NAPROXEN)**                                             10/30/2018
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

MAR

NO Stop Date

---

| DIAGNOSIS & COMMENTS | MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER |
|---|---|
| ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0 | I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE / DISPENSE AS WRITTEN — THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |

| Prescriber Name | SANCHEZ, CARL-HENRI | | |
|---|---|---|---|
| LIC # 200355 | DEA # BS6596855 | NPI # 1790874964 | |

**ALLERGIES**
NKA

| Prescriber Signature | | Date 10/30/2018 07:11PM | |
|---|---|---|---|
| Picked By | | Date 10/30/18 | Time 2323 |
| Reviewed By | | Date 10/31/18 | Time 1600 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

# PHYSICIAN'S ORDER FORM

**CHEMRX** LONG TERM CARE PHARMACY

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

## DRUG ORDERS

**ROBAXIN 750MG TABLET (METHOCARBAMOL)** 07/12/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

**DISCONTINUE**

DAYS: 14

MAR

---

**NAPROXEN 500MG TABLET (NAPROSYN)** 06/21/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

**RENEW**

DAYS: 30

MAR

OTHER SPEC
MAR

OTHER SPEC
MAR

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

| Prescriber Name | ABSY, MINOU | | |
|---|---|---|---|
| LIC # 180307 | DEA # BA2927501 | NPI # 1093750341 | |
| Prescriber Signature | *[signature]* | Date | 07/31/2019 11:09PM |
| Picked By | *[signature]* | Date | 8/1/19 | Time | 0247 |
| Reviewed By | JOHNSON | Date | 8/1/19 | Time | 8:10pm |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

ENCOUNT

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**NAPROXEN 500MG TABLET (NAPROSYN)**                                                       06/21/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

[MAR]                                                                                      [RENEW]

**ROBAXIN 750MG TABLET (METHOCARBAMOL)**                                                    07/12/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 14

[MAR]                                                                                      [RENEW]

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

Prescriber Name SANCHEZ, CARL-HENRI

| LIC # 200355 | DEA # BS6596855 | NPI # 1790874964 |
|---|---|---|

**ALLERGIES**

NKA

| Prescriber Signature | | Date 07/22/2019 08:04PM |
|---|---|---|
| Picked By | | Date 7/22/19 | Time 11/6 |
| Reviewed By | | Date 7/22/19 | Time 1427 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**NAPROSYN 500MG TABLET (NAPROXEN)**
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

10/30/2018

RENEW

DAYS: 30

---

| DIAGNOSIS & COMMENTS | MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER |
|---|---|

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE — DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

| | | | | | |
|---|---|---|---|---|---|
| Prescriber Name | ABSY, MINOU | | | | |
| LIC # | 180307 | DEA # | BA2927501 | NPI # | 1093750341 |
| Prescriber Signature | _(signature)_ | | | Date | 02/12/2019 09:38AM |
| Picked By | _(signature)_ | Date | 2/12/19 | Time | _(initials)_ |
| Reviewed By | COhler | Date | 2/12/19 | Time | 11p |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

**ALLERGIES**

NKA

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

## DRUG ORDERS

**NAPROSYN 500MG TABLET (NAPROXEN)**
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

03/14/2019

DAYS: 30

MAR

$E1818$

### DIAGNOSIS & COMMENTS
ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

### ALLERGIES
NKA

G18

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| DISPENSE AS WRITTEN | | |

| Prescriber Name MEMBERS, HANI | | | | |
|---|---|---|---|---|
| LIC # 012286 | DEA # MM1826621 | | NPI # 1093972671 | |
| Prescriber Signature *Hani Members* | | | Date 03/14/2019 06:47PM | |
| Picked By | | Date 3.14.19 | Time 2250 | |
| Reviewed By | | Date 8/15/19 | Time 150 | |
| Reviewed By | | Date | Time | |
| Reviewed By RPH | | Date | Time | |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| PHYSICIAN'S ORDER FORM | ORDER# | 89389-30020 | | | | TYPE | INTERIM | | CHEMRX |
|---|---|---|---|---|---|---|---|---|---|
| | EFF.DATE | 03/2  19 02:37PM | | | | PAGE | 1 OF 1 | | LONG TERM CARE PHARMACY |
| | FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | | | | | |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

## DRUG ORDERS

**NAPROSYN 500MG TABLET (NAPROXEN)**                                              03/14/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30

`MAR`

**DISCONTINUE**

---

EPCS ORDER

**ULTRAM 50MG TABLET (traMADOL)**                                                03/28/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN
(MDD = 100 MGS PER 24 HRS)

`MAR`

**COPY ONLY, NOT FOR DISPENSING**

## NON DRUG ORDERS

**CONSULTS / ONE TIME**                                                          03/28/2019
ORTHOPEDIC(ORTHO) CONSULT MONTERO
REASON: LLE RADICULOPATHY AFTER FALL

**MISCELLANEOUS / OTHER**                                                        03/28/2019
TRANSFER TO CORE

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE

DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

Prescriber Name REMY, LUDMIO

| LIC # 233421-1 | DEA # FR5868673 | NPI # 1073643375 |
|---|---|---|

Prescriber Signature _[signature]_          Date 03/28/2019 02:37PM

| | Date | | Time | |
|---|---|---|---|---|
| Picked By | | | | |
| Reviewed By | | | | |
| Reviewed By | | | | |
| Reviewed By RPH | | | | |

**ALLERGIES**

NKA

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

### DRUG ORDERS

**NAPROSYN 500MG TABLET (NAPROXEN)**
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN
04/04/2019

DAYS: 14

MAR

**ROBAXIN 750MG TABLET (METHOCARBAMOL)**
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN
04/04/2019

DAYS: 14

MAR

NOTED

| DIAGNOSIS & COMMENTS | MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER |
|---|---|

ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE — DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

Prescriber Name FRANCIS, MICHAEL G

| LIC # 00009745 | DEA # MF0000000 | NPI # 1366483588 |
|---|---|---|

Prescriber Signature *Michael Francis*  Date 04/04/2019 10:46AM

**ALLERGIES**
NKA

| | | Date | 4/4/19 | Time | 4pm |
|---|---|---|---|---|---|
| Picked By | | Date | | Time | |
| Reviewed By | | Date | | Time | |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| ORDER# | 90985-132208 | | TYPE | DC |
| EFF.DATE | 04/1___ 10:43AM | | PAGE | 1 OF 1 |
| FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | |

**CHEMRX** LONG TERM CARE PHARMACY

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**ULTRAM 50MG TABLET (traMADOL)**            03/28/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN
(MDD = 100 MGS PER 24 HRS)

**DISCONTINUE**

`MAR`

**COPY ONLY, NOT FOR DISPENSING**

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE    DISPENSE AS WRITTEN | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |

| Prescriber Name | ABSY, MINOU | | |
|---|---|---|---|
| LIC # | 180307 | DEA # BA2927501 | NPI # 1093750341 |
| Prescriber Signature | _(signature)_ | | Date 04/11/2019 10:43AM |
| Picked By | _(signature)_ | Date 4/11/19 | Time 1825 |
| Reviewed By | D. K. | Date 4-12-19 | Time 0:30 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

**ALLERGIES**

NKA

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**FLEXERIL 10MG TABLET (CYCLOBENZAPRINE)**                          03/20/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 7

MAR

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

Prescriber Name ABSY, MINOU

| LIC # | 180307 | DEA # | BA2927501 | NPI # | 1093750341 |
|---|---|---|---|---|---|

| Prescriber Signature | | Date | 03/20/2019 09:37PM |
|---|---|---|---|
| Picked By | l. akdu | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**ROBAXIN 750MG TABLET (METHOCARBAMOL)**                     07/12/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 14

[MAR]

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

| Prescriber Name | PIERRE, MODELINE | | |
|---|---|---|---|
| LIC # 306411-1 | DEA # MP2912865 | NPI # 1467890426 | |

**ALLERGIES**

NKA

| Prescriber Signature | | Date | 07/12/2019 09:03PM |
|---|---|---|---|
| Picked By | | Date | Time |
| Reviewed By | M. Mo | Date 7/13/19 | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

## DRUG ORDERS

**FLEXERIL 10MG TABLET (CYCLOBENZAPRINE)**        12/27/2018
**ONE TABLET BY MOUTH TWICE A DAY AM AND PM**

`DISCONTINUE`

`MAR`

---

**DIAGNOSIS & COMMENTS**
ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | DISPENSE AS WRITTEN | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|

| Prescriber Name | HENIG, DONNA | | |
|---|---|---|---|
| LIC # | 179155 | DEA # FH2144640 | NPI # 1225093958 |
| Prescriber Signature | Donna Henig | Date | 01/30/2019 11:33AM |
| Picked By | | Date 1/31/19 | Time 1632 |
| Reviewed By | | Date 1/31/19 | Time 0008 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

**ALLERGIES**
NKA

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

### DRUG ORDERS

**ROSUVASTATIN CALCIUM 5MG TABLET** 08/07/2019
TWO TABLET(S) BY MOUTH ONE TIME DAILY PM

DAYS: 60

MAR

| DIAGNOSIS & COMMENTS | | MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER | |
|---|---|---|---|
| ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0 | | I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE   DISPENSE AS WRITTEN | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |

Prescriber Name FRANCIS, MICHAEL G

| LIC # 00009745 | DEA # MF0000000 | NPI # 1366483588 |
|---|---|---|

Prescriber Signature *Michael Jones* Date 08/07/2019 12:27PM

**ALLERGIES**
NKA

| Picked By | | Date 8/7/19 | Time 1328 |
|---|---|---|---|
| Reviewed By | | Date 8/7/19 | Time 0200 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| ORDER# | 82577-1204ͻ2 | TYPE | DC | | CHEMRX |
|--------|--------------|------|----|--|--------|
| EFF DATE | 01/30/2019 11:33AM | PAGE | 1 OF 1 | | LONGTERM CARE PHARMACY |
| FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | | |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---------------|---------|------|-----|-----|-----|-----------|----------|----------|----------------|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

### DRUG ORDERS

**FLEXERIL 10MG TABLET (CYCLOBENZAPRINE)** 12/27/2018
ONE TABLET BY MOUTH TWICE A DAY AM AND PM

`MAR` `DISCONTINUE`

E1G18

### DIAGNOSIS & COMMENTS
ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

### ALLERGIES
NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE

DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

| Prescriber Name | HENIG, DONNA | | |
|-----------------|--------------|--|--|
| LIC # 179155 | DEA # FH2144640 | NPI # 1225093958 | |
| Prescriber Signature | Donna Henig | Date | 01/30/2019 11:33AM |
| Picked By | | Date | Time |
| Reviewed By | H.P. | Date 1/30/19 | Time 23.50 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---------------|---------|------|-----|-----|-----|-----------|----------|----------|----------------|
| NCC | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**FLEXERIL 10MG TABLET (CYCLOBENZAPRINE)**                    12/27/2018
ONE TABLET BY MOUTH TWICE A DAY AM AND PM

MAR                                                          DISCONTINUE

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | DISPENSE AS WRITTEN | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|

| Prescriber Name | HENIG, DONNA | | | |
|---|---|---|---|---|
| LIC # | 179155 | DEA # FH2144640 | NPI # | 1225093958 |

**ALLERGIES**

NKA

| Prescriber Signature | Donna Henig | Date | 01/30/2019 11:33AM |
|---|---|---|---|
| Picked By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

### DRUG ORDERS

**NAPROSYN 500MG TABLET (NAPROXEN)**                                          01/10/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30

MAR

| DIAGNOSIS & COMMENTS |
|---|
| ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0 |

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE

DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

Prescriber Name: ABSY, MINOU

| LIC # | 180307 | DEA # | BA2927501 | NPI # | 1093750341 |
|---|---|---|---|---|---|

| Prescriber Signature | _(signature)_ | | Date | 01/10/2019 03:58PM |
|---|---|---|---|---|
| Picked By | DF | Date | 1/10/19 | Time | 1549 |
| Reviewed By | F⎯ | Date | 1/11/19 | Time | ⎯100 |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

| ALLERGIES |
|---|
| NKA |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| PHYSICIAN'S ORDER FORM | ORDER# | 90315-131285 | | | | TYPE | INTERIM - TELEPHONE | | | | CHEMRX LONG TERM CARE PHARMACY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EFF.DATE | 04/0_ 9 02:23PM | | | | PAGE | 1 OF 1 | | | | |
| | FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | | | | | | | |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**DEBROX OTIC 6.5% (EARWAX REMOVAL DROPS)**      04/05/2019
FOUR DROP(S) IN BOTH EARS TWICE A DAY AM AND PM

`DISCONTINUE`

FOR EAR USE ONLY

`STOCK`

x 4 days.

`MAR`

---

**DEBROX OTIC 6.5% (EARWAX REMOVAL DROPS)**      04/05/2019
FOUR DROP(S) IN THE RIGHT EAR TWICE A DAY AM AND PM

`STOCK`

FOR EAR USE ONLY

`DO NOT SEND`

x 4 days.

`MAR`

TELEPHONE ORDER from HENIG, DONNA. taken by JONES, SANDRA A. Read back and confirmed

| DIAGNOSIS & COMMENTS | MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER |
|---|---|

ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE     DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

| | | | | |
|---|---|---|---|---|
| Prescriber Name | HENIG, DONNA | | | |
| LIC # 179155 | DEA # FH2144640 | NPI # 1225093958 | | |
| Prescriber Signature | | Date | | |
| Picked By | _Jordy_ | Date | 4/5/19 | Time | 1423 |
| Reviewed By | Y Kennedy | Date | 4/5 | Time | |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

**ALLERGIES**
NKA

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

# PHYSICIAN'S ORDER FORM

CHEMRX LONG TERM CARE PHARMACY

| ORDER# 105403-15-3731 | | TYPE INTERIM | PAGE 1 OF 1 |
|---|---|---|---|
| EFF DATE 08/15/2019 | 16PM | | FACILITY Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, martin | | | | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

IBUPROFEN 200MG TABLET (MOTRIN)
THREE TABLET(S) BY MOUTH TWICE A DAY AM AND PM PRN
08/15/2019

STOCK

DO NOT SEND

DAYS: 14

MAR

---

DIAGNOSIS & COMMENTS
ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

ALLERGIES
NKA

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, martin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

NCC

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE

DISPENSE AS WRITTEN

Prescriber Name: MEMBERS, HANI

LIC # 012286     DEA # MM1182662I     NPI # 1093972671

Prescriber Signature: [signature] Date 08/15/2019 07:46PM

| | Date | Time |
|---|---|---|
| Picked By | | |
| Reviewed By | [signature] 8/16 | 916 |
| Reviewed by | 8/16/19 | 1121 |
| Reviewed by RPH | | |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

### DRUG ORDERS

**ROSUVASTATIN CALCIUM 5MG TABLET**                    07/04/2019
TWO TABLET(S) BY MOUTH ONE TIME DAILY PM

DAYS: 30

`MAR`

### NON DRUG ORDERS

**LABS / ONE TIME**                    07/04/2019
LIPID PROFILE: Cholesterol Triglycerides HDL LDL Chol/HDL ratio

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE — DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

| Prescriber Name | CARELUS, ROSELINE | | |
| --- | --- | --- | --- |
| LIC # 305252 | DEA # MC2515623 | NPI # 1760699060 | |
| Prescriber Signature | Roseline NP | Date | 07/04/2019 03:41PM |
| Picked By | | Date 7/4/19 | Time 2100 |
| Reviewed By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| PHYSICIAN'S ORDER FORM | ORDER# | 78720 ~5142 | | TYPE | INTER... |
| | EFF.DATE | 12... 18 02:49PM | | PAGE | 1 OF 1 |
| | FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | |

CHEMRX
LONG TERM CARE PHARMACY

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

### DRUG ORDERS

**ACETAMINOPHEN (APAP) 5GR (325MG) TABLET (TYLENOL)**     12/27/2018
TWO TABLET(S) BY MOUTH TWICE A DAY AM AND PM PRN

`STOCK`

MANUFACTURER GUIDELINES RECOMMEND NOT TO EXCEED 3GM OF ACETAMINOPHEN PER 24 HOURS
POTENTIAL FOR LIVER DAMAGE

`MAR`

**FLEXERIL 10MG TABLET (CYCLOBENZAPRINE)**     12/27/2018
ONE TABLET BY MOUTH TWICE A DAY AM AND PM

`MAR`

---

| DIAGNOSIS & COMMENTS |
|---|
| ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0 |

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

| Prescriber Name | REMY, LUDMIO | | |
|---|---|---|---|
| LIC # 233421-1 | DEA # FR5868673 | NPI # 1073643375 | |
| Prescriber Signature | *(signature)* | Date | 12/27/2018 02:49PM |
| Picked By | *(initials)* | Date 12/27/18 | Time 1531 |
| Reviewed By | *(initials)* | Date 12/28/18 | Time 0001 |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| ALLERGIES |
|---|
| NKA |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

# PHYSICIAN'S ORDER FORM

| ORDER# | 99272-143592 | | TYPE | INTERIM |
| EFF.DATE | 06/2  )19 08:01PM | | PAGE | 1 OF 1 |
| FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | | |

CHEMRX
LONG TERM CARE PHARMACY

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

## DRUG ORDERS

**NAPROXEN 500MG TABLET (NAPROSYN)**                                            06/21/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

[MAR]

## NON DRUG ORDERS

**LABS / ONE TIME**                                                             06/21/2019
CMP
LFT
CBC WITH DIFFERENTIAL

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

| Prescriber Name | REMY, LUDMIO | | |
|---|---|---|---|
| LIC # 233421-1 | DEA # FR5868673 | NPI # 1073643375 | |
| Prescriber Signature | | Date | 06/21/2019 08:01PM |
| Picked By | | Date 6/22-19 | Time |
| Reviewed By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

### NAPROSYN 500MG TABLET (NAPROXEN)
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 14

`MAR`

05/28/2019

### ROBAXIN 750MG TABLET (METHOCARBAMOL)
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 14

`MAR`

05/28/2019

---

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|
| | DISPENSE AS WRITTEN | |

| Prescriber Name | LAROQUE, NATASHA | | | |
|---|---|---|---|---|
| LIC # 3413971 | DEA # | | NPI # 1518407030 | |
| Prescriber Signature | | | Date 05/28/2019 08:26PM | |
| Picked By | | Date | Time | |
| Reviewed By | | Date 5□9/19 | Time | |
| Reviewed By | | Date | Time | |
| Reviewed By RPH | | Date | Time | |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

## DRUG ORDERS

**METHOCARBAMOL 750MG TABLET (ROBAXIN)**                                   06/12/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 7

MAR

**NAPROXEN 500MG TABLET (NAPROSYN)**                                        06/12/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 7

MAR

### DIAGNOSIS & COMMENTS
ENCOUNTER FOR GENERAL ADULT MEDICAL
EXAMINATION Z00.0

### ALLERGIES
NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED.
REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

| I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE | DISPENSE AS WRITTEN | THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX |
|---|---|---|

| Prescriber Name ABSY, MINOU | | | |
|---|---|---|---|
| LIC # 180307 | DEA # BA2927501 | NPI # 1093750341 | |
| Prescriber Signature | | Date 06/12/2019 07:48PM | |
| Picked By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By | | Date | Time |
| Reviewed By RPH | | Date | Time |

| NCC | Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

# PHYSICIAN'S ORDER FORM

| | | | |
|---|---|---|---|
| ORDER# | 9215[illegible]33833 | TYPE | INTERI[illegible] |
| EFF.DATE | [illegible]/2[illegible]19 01:31PM | PAGE | 1 [illegible] |
| FACILITY | Nassau University Medical Center, 100 Carman Avenue, East Meadow, NY 11554, (516) 572-3903 | | |

CHEMRX LONG TERM CARE PHARMACY

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | 17004153 | | | MEMBERS, HANI |

**DRUG ORDERS**

**METHOCARBAMOL 750MG TABLET (ROBAXIN)** 04/22/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30

MAR

**NAPROXEN 500MG TABLET (NAPROSYN)** 04/22/2019
ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30

MAR

E1 G4

**DIAGNOSIS & COMMENTS**

ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

**ALLERGIES**

NKA

MEDICATIONS WILL BE DISPENSED FOR 30 DAYS UNLESS OTHERWISE INDICATED. REFILLABLE 5 TIMES UPON REEVALUATION AND RENEWAL OF ORDERS BY PRESCRIBER

I CERTIFY THE ABOVE NAMED RESIDENT IS IN NEED OF CONTINUED (NF) CARE

DISPENSE AS WRITTEN

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "d a w" IN THE BOX

| | | | | | |
|---|---|---|---|---|---|
| Prescriber Name | ABSY, MINOU | | | | |
| LIC # | 180307 | DEA # | BA2927501 | NPI # | 1093750341 |
| Prescriber Signature | [signature] | Date | 04/22/2019 01:31PM | | |
| Picked By | [signature] | Date | 4/22/19 | Time | 1700 |
| Reviewed By | C. Olaiw | Date | 4/22/19 | Time | 11pm |
| Reviewed By | | Date | | Time | |
| Reviewed By RPH | | Date | | Time | |

NCC

| Resident Name | Station | Room | Bed | Sex | DOB | Med Rec # | Medicaid | Medicare | Physician Name |
|---|---|---|---|---|---|---|---|---|---|
| rodriguez, marbin | SAT | SAT | SAT | M | 04/16/1979 | ·17004153 | | | MEMBERS, HANI |

Exh.9.14-13

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Services**

# PROGRESS NOTE

PATIENTS NAME

ICN/NCC NUMBER                    LOCATION

DATE OF BIRTH                     GENDER

| DATE / TIME | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NUMC 1061
61583446 (11/2/17) 2.2

PATIENTS NAME: Rodriguez, Martin

ICN/NCC NUMBER: 17004153

DATE OF BIRTH: 4/6/79

LOCATION: M

GENDER: M

| DATE / TIME | |
|---|---|
| 11/29/18 1840 | Pt c/o (L) thigh pain. Actates to S/P altercation with police officer. Pt states, he didn't gone for EMG.<br>O: Neuro: A0x3, NAD<br>Ext: (L) thigh TTP s̄ any edema or erythema.<br>A: (L) thigh pain<br>P: Chart reviewed. (L) femur x-ray WNL. EMG ordered by Dr. Shay on 9/5/18. Will f/u c̄ Mr. Rebecca regarding EMG. Continue pain management.<br>E: F/u as needed, if symptoms persists ~ _____ FNP |
| 10/10/18 1949 | sick call:<br>Pt requesting to have/receive pain med 3x/day instead of 2x/day. Instructed pt that med is on as needed basis. understanding verbalized.<br>MODELINE PIERRE, NP<br>90451 |
| 01/09/19 9:15 AM | ORTHO<br>S/P contusion (L) thigh & proper trochanteric region 2 months ago.<br>Even tender trochanter. Normal ambulation & no Neurology.<br>Imp: TROCHANTERIC BURSITIS (L) thigh.<br>Rec: Declines inject__<br>Continue observation + Antinflammatory<br>Cont MOn thru<br>MON TR/RX |

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**Correctional Health Services**

# PROGRESS NOTE

PATIENTS NAME

ICN/NCC NUMBER                    LOCATION

DATE OF BIRTH                     GENDER

| DATE / TIME | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PATIENTS NAME: Rodriguez Marlin
ICN/NCC NUMBER: 14004153
DATE OF BIRTH: 4/16/79
LOCATION:
GENDER:

| DATE / TIME | |
|---|---|
| 3/20/19 6PM | Sick Call. 40 y/o H 37. s/p fall down the stairs in court yesterday. X Ray of cervical spine & LS spine were done yesterday. Patient c/o neck pain c difficulty moving his neck. Neck: Pain on lateral movement XRay LS spine: no fx. XRay cervical spine: no fx or subluxation above C7 vertebra. C7 vertebra poorly visualized Imp/Plan: musculoskeletal pain s/p trauma. Continue Naprosyn. Add Flexeril x7 days. _[signature]_ |
| 3/29/19 | Sick Call Pt c/o persisting neck stiffness and ⓛ buttock pain radiating to posterior ⓛ leg. PE ≈ Pt visibly in pain not willing to move neck or left leg. ⊕ Rademulople Adding tramadol and transfer to core out ordering ortho. _[signature]_ |

NUMC 1061
61583448 (11/2/17) 1.2

NASSAU HEALTH CARE CORPOR.. .ON
NASSAU COUNTY CORRECTIONAL CENTER
Correctional Health Services

# PROGRESS NOTE

PATIENTS NAME

ICN/NCC NUMBER                                    LOCATION

DATE OF BIRTH                                     GENDER

| DATE / TIME | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PATIENTS NAME: Rodriquez Marbin
ICN/NCC NUMBER: 17004153
DATE OF BIRTH: 4/16/79
LOCATION: M
GENDER: M

| DATE / TIME | |
|---|---|
| 7/10/19 2106 | Sick call: Pt c/o extreme back pain, requesting med renewal. chart reviewed + med ordered. ———— MODELINE PIERRE, NP 50451 |
| 7/16/19 1955 ⑤ | PODIATRY INMATE C/O PAIN IN HIP AND BACK. NO FOOT ISSUES. REFERRED BACK TO MEDICAL. Michael Hutzel, DPM 67347. |
| 7/22/19 630p | Inf pain meds renewal for pt. CARL-HENRI SANCHEZ, MD |
| 7/31/19 7Pm | sick call Patient continues to c/o back pain. MRI of LS spine; ML. states Naprosyn is more or less working. Does not want Robaxin will renew Naprosyn MINOU ABSY-JAGHAB, MD 13996 |
| 8/7/19 | Nurse request Med renewal from Michael Francis, RPA-C # 07040 |

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER
### Correctional Health Services

# PROGRESS NOTE

PATIENTS NAME

ICN/NCC NUMBER

DATE OF BIRTH                           GENDER

| Date | Time | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Se[rvices]**

# PROGRESS NOTE

PATIENTS NAME: Rodriguez Marben
ICN/NCC NUMBER: 1700413
DATE OF BIRTH: 4/6/79
GENDER: m

| Date | Time | |
|------|------|---|
| | | Sick Call |
| 8/17/19 | 632pm | Pt seen c/o chronic LBP s/p fell on steps while in custody. He reports fell on 5/2019. He had an MRI on 5/2019 and read as nml. He reports pain has increased and pain meds prescribed have been minorly effective. He notes pain is constant worse on the right. Places severity of pain on a scale a 10/10. He notes pain worsen by prolong sitting affecting ® side. Pain c ambulation. Denies bowel/bladder dysfxn. |
| | | O: Gen: A+O x3, NAD |
| | | MSK: ⊕ SLR on L ↑ RUM B/L ⊗ C/VT |
| | | NVO: grossly intact |
| | | A/P ① Chronic back pain s/p fell & mnntha a/c |
| | | — provide back brace Ⓛ |
| | | — PT eval |
| | | — restart motrin PRN |
| | | ± F/U as needed |
| | | HANI MEMBERS, PA  66586 |



NASSAU HEALTH CARE CORP
NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Services**

# PROGRESS NOTE

PATIENTS NAME

ICN/NCC NUMBER                                    LOCATION

DATE OF BIRTH                                         GENDER

| DATE / TIME | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Rodriguez, MARBIN
PATIENTS NAME
170600881
ICN/NCC NUMBER
4/6/79
DATE OF BIRTH

LOCATION
M
GENDER

| DATE / TIME | |
|---|---|
| | ORTHO |
| | LOW BACK pain since June c radiculs to |
| | Lt lower extremity (Lt thigh + calf |
| | Not improving. |
| | Exam : + S.L.R. E on BACK pain |
| | + Lt leg pain |
| | contralteral SLR Neg. |
| | + Lt Ankle jerk — |
| | X Kyx Neprolen |
| | |
| | Imp : S1 Radiculitis (Lt sides |
| | |
| | Recommend MRI |
| | |
| | _[signature]_ |
| | _[signature]_ |
| | |
| 6/05/19 | Sick call - pt requesting renewal mobic + Naprosyn for |
| 7:30pm | both back + knee pain. pt denies recent fall or injury |
| | A×3, NAD |
| | musc- Full ROM w/o restriction, mild tenderness, no edema |
| | Pain - 0/10 currently |
| | Dx - Generalized pain (Joint pain) |
| | Tx - Motrin & Naproxen PRN |
| | F/U PRN _[signature]_ |
| | |
| | |



**CURRENT MEDICATIONS** (medical and psychiatric): *Pt denies*

**DENTAL ASSESSMENT:**
Describe any significant dental problems or history: *Pt denies*

**MENTAL HEALTH ASSESSMENT:**
Have you been hospitalized in a psychiatric unit? N̶ Y   If yes, where (give dates) _____
Reason: *N/A*
Have you received outpatient counseling/treatment for emotional/ nervous problems? N̶ Y
   Where? *N/A* _____ When? _____
Past Psychiatric Medications? *Pt denies*
Do you have any current emotional problems? N̶ Y  If yes, describe: _____
Education completed *5th Grade* Were you in special classes? *Pt denies*
Does patient appear to have any developmental disabilities? N̶ Y  If yes, describe _____
Have you ever attempted suicide? N̶ Y  How many times? *N/A*
Last time you attempted suicide? *N/A*  How did you try it? *N/A*
Are you thinking about suicide now? N̶ Y
Are you a violent person? N̶ Y  If yes, describe: _____
Do other people think you are violent? N̶ Y  If yes, why? _____
Do you ever think of hurting yourself or others? N̶ Y  Reason: _____
Have you ever been a victim of sexual assault or physical abuse? N̶ Y (If YES,   Patient educated on how to access MH)
Have you ever perpetrated sexual assault or physical abuse? N̶ Y (If yes, routine referral to MH, if not already submitted)

**PREVENTIVE HEALTH AND EDUCATION:**
Immunizations: Received routine childhood vaccinations? N  Y̶ ____ Uncertain
Does patient request HIV testing? N̶ Y  Syphilis screening accepted? N̶ Y
Is patient at risk for Hepatitis C(born between 1945-1965 or active/past IDU)? N̶ Y  If yes, does patient request Hep C testing? N  Y̶
Health education and prevention provided? N  Y̶

| **ANNUAL HEALTH MAINTENANCE:** | ☐Not Applicable ☐Date of incarceration: _____ |
|---|---|
| Stool Occult Blood cards given (if ≥50 yrs. old) | Dental annual evaluation indicated |
| Females:   Pap smear | Mammogram (if ≥50 years old) |

**ASSESSMENT:**
☑Unremarkable examination/assessment
☐ Chronic health problems: _____
☐ Acute health problems: _____

**TREATMENT PLAN:**
☐ Reviewed Intake Screening (PT-051).          ☑Provided instructions on accessing health care in the institution.
☐ Complete Tuberculosis Screening (PT-024).   ☑Instructed in oral hygiene and provided preventive oral education.

☐ Refer to Medical Clinic       ☐Routine    ☐Urgent
☐ Refer to Behavioral Health    ☐Routine    ☐Urgent
☐ Refer to Dental               ☐Routine    ☐Urgent
☐ Refer for HIV testing         ☐ Urine dipstick   ☐ Blood pressure checks

☑Follow-up in sick call as needed, routine health maintenance  ☐Other: _____

Signature/Title: *Denis RN*          Health Care Provider Signature/Title: *O.lt 6/12/17 830*

# Armor Correctional Health Services, Inc.
## HEALTH ASSESSMENT

Date: 6/11/17    Time: 1945    Site: NCC

### Significant Past Medical History
(Including chronic illnesses such as seizures, high blood pressure, heart disease, diabetes, HIV, asthma, etc.)

Pt denies

### Hospitalizations/Surgeries (include significant trauma and brain injuries):

Pt denies

### Allergies:
NKDA

### Social History

Occupation: Construction

Living Arrangements: ☐Live alone
☑Live with family/friends  ☐Homeless
☐Transfer from correctional facility

Significant family health conditions:
Pt denies

### Habits/Behaviors

Alcohol: Occasionally

Tobacco: PKG once in a while 6/9/17 PM

Drug Use: Pt denies

Current or past injection drug use? ☑N  Y

Ever received Tx: ☑ No
___ Yes, Details:

### Review of Systems

Fever, blood in sputum, prolonged cough or night sweats?
N  Y

Blood in stools or black/tarry stools?
N  Y

Skin lesions, "spider bites", or infections?
N  Y

Unintentional weight loss more than 10%?
N  Y

MALES: Experiencing penile discharge, burning, or lesions? N  Y
Lumps or lesions on testicles? N  Y

FEMALES: Experiencing vaginal discharge, itching, lesions, or urinary burning? N  Y
Lumps or lesions on breast? N  Y
Results of Preg test: POS / NEG Date
Previous C-Section? N  Y
Last Menstrual Period: Date:
Hx of abnormal Pap smear?  N  Y

Any current complaints: Pt denies
Any current injuries: Pt denies

### PHYSICAL EXAMINATION:
T 98.4  P 78  R 16  BP 120/70  Ht 5'2  Wt 134 lbs  PEFR(asthma/COPD) N/A

Visual Acuity:  (R): 20/30  (L): 20/30  (Both): 20/20  ☐ with correction  ☑without correction

| OBSERVATION | WNL | ABNORMAL, DESCRIBE: | OBSERVATION | WNL | ABNORMAL, DESCRIBE: |
|---|---|---|---|---|---|
| General Condition (Mobility, Hygiene, Weight, Fitness) | ✓ | | Skin (color, turgor, free of rash, lesions, infestations) | ✓ | |
| Mental Status (orientation, affect) | ✓ | | Heart (rate, rhythm, absent murmurs) | ✓ | |
| Motor (ambulatory, normal coordination, no tremor) | ✓ | | Lungs (clear to auscultation) | ✓ | |
| Head/neck (scalp, thyroid, supple neck) | ✓ | | Abdomen (bowel sounds, palpation, absent masses) | ✓ | Last BM 6/11/17 PM |
| Eyes, Ears, Nose (pupils, sclera, canals, septum) | ✓ | | Genitals (penis/testes or vagina, absent lesions or discharge) | ✓ | |
| Oral (mucosa, pharynx) | ✓ | | Back (range of motion, spine) | ✓ | |
| Dental (no obvious disease) | ✓ | | Extremities (pulses, absent edema or cyanosis) | ✓ | |
| Lymph Nodes (cervical, axillary) | ✓ | | MALES: Prostate (indicated for males age 50 and over) | | ☑Not indicated  ☐Refused  ☐Refer to HCP |
| Breasts (absent lesions or masses) | ✓ | | FEMALES: Pelvic/PAP (indicated for pelvic pain or infection or annually) | | ☐Not indicated  ☑Refused  ☐Refer to HCP |

PATIENT NAME: Rodriguez, Marvin
NO: 17004153
D.O.B.: 4/16/89
SEX: M
LOCATION: B2 C2

Armor: PT-028NY  (Rev. 07/2014)                                    Front

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# HEALTH ASSESSMENT FORM
### Page 2 of 3

**PATIENT NAME** *Rodriguez Marbm*

**ICN/NCC NUMBER** 1700418-3

**INSURANCE INFORMATION** *Medicaid*

**DATE OF BIRTH** 04/06/79

**GENDER** *Male*

| | |
|---|---|
| **Tobacco Use:** | ☐ Yes ☑ No   Packs per day: _Pt denies._ |

| | | |
|---|---|---|
| **Alcohol Use:** | ☐ Yes ☑ No   Type of drink: _Pt denies_ <br> How much: ___ Last Drink: ___ <br> Current/Prior withdrawal symptoms: ___ | Are you interested in re-entry/vivitrol program? <br> ☐ Yes ☐ No <br> N/A |
| **Street Drug:** | ☐ Yes ☐ No   Type: _Pt denies_ <br> How much: ___ Last Used: ___ <br> Current/Prior withdrawal symptoms: ___ | |

Have you ever tested positive for TB? ☐ Yes ☑ No

If yes, Where: _____ When: _____

| | | | | |
|---|---|---|---|---|
| Cough – 2 weeks or more | ☐ Yes ☑ No | Fever | ☐ Yes ☑ No |
| Hemoptysis (coughing up blood) | ☐ Yes ☑ No | Night Sweats | ☐ Yes ☑ No |
| Weight Loss | ☐ Yes ☑ No | Have you ever had active TB? | ☐ Yes ☑ No |

IF Positive:

Were you given medication? ☐ Yes ☐ No

How long you take the medication? _____ N/A

Did you take medication without interruption? ☐ Yes ☐ No

Have you lived with anyone or had close contacts with anyone who ever had TB? ☐ Yes ☑ No

PPD implanted ☐ L Arm ☑ R Arm

Lot # 316433   Exp. Date: 04/20

| Immunizations: | Yes | No | Administered Date |
|---|---|---|---|
| Pneumococcus ( Over age 50) Type: _____ | N/A | | |
| Hepatitis A | | ✓ | |
| Hepatitis B | | ✓ | |
| Influenza | ✓ | | |
| BCG | ✓ | | |
| Varicella | ✓ | | |

Have you ever had Chicken pox? ☐ Yes ☑ No   Age? _____
Blood Disorder (SICKLE CELL, HEMOPHILIA, ANEMIA ,ETC) ☐ Yes ☑ No

### FEMALE PATIENTS ONLY

Have you had abnormal vaginal bleeding? ☐ Yes ☐ No

Are you pregnant? ☐ Yes ☐ No   Counseling and Education given (birth control) ☐ Yes ☐ No

N/A

Date of LMP(Month/Day/Year) _____ Gravida _____ Para: _____

Last PAP: _____   Any history of abnormal PAP? ☐ Yes ☐ No

Prostate exam indicated for males over 50 ☐ Yes ☐ No ☐ Refused   N/A

61584314 (3/13/18) 2.3

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER

## HEALTH ASSESSMENT FORM
### Page 1 of 3

**PATIENT NAME:** Rodriguez Marbin

**ICN/NCC NUMBER:** 1700453

**INSURANCE INFORMATION:** Medicaid

**DATE OF BIRTH:** 04/06/79

**GENDER:** Male

Date: 01/28/19  Time: 1840

| | | | | |
|---|---|---|---|---|
| Housing Location# | E1 G18 | Pregnancy Test  Beta  Urine HCG | N/A | |
| Preferred Language | English | CXR  Hep B Offered  Accept  Decline | N/A | |
| (VDRL)  R Arm  L Arm | N/A | HIV Counseling Offered:  Accept  Decline | N/A | |
| PPD  (R Arm)  L Arm | 01/28/19 | Gonorrhea/ Chlamydia (Male UA) GenPro (Female) | N/A | |

Allergies: NKDA, NKA                     Height: 5'4"  Weight: 154 lbs.

**ADMISSION VITAL SIGNS**  B/P 125/64  P: 84  R: 16  T: 98.0

Peak Flow (Asthmatic Pt Only) N/A  Pulse Oximeter (Asthmatic Pt Only) N/A  RBG (Diabetic Pt Only) ___

**Done By RN/LPN**

| General Questions/Observations | No | Yes | Comments |
|---|---|---|---|
| Do you have any medical problems at this time? | | ✓ | Chronic leg pain |
| Are you under the care of a:<br>a. Physician (If yes, Specific in comments) ☐ unknown<br>b. Psychiatrist (If yes, Specific in comments) ☐ unknown<br>c. Dentist (If yes, Specific in comments) ☐ unknown | | ✓ | Pt has been incarcerated at NCC since Jan 2017 |
| Any Hospitalization/Surgeries within past 6 months | ✓ | | |
| Have you ever been incarcerated in the past 5 years? | | ✓ | Currently incarcerated |

## PAST MEDICAL HISTORY (If Yes please write onset on the comments section)

☐ Diabetes  *Pt. denies*
☐ Hypertension
☐ Heart Disease
☐ Asthma

☐ HIV/AIDS  *Pt. denies*
☐ Hepatitis A B C
☐ Tuberculosis
☐ GI Disease

☐ Endocrine Disorder
☐ Neuromuscular Disease
☐ Arthritis  *Pt denies*
☐ Glaucoma

☐ Seizure  *Pt denies*
☐ Stroke
☐ STD
☐ Oher:

Do you have a pharmacy that you use? ☐ Yes  ☑ No  At NCC

If yes; Which Pharmacy: _____  Town: _____

| Medication | Dose | Frequency | Last Taken | Purpose |
|---|---|---|---|---|
| Tylenol | 650mg | BID/PRN | 01/27/18 | Left leg pain |
| Flexeril | 10mg | BID | 01/27/18 | Left leg pain |
| Naprosyn | 500mg | BID | 01/28/19 | Left leg pain |
| | | | | |
| | | | | |

| Glasses/Contacts | Dentures | Hearing Aid | Prosthetic |
|---|---|---|---|
| ☐ Yes, With Pt<br>☐ Yes, at home<br>☑ No<br>☐ Legally Blind | ☑ None  ☐ Lower Partial<br>☐ Upper Full  ☐ with Patient<br>☐ Upper Partial<br>☐ Lower Full | ☐ Yes<br>☑ No<br>☐ Deaf | ☑ No<br>☐ Yes (Specify)<br>_____<br>_____ |

NUMC 1061
61583446 (11/2/17) 22

# PROGRESS NOTE

**Correctional Health Services**

NASSAU HEALTH CARE CORPOI    ON
NASSAU COUNTY CORRECTIONAL CENTER

| DATE OF BIRTH | GENDER |
| --- | --- |

| ICN/NCC NUMBER | LOCATION |
| --- | --- |

PATIENT'S NAME

| DATE / TIME | |
| --- | --- |

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER
### Correctional Health Services

## PROGRESS NOTE

**PATIENTS NAME:** Rodriquez, Martin

**ICN/NCC NUMBER:** 17004153

**DATE OF BIRTH:** 4/06/79

**LOCATION:** M

**GENDER:**

| DATE / TIME | |
|---|---|
| 1/29/18 1840 | Pt c/o (L) thigh pain. Admits to S/P altercation with police officer. It states, "From 4 gone for EMG. O: Neuro: Ax3, NAD Ext: (L) thigh TTP s̄ any edema or erythema. A: (L) thigh pain P: Chart reviewed. (L) femur x-ray WNL. EMG ordered by Dr. Stacy on 9/5/18. Will f/u c̄ Mr. DeLeca regarding EMG continue pain management. E: F/U as needed, if symptom persists ~ [signature] FNP |
| 10/10/18 1949 | Sick call: Pt requesting to have/receive pain med 3x/day instead of 2x/day. Instructed pt that med is on as needed basis. Understanding verbalized. ___ MODELINE PIERRE, NP 5045 |
| 01/09/19 9:15 AM | ORT ☎ S/P contusion (L) thigh + further trochanteric region 2 mnths ago. Given tender trochanter — Normal ambulation, y NVD Negative Imp: Trochanteric bursitis (L) thigh Rec: Declines injection → continue observation + Antiinflammatory Rx only MON THRU MON TR__ |

NUMC 1061
6158446 (11/2/17) 2.2

**NASSAU HEALTH CARE CORPORATION**
NASSAU COUNTY CORRECTIONAL CENTER
Correctional Health Services

# PROGRESS NOTE

PATIENT'S NAME

ICN/NCC NUMBER          LOCATION

DATE OF BIRTH          GENDER

| DATE / TIME | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NASSAU HEALTH CAR[illegible]PORATION
NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Services**

# PROGRESS NOTE

PATIENTS NAME: Rodriguez Marlin
ICN/NCC NUMBER: 1900453
LOCATION:
DATE OF BIRTH: 4/16/79
GENDER:

| DATE / TIME | |
|---|---|
| 3/20/19. 6Pm | Sick Call. |
| | 40 y/o H o7, s/p fall down the stairs in court yesterday. XRays of cervical spine & LS spine were done yesterday. Patient c/o neck pain c̄ difficulty moving his neck. |
| | Neck: Pain on lateral movement |
| | XRay L-S spine: no fx. |
| | XRay cervical spine: no fx or subluxation above C7 vertebra. C7 vertebra poorly visualized |
| | Imp/Plan: Musculoskeletal pain s/p trauma: Continue Naproxyn. Add Flexeril x7 days. |
| | [signature] |
| 3/28/19 | Sick Call |
| | Pt c/o persisting neck stiffness and (L) buttock pain radiating to posterior (L) leg. |
| | AVSS |
| | Pt visibly in pain not willing to move neck or left leg. ⊕ Radiculopathy |
| | Adding tramadol and transfer to care and adding ortho - [signature] |

NUMC 1061
61583446 (11/2/17) 1.2

NUMC 1061
6158844B (11/21/17) 22

# PROGRESS NOTE

NASSAU HEALTH CARE CORPOR..ON
NASSAU COUNTY CORRECTIONAL CENTER
Correctional Health Services

PATIENT'S NAME

IGN/NCC NUMBER    LOCATION

DATE OF BIRTH    GENDER

| DATE / TIME | |
|---|---|
| | |

PATIENTS NAME: Rodriguez Marbin
ICN/NCC NUMBER: 17004153
DATE OF BIRTH: 4/16/79
LOCATION:
GENDER: M

| DATE / TIME | |
|---|---|
| 7/10/19 2106 | sick call: Pt c/o extreme back pain, requesting med renewal. chart reviewed + med ordered. MODELINE PIERRE, NP 50451 |
| 7/16/19 1955 Ⓢ | PODIATRY INMATE C/O PAIN IN HIP AND BACK. NO FOOT ISSUES. REFERRED BACK TO MEDICAL. Michael Hutzel, DPM 67347 |
| 7/22/19 630p | brf Pain meds renewal for pt. CARL HENRI SANCHEZ, MD |
| 7/31/19 7PM | sick call Patient continues to c/o back pain. MRI of LS spine: NL. states Naprosyn is more or less working. Does not want Robaxin. will renew Naprosyn MINOU ABSY-JAGHAB, MD 13995 |
| 8/7/19 | Nurse request Med renewal Michael Francis, RPA-C # 07040 |

NUMC 1061
61583446 (11/2/17) 1.2

# PROGRESS NOTE

**NASSAU HEALTH CARE CORPORATION**
**NASSAU COUNTY CORRECTIONAL CENTER**
Correctional Health Services

PATIENTS NAME

IGN/NCC NUMBER

DATE OF BIRTH                    GENDER

| Date | Time | |
|------|------|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

NUMC 1061
6158344 6 (8/16/17) 22

PATIENTS NAME Rodrigues Marben
ICN/NCC NUMBER 1700413
DATE OF BIRTH 4/6/29
GENDER m

| Date | Time | Sick Call |
|------|------|-----------|
| 8/15/19 | 630pm | Pt seen c/o chronic LBP s/p fell on steps while in custody. He reports fell on 5/2019. He had an MRI in 5/2019 and read as nml. He reports pain has incured and pain meds prescribed have been minorly effective. He notes pain is constant worse in the night. Places severity of pain on a scale a 10/10. He notes pain worse by prolong sitty affects ® side. Pain c ambulation. Denies bowel/bladder dsfcn. |
| | | O: Gen: A&Ox3, NAD |
| | | MSK: DSLR on L FWM B/L OL/UE |
| | | NIU: grossly intact |
| | | A/P ① chronic back pain s/p fell ☒ months ago |
| | | - provide back brace L |
| | | - PT eval |
| | | - restart motrin PRN |
| | | + F/U as needed |

HANI MEMBERS, PA
66586



# PROGRESS NOTE

Correctional Health Services

NASSAU HEALTH CARE CORP.

NASSAU COUNTY CORRECTIONAL CENTER

PATIENTS NAME

ICN/NCC NUMBER

LOCATION

DATE OF BIRTH

GENDER

DATE / TIME

**PATIENTS NAME:** Rodriguez, Marvin

**ICN/NCC NUMBER:** 170600881

**DATE OF BIRTH:** 4/6/79

**LOCATION:** M

**GENDER:**

| DATE / TIME | |
|---|---|
| | ORTHO |
| | Low Back pain since June ē radiation to |
| | (Lt lower extremity (Lt thigh + calf |
| | Not improving. |
| | Exam: + SLR. Z on Back pain |
| | + Lt leg pain |
| | controlateral SLR Nv. |
| | ↓ (Lt) ankle jerk |
| | X Ray Negative |
| | Tray: S1 Radiculitis (Lt sides |
| | Recommend MRI |
| | [signature] |
| 6/06/19 7:30pm | Sick call: pt requesting renewal mobic + Naprosyn for both back + knee pain. Pt denies recent fall or injury |
| | Ax3, NAD |
| | musc- full ROM w/o restriction, mild tenderness, no edema |
| | Pain - 0/10 currently |
| | DX- Generalized pain (Joint pain) |
| | Tx- Motrin & Naproxen PRN |
| | f/u PRN [signature] |



# Armor Correctional Health Services, Inc.
## HEALTH ASSESSMENT

**CURRENT MEDICATIONS** (medical and psychiatric): *Pt denies*

**DENTAL ASSESSMENT:**
Describe any significant dental problems or history: *Pt denies*

**MENTAL HEALTH ASSESSMENT:**
Have you been hospitalized in a psychiatric unit? N̶ Y   If yes, where (give dates)
Reason: *N/A*
Have you received outpatient counseling/treatment for emotional/ nervous problems? N̶ Y
   Where? *N/A*          When?
Past Psychiatric Medications? *Pt denies*
Do you have any current emotional problems? N̶ Y  If yes, describe *Pt denies*
Education completed *3rd Grade*  Were you in special classes? *Pt denies*
Does patient appear to have any developmental disabilities? N̶ Y  If yes, describe
Have you ever attempted suicide? N̶ Y  How many times? *N/A*
Last time you attempted suicide? *N/A*  How did you try it? *N/A*
Are you thinking about suicide now? N̶ Y
Are you a violent person? N̶ Y  If yes, describe:
Do other people think you are violent? N̶ Y  If yes, why?
Do you ever think of hurting yourself or others? N̶ Y  Reason:
Have you ever been a victim of sexual assault or physical abuse? N̶ Y (If YES, ___ Patient educated on how to access MH)
Have you ever perpetrated sexual assault or physical abuse? N̶ Y (If yes, routine referral to MH, if not already submitted)

**PREVENTIVE HEALTH AND EDUCATION:**
Immunizations:  Received routine childhood vaccinations? N  Y̶  ___ Uncertain
Does patient request HIV testing? N̶ Y     Syphilis screening accepted? N̶ Y
Is patient at risk for Hepatitis C(born between 1945-1965 or active/past IDU)? N̶ Y  If yes, does patient request Hep C testing? N̶ Y
Health education and prevention provided? N  Y̶

---

**ANNUAL HEALTH MAINTENANCE:**  ☐Not Applicable  ☐Date of incarceration: ___
   Stool-Occult Blood cards given (if ≥50 yrs. old)   Dental annual evaluation indicated
   Females:   Pap smear ___   Mammogram (if ≥50 years old)

---

**ASSESSMENT:**
☑ Unremarkable examination/assessment
☐ Chronic health problems: ___
☐ Acute health problems: ___

**TREATMENT PLAN:**
☑ Reviewed Intake Screening (PT-051).        ☑ Provided instructions on accessing health care in the institution.
☐ Complete Tuberculosis Screening (PT-024).  ☑ Instructed in oral hygiene and provided preventive oral education.

☐ Refer to Medical Clinic     ☐ Routine    ☐ Urgent
☐ Refer to Behavioral Health  ☐ Routine    ☐ Urgent
☐ Refer to Dental             ☐ Routine    ☐ Urgent
☐ Refer for HIV testing       ☐ Urine dipstick    ☐ Blood pressure checks

☑ Follow-up in sick call as needed, routine health maintenance.  ☐ Other: ___

Signature/Title: *Denies RN*        Health Care Provider Signature/Title: *Diaz 6/12/17 830*

# Armor Correctional Health Services, Inc.
## HEALTH ASSESSMENT

Date: 6/11/17  Time: 1945  Site: NICC

| **Significant Past Medical History** (Including chronic illnesses such as seizures, high blood pressure, heart disease, diabetes, HIV, asthma, etc.) | **Social History** | **Review of Systems** |
|---|---|---|
| Pt denies | Occupation: Construction | Fever, blood in sputum, prolonged cough or night sweats? N Y |
| | Living Arrangements: ☐Live alone ☑Live with family/friends ☐Homeless ☐Transfer from correctional facility | Blood in stools or black/tarry stools? N Y |
| | Significant family health conditions: Pt denies | Skin lesions, "spider bites", or infections? N Y |
| | **Habits/Behaviors** | Unintentional weight loss more than 10%? N Y |
| **Hospitalizations/Surgeries** (include significant trauma and brain injuries) | Alcohol: Occasionally | |
| Pt denies | Tobacco: cig once in a While 6/9/17 PM | MALES: Experiencing penile discharge, burning, or lesions? N Y Lumps or lesions on testicles? N Y |
| | Drug Use: Pt denies | FEMALES: Experiencing vaginal discharge, itching, lesions, or urinary burning? N Y Lumps or lesions on breasts? N Y Results of Preg test: POS / NEG Date |
| **Allergies:** NKDA | Current or past injection drug use? N Y Ever received Tx: ☐No ☐Yes, Details: | Previous C Section? N Y Last Menstrual Period: Date: Hx of abnormal Pap smear? N Y |

Any current complaints: Pt denies
Any current injuries: Pt denies

**PHYSICAL EXAMINATION** T 98.4 P 78 R 16 BP 120/90 Ht 5'2 Wt 134 lbs PEFR(asthma/COPD) N/A

Visual Acuity: (R): 20/20 (L): 20/20 (Both): 20/20 ☐ with correction ☑ without correction

| OBSERVATION | W N L | ABNORMAL, DESCRIBE: | OBSERVATION | W N L | ABNORMAL, DESCRIBE: |
|---|---|---|---|---|---|
| General Condition (Mobility, Hygiene, Weight, Fitness) | ✓ | | Skin (color, turgor, free of rash, lesions, infestations) | ✓ | |
| Mental Status (orientation, affect) | ✓ | | Heart (rate, rhythm, absent murmurs) | ✓ | |
| Motor (ambulatory, normal coordination, no tremor) | ✓ | | Lungs (clear to auscultation) | ✓ | |
| Head/neck (scalp, thyroid, supple/neck) | ✓ | | Abdomen (bowel sounds, palpation, absent masses) | ✓ | last BM 6/11/17 PM |
| Eyes, Ears, Nose (pupils, sclera, canals, septum) | ✓ | | Genitals (penis/testes or vagina, absent lesions or discharge) | | |
| Oral (mucosa, pharynx) | ✓ | | Back (range of motion, spine) | | |
| Dental (no obvious disease) | ✓ | | Extremities (pulses, absent edema or cyanosis) | ✓ | |
| Lymph Nodes (cervical, axillary) | ✓ | | MALES: Prostate (indicated for males age 50 and over) | ☑Not indicated ☐Refused ☐Refer to HCP | |
| Breasts (absent lesions or masses) | | | FEMALES: Pelvic/PAP (indicated for pelvic pain or infection or annually) | ☐Not indicated ☐Refused ☐Refer to HCP N/A | |

| PATIENT NAME: Rodriguez, Martin | NO: 17004153 | D.O.B. 4/16/9 | SEX: M. | LOCATION: B₂C₂ |
|---|---|---|---|---|

Armor: PT-028NY (Rev. 07/2014)  Front

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

# HEALTH ASSESSMENT FORM
### Page 1 of 3

PATIENT NAME: Rodriguez Marvin
ICN/NCC NUMBER: 17004153
INSURANCE INFORMATION: Medicaid
DATE OF BIRTH: 04/06/79
GENDER: Male

Date: 01/28/19   Time: 1840

| | | | |
|---|---|---|---|
| Housing Location# | E G18 | Pregnancy Test  Beta  Urine HCG | N/A |
| Preferred Language | English | CXR  Hep B Offered  Accept  Decline | N/A |
| VDRL  R Arm  L Arm | N/A | HIV Counseling Offered: Accept  Decline | N/A |
| PPD  (R Arm)  L Arm | 01/28/19 | Gonorrhea/ Chlamydia (Male UA) GenPro (Female) | N/A |

Allergies: NKDA, NKA
Height: 5'4"   Weight: 154 lbs.

ADMISSION VITAL SIGNS   B/P 125/64   P: 84   R: 16   T: 98.0

Peak Flow (Asthmatic Pt Only) N/A  Pulse Oximeter (Asthmatic Pt Only) N/A  RBG (Diabetic Pt Only)_____

**Done By RN/LPN**

| General Questions/Observations | No | Yes | Comments |
|---|---|---|---|
| Do you have any medical problems at this time? | | ✓ | Chronic leg pain |
| Are you under the care of a:<br>a. Physician (If yes, Specific in comments) □ unknown<br>b. Psychiatrist (If yes, Specific in comments) □ unknown<br>c. Dentist (If yes, Specific in comments) □ unknown | ✓ | | Pt has been incarcerated at NCC since Jan 2017. |
| Any Hospitalization/Surgeries within past 6 months | ✓ | | |
| Have you ever been incarcerated in the past 5 years? | | ✓ | Currently incarcerated. |

**PAST MEDICAL HISTORY (If Yes please write onset on the comments section)**

| | | |
|---|---|---|
| □ Diabetes<br>□ Hypertension  Pt denies<br>□ Heart Disease<br>□ Asthma | □ HIV/AIDS<br>□ Hepatitis A B C  Pt denies<br>□ Tuberculosis<br>□ GI Disease | □ Endocrine Disorder<br>□ Neuromuscular Disease<br>□ Arthritis  Pt denies<br>□ Glaucoma | □ Seizure<br>□ Stroke  Pt denies<br>□ STD<br>□ Oher: |

Do you have a pharmacy that you use? □ Yes  ☑No  At NCC

If yes; Which Pharmacy: _____  Town: _____

| Medication | Dose | Frequency | Last Taken | Purpose |
|---|---|---|---|---|
| Tylenol | 650mg | BID/PRN | 01/27/18 | Left leg pain |
| Flexeril | 10mg | BID | 01/27/18 | Left leg pain |
| Naprosyn | 500mg | BID | 01/28/19 | Left leg pain |
| | | | | |
| | | | | |
| | | | | |

| Glasses/Contacts | Dentures | Hearing Aid | Prosthetic |
|---|---|---|---|
| □ Yes, With Pt<br>□ Yes, at home<br>☑No<br>□ Legally Blind | ☑None  □ Lower Partial<br>□ Upper Full  □ with Patient<br>□ Upper Partial<br>□ Lower Full | □ Yes<br>☑No<br>□ Deaf | ☑No<br>□ Yes (Specify)<br>_____<br>_____ |

61584314 (3/13/18) 1.3

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**HEALTH ASSESSMENT FORM**
Page 2 of 3

PATIENT NAME _Rodriguez Marbm_
ICN/NCC NUMBER _1700413.3_
DATE OF BIRTH _04/06/79_

INSURANCE INFORMATION _Medicaid_
GENDER _Male_

| | |
|---|---|
| **Tobacco Use:** | ☐ Yes ☑ No   Packs per day: _Pt denies._ |

| | |
|---|---|
| **Alcohol Use:** | ☐ Yes ☑ No   Type of drink: _Pt denies_<br>How much: _____   Last Drink: _____<br>Current/Prior withdrawal symptoms: _____ |
| **Street Drug:** | ☐ Yes ☐ No   Type: _Pt denies_<br>How much: _____   Last Used: _____<br>Current/Prior withdrawal symptoms: _____ |

Are you interested in re-entry/vivitrol program?
☐ Yes ☐ No   N/A

Have you ever tested postitive for TB?   ☐ Yes ☑ No
If yes, Where: _____   When: _____

| | | | |
|---|---|---|---|
| Cough – 2 weeks or more | ☐ Yes ☑ No | Fever | ☐ Yes ☑ No |
| Hemoptysis (coughing up blood) | ☐ Yes ☑ No | Night Sweats | ☐ Yes ☑ No |
| Weight Loss | ☐ Yes ☑ No | Have you ever had active TB? | ☐ Yes ☑ No |

IF Positive:
Were you given medication?   ☐ Yes ☐ No
How long you take the medication? _____   N/A
Did you take medication without interruption?   ☐ Yes ☐ No
Have you lived with anyone or had close contacts with anyone who ever had TB?   ☐ Yes ☑ No
PPD implanted   ☐ L Arm ☑ R Arm
Lot # _316433_   Exp. Date: _01/20_

| Immunizations: | Yes | No | Administered Date |
|---|---|---|---|
| Pneumococcus ( Over age 50) Type: _____ | N/A | | |
| Hepatitis A | | ✓ | |
| Hepatitis B | | ✓ | |
| Influenza | ✓ | | |
| BCG | ✓ | | |
| Varicella | ✓ | | |

Have you ever had Chicken pox?   ☐ Yes ☑ No   Age? _____
Blood Disorder (SICKLE CELL, HEMOPHILIA, ANEMIA ,ETC)   ☐ Yes ☑ No

**FEMALE PATIENTS ONLY**

Have you had abnormal vaginal bleeding?   ☐ Yes ☐ No
Are you pregnant?   ☐ Yes ☐ No   Counseling and Education given (birth control)   ☐ Yes ☐ No   N/A
Date of LMP(Month/Day/Year) _____   Gravida _____   Para: _____
Last PAP: _____   Any history of abnormal PAP?   ☐ Yes ☐ No

Prostate exam indicated for males over 50   ☐ Yes ☐ No ☐ Refused   N/A

61584314 (3/13/18) 2.3

# PAIN INTENSITY SCALES



| 0 NO PAIN | 1 2 3 MILD PAIN | 4 5 6 MODERATE PAIN | 7 8 9 SEVERE PAIN | 10 VERY SEVERE HORRIBLE PAIN |
|---|---|---|---|---|
| | Although the resident experiences some (a little) pain, he or she is usually able to carry out their daily routine, socializing or sleep | Resident experiences a "medium" amount of pain | Times when pain is horrible or excruciating/worst possible pain. Pain of this type usually interferes with daily routine, socializing or sleep | Worst pain you could imagine |

**Indicators:**

A. **Vocal Complaints (non verbal sounds)** (non-verbal expression of pain demonstrated by moans, grunts, gasps, cries, gasps, sighs)

B. **Vocal Complaints** (verbal expression of pain using words, e.g. "ouch" or "that hurts," cursing during movement or exclamation of protest, e.g. "stop" or "that's enough")

C. **Facial Grimaces and Winces** (furrowed brow, narrowed eyes, tightened lips, dropped jaw, clenched teeth, distorted expression)

D1. **Bracing, Rubbing** (massaging affected area) (clutching; or holding onto bed/chair, caregiver, or affected area during movement)

D2. **Restlessness** (constant or intermittent shifting of position, rocking, intermittent hand motions, inability to keep still)

**TOTAL SCORE**

**INSTRUCTIONS:**
SCORE "0" if behavior was not observed
SCORE "1" if behavior was observed, even briefly

| | With Movement | At Rest |
|---|---|---|
| | | |

| | W. Moven. | At Rest |
|---|---|---|
| | | |

| DATE | TIME | PAIN RATING | MEDICATION | REASON | INJ. SITE | INITIALS | TIME | RESULT | POST PAIN RATING | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | JOSEPHINE McDADE, LPN | | BM |

### SITE CODES

| A | Right Dorsal Gluteus | C | Right Ventral Gluteus | E | Right Lateral Thigh | G | Right Deltoid | I | Right Upper Arm | K | Right Anterior Thigh | M | Right Upper Abdomen | O | Right Lower Abdomen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | Left Dorsal Gluteus | D | Left Ventral Gluteus | F | Left Lateral Thigh | H | Left Deltoid | J | Left Upper Arm | L | Left Anterior Thigh | N | Left Upper Abdomen | P | Left Lower Abdomen |

### DURAGESIC/FENTANYL PATCH ROTATION SITE CODES:

| INJECTION | 1 | Right Front Chest Wall | 2 | Left Front Chest Wall | 3 | Right Back Chest Wall | 4 | Left Back Chest Wall |
|---|---|---|---|---|---|---|---|---|

M-70L



| DATE BEGINNING | 10/01/2018 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN DOB: 04/16/1979 MED REC #: 17004153 |

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAPROSYN 500MG TABLET (NAPROXEN)

AM

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN
O: 10/30/2018

PM  PRN

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials: CI          START 10/31/18          STOP 11/30

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

| | DATE | INITIAL |
|---|---|---|
| MONTHLY UPDATE | | |
| MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 10/01/2018 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN DOB: 04/16/1979 MED REC #: 17004153 | MEMBERS, HANI |

# PAIN INTENSITY SCALES

| | | | | | | | | | | | With Movement | At Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Indicators:** | | | | | | |
| | | | | | | **A.** | **Vocal Complaints (non verbal sounds)** (non-verbal expression of pain demonstrated by moans, groans, grunts, cries, gasps, sighs) | | | | | |
| | | | | | | **B.** | **Vocal Complaints** (verbal expression of pain using words. e.g. "ouch" or "that hurts." cursing during movement or exclamation of protest, e.g. "stop" or "that's enough") | | | | | |
| | | | | | | **C.** | **Facial Grimaces and Winces** (furrowed brow, narrowed eyes, tightened lips, dropped jaw, clenched teeth, distorted expression) | | | | | |

| | | With Movement | At Rest |
|---|---|---|---|
| **Indicators:** | | | |
| **D1.** | **Bracing, Rubbing** (massaging affected area) (clutching or holding onto bed/chair, caregiver, or affected area during movement) | | |
| **D2.** | **Restlessness** (constant or intermittent shifting of position, rocking, intermittent hand motions, inability to keep still) | | |

**TOTAL SCORE**

**INSTRUCTIONS:**
SCORE "0" if behavior was not observed
SCORE "1" if behavior was observed, even briefly

Pain scale faces:
- **0 NO PAIN**
- **1 2 3 MILD PAIN** Although the resident experiences some (a little) pain, he or she is usually able to carry out their daily routine, socializing or sleep
- **4 5 6 MODERATE PAIN** Resident experiences a "medium" amount of pain
- **7 8 9 SEVERE PAIN** Times when pain is horrible or excruciating/worst possible pain. Pain of this type usually interferes with daily routine, socializing or sleep
- **10 VERY SEVERE HORRIBLE PAIN** Worst pain you could imagine

| DATE | TIME | PAIN RATING | MEDICATION | REASON | INJ. SITE | INITIALS | TIME | RESULT | POST PAIN RATING | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/5 | Am | N/A | No show | for all Am meds | — | | | Not giv | — | SB | Kaylon Defarillonica, LPN | |
| 2/28 | Am | N/A | no show | for all pm meds | | | | not giv | | JV | THALIA LEGENDRE-HOBBINS, LPN 66422 | |
| | | | | | | | | | | | JOVANI PERERE, LPN 61686 | |
| | | | | | | | | | | | JOEMELLE KHAN, LPN 66442 | JK |
| | | | | | | | | | | | SIBIL BINUMON, LPN 68128 | |
| | | | | | | | | | | | DANIELA FLEURISMA, LPN 66529 | SB |
| | | | | | | | | | | | FABIOLA HILAIRE, LPN 66930 | FH |
| | | | | | | | | | | | Khan | JK |

| | INJECTION SITE CODES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | Right Dorsal Gluteus | C | Right Ventral Gluteus | E | Right Lateral Thigh | G | Right Deltoid | I Right Upper Arm |
| B | Left Dorsal Gluteus | D | Left Ventral Gluteus | | Left Lateral Thigh | H | Left Deltoid | J Left Upper Arm |

| K | Right Anterior Thigh | M | Right Upper Abdomen | O | Right Lower Abdomen |
|---|---|---|---|---|---|
| L | Left Anterior Thigh | N | Left Upper Abdomen | P | Left Lower Abdomen |

**DURAGESIC/FENTANYL PATCH ROTATION SITE CODES:**

| 1 | Right Front Chest Wall | 2 | Left Front Chest Wall | 3 | Right Back Chest Wall | 4 | Left Back Chest Wall |
|---|---|---|---|---|---|---|---|

M-70L

**CHEMRX**
LONG TERM CARE PHARMACY

| DATE BEGINNING | 12/01/2018 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 |

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAPROSYN 500MG TABLET (NAPROXEN)<br><br>ONE TABLET BY MOUTH TWICE A DAY<br>AM AND PM PRN<br>O: 10/30/2018  R: 11/29/2018 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials: Ft    START 11/29/18    STOP 12/29/18

| ROUTINE MEDICATIONS | HOUR | ... |
|---|---|---|
| Tylenol 325mg tablet<br>2 tabs Po BID x 30 days<br>12/27 - 1/26/19   PRN DF | AM | |
| | PM | |
| Flexeril 10mg tablet<br>1 tab Po BID x 30 days<br>12/27 - 1/26/19      DF | AM | |
| | PM | |

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

EIG18
EIG45

DIAG:  ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS:  NKA

| | DATE | INITIAL |
|---|---|---|
| MONTHLY UPDATE | | |
| MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 12/01/2018 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 | MEMBERS, HANI |

# PAIN INTENSITY SCALES



| | | | | | | |
|---|---|---|---|---|---|---|
| 😊 | 😊 | 😐 | 😧 | 😖 | 😣 | |
| 0<br>NO PAIN | 1 2 3<br>MILD PAIN<br>Although the resident experiences some (a little) pain, he or she is usually able to carry out their daily routine, socializing or sleep | 4 5 6<br>MODERATE PAIN<br>Resident experiences a "medium" amount of pain | 7 8 9<br>SEVERE PAIN<br>Times when pain is horrible or excru-ciating/worst possible pain. Pain of this type usually interferes with daily routine,socializing or sleep | 10<br>VERY SEVERE<br>HORRIBLE PAIN<br>Worst pain you could imagine | | |

**Indicators:**

**A. Vocal Complaints (non verbal sounds)** (non-verbal expression of pain demonstrated by moans, groans, grunts, cries, gasps, sighs)

**Vocal Complaints**
**B.** (verbal expression of pain using words, e.g. "ouch" or "that hurts," cursing during movement or exclamation of protest, e.g. "stop" or "that's enough"

**C. Facial Grimaces and Winces** (furrowed brow, narrowed eyes, tightened lips, dropped jaw, clenched teeth, distorted expression)

**D1. Bracing, Rubbing,** (massaging affected area) (clutching or holding onto bed/chair, caregiver, or affected area during movement)

**D2. Restlessness** (constant or intermittent shifting of position, rocking, intermittent hand motions, inability to keep still)

**INSTRUCTIONS:**
SCORE "0" if behavior was not observed
SCORE "1" if behavior was observed, even briefly

| | | With Movement | At Rest |
|---|---|---|---|
| | | | |
| | | | |
| **TOTAL SCORE** | | | |

| DATE | TIME | PAIN RATING | MEDICATION | REASON | INJ. SITE | INITIALS | TIME | RESULT | With Movement | At Rest | POST PAIN RATING | INITIALS | SIGNATURE | At Rest | With Movement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/9 | Pm | | Flexeril | Refused | | Fw | - | Not given | | | - | | DANIELA FLEURISMA, LPN  69500 | DE | |
| 1/7 | am | N/A | All am meds | no show | - | JTC | - | Not given | | | - | JTC | PABIO A HILAIRE, LPN  68800 | | |
| 1/9 | Pm | | Flexeril | Refused | | | | | | | | | | | |
| 1/15 | Am | N/A | All am meds | no show | - | JTC | - | Not given | | | - | JT | Joycen Fereren LPN | | |
| | | | | | | | | | | | | | HERINS FRANCOIS, LPN  69769 | | |
| | | | | | | | | | | | | | CHARLES OKOLIE, LPN  57946 | | |
| | | | | | | | | | | | | | DENISE MORGAN, LPN | | |
| | | | | | | | | | | | | | JOSEPHINE HOPERE LPN  5886 | | |
| | | | | | | | | | | | | | DANIELLE FRANCOIS LPN | | |

**SITE CODES**

| A | Right Dorsal Gluteus | C | Right Ventral Gluteus | E | Right Lateral Thigh | G | Right Front Chest Wall | I | Right Deltoid | J | Right Upper Arm | K | Right Anterior Thigh | M | Right Upper Abdomen | O | Right Lower Abdomen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | Left Dorsal Gluteus | D | Left Ventral Gluteus | F | Left Lateral Thigh | H | Left Front Chest Wall | J | Left Deltoid | | Left Upper Arm | L | Left Anterior Thigh | N | Left Upper Abdomen | P | Left Lower Abdomen |

**INJECTION**

**DURAGESIC/FENTANYL PATCH ROTATION SITE CODES:**

| 1 | Right Front Chest Wall | 2 | Left Front Chest Wall | 3 | Right Back Chest Wall | 4 | Left Back Chest Wall |
|---|---|---|---|---|---|---|---|

M-70L



CHEMRX
LONG TERM CARE PHARMACY

| DATE BEGINNING | 01/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN   DOB: 04/16/1979   MED REC #: 17004153 |

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

FLEXERIL 10MG TABLET
(CYCLOBENZAPRINE)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM
O: 12/27/2018
— AM / PM rows —

NAUSEA; DIZZINESS; DRY MOUTH; BLURRED VISION; DROWSINESS; CONSTIPATION
Nurse Initials: DF          START 12/27/18     STOP 1/26

Tylenol 325mg tablet
2 tabs PO BID x 30 days
12/27 - 1/26      PRN    DF
— AM / PM rows —

Napzoxen 500mg tablet
1 tab PO BID x 30 days
1/10 - 2/9      PRN    DF
— AM / PM rows —

Flexeril 10mg tab - One tab
PO BID AM & PM

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

DIAG:  ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

E1 G18

| | DATE | INITIAL |
|---|---|---|
| MONTHLY UPDATE | | |
| MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
| 01/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 | MEMBERS, HANI |

| VITAL SIGNS | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATION NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DOCUMENTATION CODES:

1 - Discontinued Order  
2 - Dose Omitted  
3 - Medical Hold  
4 - Refused  
5 - Court  
6 - Lock Down  
7 - Medical Center  
8 - No Show  
9 - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| DANIELLE RAMOS, LPN | | JOVANI FEBRE, LPN 61888 | |
| CAROL BOYCE, LPN | | Kaylon DeMendonca, LPN | |

CHEMRX

| DATE BEGINNING | 03/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN | DOB: 04/16/1979 | MED REC #: 1700453 |

**ROUTINE MEDICATIONS**

ULTRAM 50MG TABLET (traMADOL)

ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN
(MDD = 100 MGS PER 24 HRS)
O: 03/28/2019

DIZZINESS; HEADACHE; DRY MOUTH; GI UPSET; CONSTIPATION; SOMNOLENCE; CNS STIMULATION; SEIZURES; ASTHENIA; RESPIRATORY DEPRESSION; RAISED INTRACRANIAL PRESSURE; PRURITUS; SUICIDAL IDEATION; SWEATING; ANAPHYLAXIS

START 3.28.19          STOP

Nurse Initials:

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**ROUTINE MEDICATIONS**

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

B3C18A

| | MONTHLY UPDATE | | | | | | DATE | | INITIAL |
| | MONTHLY REVIEW | | | | | | | | |

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER: | PHYSICIAN'S NAME |
| 03/01/2019. | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 1700453 | MEMBERS, HANI |

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATION NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DOCUMENTATION CODES:**
1 - Discontinued Order
2 - Dose Omitted
3 - Medical Hold
4 - Refused
5 - Court
6 - Lock Down
7 - Medical Center
8 - No Show
9 - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL | | |
|---|---|---|---|---|---|
| Denise Morgan, LPN | DM | DANIELLE RAMOS, LPN | | | |
| JOSEPHINE MODEBE, LPN | | | | | |

| DATE BEGINNING | 06/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN | DOB: 04/16/1979 | MED REC #: 17004153 |
|---|---|---|---|---|---|---|---|

ROUTINE MEDICATIONS

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAPROSYN 500MG TABLET (NAPROXEN)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN

DAYS: 14
O: 05/28/2019

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials: START _____ STOP _____

ROBAXIN 750MG TABLET
(METHOCARBAMOL)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN

DAYS: 14
O: 05/28/2019

NAUSEA; DIZZINESS; DRY MOUTH; BLURRED VISION; DROWSINESS; CONSTIPATION
Nurse Initials: START _____ STOP _____

| ROUTINE MEDICATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

| | | | | | MONTHLY UPDATE | | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | MONTHLY REVIEW | | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 06/01/2019 | 08/17/2018 | SAT SAT SAT | | RODRIGUEZ, MARBIN DOB: 04/16/1979 MED REC #: 17004153 | MEMBERS, HANI |

CHEMRX

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 8 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

**MEDICATION NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

DOCUMENTATION CODES:

| 1 - Discontinued Order | 4 - Refused | 7 - Medical Center |
|---|---|---|
| 2 - Dose Omitted | 5 - Court | 8 - No Show |
| 3 - Medical Hold | 6 - Lock Down | 9 - Other |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| JOSEPH E. PHEBSON LPN | | | |
| DENISE MORGAN LPN | DM | Francois Hams LPN | HF |


CHEMRX
LONG-TERM CARE PHARMACY

| DATE BEGINNING | 04/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 |
|---|---|---|---|---|---|

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**METHOCARBAMOL 750MG TABLET (ROBAXIN)**

ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30
O: 04/22/2019   Dr Hbsy

Am     Pm

NAUSEA; DIZZINESS; DRY MOUTH; BLURRED VISION; DROWSINESS; CONSTIPATION
Nurse Initials:          START  4/22/19        STOP  5/23/19

**NAPROXEN 500MG TABLET (NAPROSYN)**

ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30
O: 04/22/2019   Dr Hbsy

Am     Pm

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials:          START  4/22/19        STOP  5/23/19

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG:  ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS:  NKA

| | DATE | INITIAL |
|---|---|---|
| MONTHLY UPDATE | | |
| MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 04/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 | MEMBERS, HANI |

# PAIN INTENSITY SCALES

| | Indicators: | | With Movement | At Rest | | Indicators: | | With Movement | At Rest |
|---|---|---|---|---|---|---|---|---|---|
| | A. | **Vocal Complaints (non verbal sounds)** (non-verbal expression of pain demonstrated by moans, groans, grunts, cries, gasps, sighs) | | | D1. | **Bracing, Rubbing** (massaging affected area) (clutching or holding onto bed/chair, caregiver, or affected area during movement) | | | |
| | B. | **Vocal Complaints** (verbal expression of pain using words. e.g. "ouch" or "that hurts." cursing during movement or exclamation of protest, e.g. "stop" or "that's enough") | | | D2. | **Restlessness** (constant or intermittent shifting of position, rocking, intermittent hand motions, inability to keep still) | | | |
| | C. | **Facial Grimaces and Winces** (furrowed brow, narrowed eyes, tightened lips, dropped jaw, clenched teeth, distorted expression) | | | | **TOTAL SCORE** | | | |

0 NO PAIN

1 2 3 MILD PAIN — Although the resident experiences some (a little) pain, he or she is usually able to carry out their daily routine, socializing or sleep

4 5 6 MODERATE PAIN — Resident experiences a "medium" amount of pain

7 8 9 SEVERE PAIN — Times when pain is horrible or excruciating/worst possible pain. Pain of this type usually interferes with daily routine, socializing or sleep

10 VERY SEVERE HORRIBLE PAIN — Worst pain you could imagine

**INSTRUCTIONS:**
SCORE "0" if behavior was not observed
SCORE "1" if behavior was observed, even briefly

| DATE | TIME | PAIN RATING | MEDICATION | REASON | INJ. SITE | INITIALS | TIME | RESULT | POST PAIN RATING | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | DENISE MORGAN, LPN | DM |
| | | | | | | | | | | | modebey, SM | SM |
| | | | | | | | | | | | Sylvia Johnson, LPN | |
| | | | | | | | | | | | HERNS FRANCOIS, LPN 48759 | |
| | | | | | | | | | | | DANIELLE RAMOS, LPN | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | MODEBE, LPN | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| A | Right Dorsal Gluteus | C | Right Ventral Gluteus | E | Right Lateral Thigh | G | Right Deltoid | I | Right Upper Arm | K | Right Anterior Thigh | M | Right Upper Abdomen | O | Right Lower Abdomen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | Left Dorsal Gluteus | D | Left Ventral Gluteus | F | Left Lateral Thigh | H | Left Deltoid | J | Left Upper Arm | L | Left Anterior Thigh | N | Left Upper Abdomen | P | Left Lower Abdomen |

**INJECTION     SITE CODES**

**DURAGESIC/FENTANYL PATCH ROTATION SITE CODES:**

| 1 | Right Front Chest Wall | 2 | Left Front Chest Wall | 3 | Right Back Chest Wall | 4 | Left Back Chest Wall |
|---|---|---|---|---|---|---|---|

M-70L

CHEMRX

| DATE BEGINNING | ROOM NO. | | SAT | SAT | SAT | PATIENT NAME | | | | | | | | | | | | | RODRIGUEZ, MARBIN | | | | | DOB: 04/16/1979 | | | | | MED REC #: 1704153 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TREATMENT SHEET | | | | | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 |

NAPROSYN 500MG TABLET (NAPROXEN)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN

DAYS: 30

O: 10/30/2018  R: 02/12/2019       Dr Phy

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS

Nurse Initials:            START 2/12/19    STOP 2/12/19

| TREATMENT SHEET | | ROOM NO. | | SAT | SAT | SAT | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MEDEX REVIEW       MEDEX REVIEW

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 02/01/2019 | 08/17/2018 | SAT SAT SAT | | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 1704153 | MEMBERS, HANI |

# PAIN INTENSITY SCALES

| | | | | | |
|---|---|---|---|---|---|
| ☺ | ☺ | ☺ | 😐 | ☹ | 😣 |
| **0** NO PAIN | **1 2 3** MILD PAIN | | **4 5 6** MODERATE PAIN | **7 8 9** SEVERE PAIN | **10** VERY SEVERE HORRIBLE PAIN |
| | Although the resident experiences some (a little) pain, he or she is usually able to carry out their daily routine, socializing or sleep | | Resident experiences a "medium" amount of pain | Times when pain is horrible or excruciating/worst possible pain. Pain of this type usually interferes with daily routine, socializing or sleep | Worst pain you could imagine |

| | Indicators: | W Movement | At Rest |
|---|---|---|---|
| A. | **Vocal Complaints (non verbal sounds)** (non-verbal expression of pain demonstrated by moans, groans, grunts, cries, gasps, sighs) | | |
| B. | **Vocal Complaints** (verbal expression of pain using words. e.g. "ouch" or "that hurts." cursing during movement or exclamation of protest, e.g. "stop" or "that's enough") | | |
| C. | **Facial Grimaces and Winces** (furrowed brow, narrowed eyes, tightened lips, dropped jaw, clenched teeth, distorted expression) | | |

| | Indicators: | With Movement | At Rest |
|---|---|---|---|
| D1. | **Bracing, Rubbing** (massaging affected area) (clutching or holding onto bed/chair, caregiver, or affected area during movement) | | |
| D2. | **Restlessness** (constant or intermittent shifting of position, rocking, intermittent hand motions, inability to keep still) | | |

**TOTAL SCORE**

INSTRUCTIONS:
SCORE "0" if behavior was not observed
SCORE "1" if behavior was observed, even briefly

| DATE | TIME | PAIN RATING | MEDICATION | REASON | INJ. SITE | INITIALS | TIME | RESULT | POST PAIN RATING | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | JOSEPHINE MODESTE, LPN | |
| | | | | | | | | | | | DENISE MORGAN, LPN | |
| | | | | | | | | | | | CHARLES OKOLIE, LPN 67346 | |
| | | | | | | | | | | | Francois Herns | |
| | | | | | | | | | | | JEANNETTE BLAUVELT, RN 67494 | |
| | | | | | | | | | | | JOVANI FERERE, LPN 61886 | JF |
| | | | | | | | | | | | Kaylor DeMendonca, LPN | KD |
| | | | | | | | | | | | DANIELLE RAMOS, LPN | |
| | | | | | | | | | | | CAROL BOYCE, LPN | CB |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Right Dorsal Gluteus | C | Right Ventral Gluteus | E | Right Lateral Thigh | G | Right Deltoid | I | Right Upper Arm | K | Right Anterior Thigh | M | Right Upper Abdomen | O | Right Lower Abdomen |
| B | Left Dorsal Gluteus | D | Left Ventral Gluteus | F | Left Lateral Thigh | H | Left Deltoid | J | Left Upper Arm | L | Left Anterior Thigh | N | Left Upper Abdomen | P | Left Lower Abdomen |

**INJECTION SITE CODES**

**DURAGESIC/FENTANYL PATCH ROTATION SITE CODES:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Right Front Chest Wall | 2 | Left Front Chest Wall | 3 | Right Back Chest Wall | 4 | Left Back Chest Wall |

M-70L

CHEMRX

| DATE BEGINNING | 03/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 |

**TREATMENT SHEET**

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAPROSYN 500MG TABLET (NAPROXEN)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN

DAYS: 30

O: 10/30/2018  R: 02/12/2019

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
START
STOP
Nurse Initials:

Naprosyn 500mg PO BD
PRN x 30 Days

| TREATMENT SHEET | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | SAT SAT SAT | PATIENT NAME & NUMBER |
|---|---|---|---|---|
| 03/01/2019 | 08/17/2018 | | | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 |

MEDEX REVIEW    MEDEX REVIEW

MEDEX REVIEW

PHYSICIAN'S NAME

MEMBERS, HANI

# PAIN INTENSITY SCALES

| | | | | | | |
|---|---|---|---|---|---|---|
| | Indicators: | | With Movement | At Rest | Indicators: | With Movement | At Rest |



**0 NO PAIN**

**1 2 3 MILD PAIN** — Although the resident experiences some (a little) pain, he or she is usually able to carry out their daily routine, socializing or sleep

**4 5 6 MODERATE PAIN** — Resident experiences a "medium" amount of pain

**7 8 9 SEVERE PAIN** — Times when pain is horrible or excruciating/worst possible pain. Pain of this type usually interferes with daily routine, socializing or sleep

**10 VERY SEVERE HORRIBLE PAIN** — Worst pain you could imagine

**Indicators:**

A. **Vocal Complaints (non verbal sounds)** (non-verbal expression of pain demonstrated by moans, groans, grunts, cries, gasps, sighs)

B. **Vocal Complaints** (verbal expression of pain using words. e.g. "ouch" or "that hurts." cursing during movement or exclamation of protest, e.g. "stop" or "that's enough")

C. **Facial Grimaces and Winces** (furrowed brow, narrowed eyes, tightened lips, dropped jaw, clenched teeth, distorted expression)

D1. **Bracing, Rubbing.** (massaging affected area) (clutching or holding onto bed/chair, caregiver, or affected area during movement)

D2. **Restlessness** (constant or intermittent shifting of position, rocking, intermittent hand motions, inability to keep still)

**TOTAL SCORE**

**INSTRUCTIONS:**
SCORE "0" if behavior was not observed
SCORE "1" if behavior was observed, even briefly

| DATE | TIME | PAIN RATING | MEDICATION | REASON | INJ. SITE | INITIALS | TIME | RESULT | POST PAIN RATING | INITIALS | SIGNATURE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Jovani Fereren LPN | |
| | | | | | | | | | | | D. Morgan | |
| 11/18 AM | | | All meds | no show | | | | not given | | | Elisha Mattisen | |
| | | | | | | | | | | | DANIELA FLEURISMA, LPN | |
| | | | | | | | | | | | Anju | |
| | | | | | | | | | | | YVONNE KENNEDY, LPN | |
| | | | | | | | | | | | S.(b(lb mmoon | |
| | | | | | | | | | | | Khan | JK |
| | | | | | | | | | | | | |
| | | | | | | | | | | | JOSEPHINE MODESE | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**INJECTION SITE CODES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | Right Dorsal Gluteus | C | Right Ventral Gluteus | E | Right Lateral Thigh | G | Right Deltoid | I | Right Upper Arm | K | Right Anterior Thigh | M | Right Upper Abdomen | O | Right Lower Abdomen |
| B | Left Dorsal Gluteus | D | Left Ventral Gluteus | F | Left Lateral Thigh | H | Left Deltoid | J | Left Upper Arm | L | Left Anterior Thigh | N | Left Upper Abdomen | P | Left Lower Abdomen |

**DURAGESIC/FENTANYL PATCH ROTATION SITE CODES:**

| 1 | Right Front Chest Wall | 2 | Left Front Chest Wall | 3 | Right Back Chest Wall | 4 | Left Back Chest Wall |
|---|---|---|---|---|---|---|---|

M-70L

**CHEMRX**

| DATE BEGINNING | 10/01/2018 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN | DOB: 04/16/1979 | MED REC #: 17004153 |
|---|---|---|---|---|---|---|---|

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAPROSYN 500MG TABLET (NAPROXEN)

AM

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN
O: 10/30/2018

PM

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials: _CT_     START 10/31/18     STOP 11/29

*(handwritten):* Naprosyn 500mg Tab
1 Tab PO BID PRN
11/29-12/29

AM
PM

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

|  |  | MONTHLY UPDATE |  |
|---|---|---|---|
|  |  | MONTHLY REVIEW |  |

| | DATE | INITIAL |
|---|---|---|

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | SAT SAT SAT | PATIENT NAME & NUMBER | | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 10/01/2018 | 08/17/2018 | | SAT SAT SAT | RODRIGUEZ, MARBIN   DOB: 04/16/1979   MED REC #: 17004153 | | MEMBERS, HANI |

EIGHTH

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATION NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DOCUMENTATION CODES:**
1 - Discontinued Order
2 - Dose Omitted
3 - Medical Hold
4 - Refused
5 - Court
6 - Lock Down
7 - Medical Center
8 - No Show
9 - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| _(signature)_ | ᴀᴎ | M. Moreno | m |
| Kamini Ramgoon, LPN | Kₑ | JOSEPHINE MODEBE, LPN 53966 | ℛ |

| | | | |
|---|---|---|---|
| JOVANI FERERE, LPN 61886 | JF | DANIELLE RAMOS, LPN | ℛ |
| Amy J Daleo LPN | | SADIKA FRANCIS, LPN | ℱ |

| DATE BEGINNING | 07/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN | DOB: 04/16/1979 | MED REC #: 17004153 |
|---|---|---|---|---|---|---|---|

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAPROXEN 500MG TABLET (NAPROSYN)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN
O: 06/21/2019

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials:     START     STOP

Rosuvastatin Calcium 5mg
Two tabs by mouth Daily PM
7/4/19 - 8/3/19   X 30 Days

Robaxin 750mg PO
BID PRN x 14 Days

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG:  ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS:  NKA

|  | DATE | INITIAL |
|---|---|---|
| MONTHLY UPDATE |  |  |
| MONTHLY REVIEW |  |  |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 07/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 | MEMBERS, HANI |



| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATION NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DOCUMENTATION CODES:

1 - Discontinued Order
2 - Dose Omitted
3 - Medical Hold

4 - Refused
5 - Court
6 - Lock Down

7 - Medical Center
8 - No Show
9 - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| SANDRA JONES, LPN | | CAROL BOYCE, LPN | |
| | | YVONNE KENNEDY, LPN | |
| DANIELLE RAMOS, LPN | | JOSEPHINE MODEBE, LPN 53956 | |

CHEMRX
LONG TERM CARE PHARMACY

| DATE BEGINNING | 04/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN DOB: 04/16/1979 MED REC #: 17004153 |
|---|---|---|---|---|---|

| ROUTINE MEDICATIONS | HOUR | 1–30, 1 |
|---|---|---|
| ULTRAM 50MG TABLET (traMADOL)<br>ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN (MDD = 100 MGS PER 24 HRS) O: 03/28/2019 (N) | AM / PM (PRN) | D/C 4.11.19 stop<br>DIZZINESS; HEADACHE; DRY MOUTH; GI UPSET; CONSTIPATION; SOMNOLENCE; CNS STIMULATION; SEIZURES; ASTHENIA; RESPIRATORY DEPRESSION; RAISED INTRACRANIAL PRESSURE; PRURITUS; SUICIDAL IDEATION; SWEATING; ANAPHYLAXIS<br>Nurse Initials: START 3/28 STOP 4/28 |
| Naprosyn 500mg po BID PRN x30 days 3/14 - 4/14 | AM (PRN) PM | SEE NEW ORDER STOP |
| Naprosyn 500mg tab 1 1 tab po BID PRN x 14 days 4/4 - 4/18 FRANCIS | AM (PRN) PM | |
| Robaxin 750mg tab 1 tab po BID PRN x14 days 4/4 - 4/18 FRANCIS | AM (PRN) PM | |
| Debrox Otic 6.5% earwax removal 4 drops in ~~both~~ Right ears BID x 4 days O: 4/5/19 Haig ↓ see Below | AM PM | See Below ↓ |
| Debrox Otic 6.5% earwax removal 4 drops in right ear BID x 4 days Hanig | AM PM | |

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0 ~~B3C12~~ D2D E1G4

ALGS: NKA

| | DATE | INITIAL |
|---|---|---|
| MONTHLY UPDATE | | |
| MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 04/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN DOB: 04/16/1979 MED REC #: 17004153 | MEMBERS, HANI |

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

## MEDICATION NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

**DOCUMENTATION CODES:**

| 1 - Discontinued Order | 4 - Refused | 7 - Medical Center |
|---|---|---|
| 2 - Dose Omitted | 5 - Court | 8 - No Show |
| 3 - Medical Hold | 6 - Lock Down | 9 - Other |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Franline Jens LPN | JF | JOVANI FEREBE, LPN | JF |
| CAROL BOYCE, LPN | CB | Kaylon DeMendonca, LPN | KD |



EtGT8

| DATE BEGINNING 03/01/2019 | ROOM NO. SAT SAT SAT | PATIENT NAME RODRIGUEZ, MARBIN   DOB: 04/16/1979   MED REC #: 17004153 |

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FLEXERIL 10MG TABLET
(CYCLOBENZAPRINE)

ONE TABLET BY MOUTH TWICE A DAY
AM AND PM PRN

DAYS: 7
O: 03/20/2019

NAUSEA; DIZZINESS; DRY MOUTH; BLURRED VISION; DROWSINESS; CONSTIPATION
Nurse Initials:          START          STOP

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG:   ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS:  NKA          B3C12A          EtGT8

|  | | MONTHLY UPDATE | DATE | INITIAL |
|---|---|---|---|---|
|  | | MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 03/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 | MEMBERS, HANI |

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE | DATE | TIME | DRUG/ STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**DOCUMENTATION CODES:**
1 - Discontinued Order
2 - Dose Omitted
3 - Medical Hold
4 - Refused
5 - Court
6 - Lock Down
7 - Medical Center
8 - No Show
9 - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL | | | |
|---|---|---|---|---|---|---|
| HERNS FRANCOIS, LPN 48759 | | | | JOHNSON | | Kamini Ramgoon, LPN |
| | | | | JEANNETTE BLAUVELT, RN 67494 | | |
| DANIELLE RAMOS, LPN | | | | | | JOSEPHINE MODEBE, LPN 53966 |



EI 54

| DATE BEGINNING | 07/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN | DOB: 04/16/1979 | MED REC #: 17004153 |

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAPROXEN 500MG TABLET (NAPROSYN) | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O: 06/21/2019 R: 07/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials: CO     START 7/23/19     STOP 8/5/19

| ROBAXIN 750MG TABLET (METHOCARBAMOL) | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAYS: 14 O: 07/12/2019 R: 07/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAUSEA; DIZZINESS; DRY MOUTH; BLURRED VISION; DROWSINESS; CONSTIPATION
Nurse Initials: CO     START 7/23/19     STOP 8/5/19

| ROUTINE MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

EIG 4

| | | DATE | INITIAL |
|---|---|---|---|
| MONTHLY UPDATE | | | |
| MONTHLY REVIEW | | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 07/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN DOB: 04/16/1979 MED REC #: 17004153 | MEMBERS, HANI |

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATION NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | NURSE INT | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DOCUMENTATION CODES:
1 - Discontinued Order
2 - Dose Omitted
3 - Medical Hold
4 - Refused
5 - Court
6 - Lock Down
7 - Medical Center
8 - No Show
9 - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| SIBIL BINUMON, LPN 66128 | | DANIELLE RAMOS, LPN | ⅔ |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| DENISE MORGAN, LPN | | JOSEPHINE MODEBE, LPN 59866 | |
| JOSEPHINE MODEBE, LPN | | | |



**CHEMRX**
LONG TERM CARE PHARMACY

PAGE 2 OF 2

| DATE BEGINNING | 05/01/2019 | ROOM NO. | SAT SAT SAT | PATIENT NAME | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 |

| ROUTINE MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

METHOCARBAMOL 750MG TABLET (ROBAXIN)

ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30
O: 04/22/2019

NAUSEA; DIZZINESS; DRY MOUTH; BLURRED VISION; DROWSINESS; CONSTIPATION
Nurse Initials:     START 4.22.19     STOP 5.22.19

NAPROXEN 500MG TABLET (NAPROSYN)

ONE TABLET BY MOUTH TWICE A DAY AM AND PM PRN

DAYS: 30
O: 04/22/2019

NERVOUSNESS; MENTAL CONFUSION; GI UPSET; VERTIGO; LIGHTHEADEDNESS
Nurse Initials:     START 4.22.19     STOP 5.22.19

Robaxin 750mg PO BID PRN x 14 Days

5.29.19 – 6.11.19

Naprosyn 500mg PO BID PRN x 14 Days

5.29.19 – 6.11.19

| ROUTINE MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

DIAG: ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION Z00.0

ALGS: NKA

| | DATE | INITIAL |
| MONTHLY UPDATE | | |
| MONTHLY REVIEW | | |

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
| 05/01/2019 | 08/17/2018 | SAT SAT SAT | RODRIGUEZ, MARBIN  DOB: 04/16/1979  MED REC #: 17004153 | MEMBERS, HANI |

Exhibit-C

I declare under the penalty of perjury that the foregoing is true and correct.

Dated on ⁷/⁴/ 2₀2₂

## June 10, 2017

I was sleeping at my house when police came punching the door. Soon after my friend went out to see what was happening. The police was outside and they told him to open the door. When my friend opened the door they took him outside without telling him what was going on. Then they took his whole family outside and after they went looking for me. They open the door to my room and I was sleeping they woke me up and put handcuffs on me. They violently pushed me against a table that was in my room and I received punches on my leg and neck and then they took me outside. I was afraid for my life. As seen everyday on the news "Police Brutality and Excesive Force" is an issue in America. After that they went down to the basement where my (2) friends were sleeping. One of them got cut in his private part to be exact his penis. They rushed him to the hospital and I found out everything that happened a day later. I never heard anything about him and they took me to the Nassau County Jail where the Doctors told me I was okay but I was NOT okay. (8) months later the pain got worst in my leg and it began to hurt a lot the same area where I was punched by Nassau Police. From the day I got arrested and suffered from police abuse of force I had pain the entire time after the punches. The entire (25) months I was in Nassau County Jail I was taking medication (pills) for pain. They kept ignoring my complaints telling me I was okay when I wasn't and that it was just muscle pain from when I got hit.

## March 19, 2019

The day that I was going to trial they took me to court in the morning with cuffs on my legs, handcuffs and also a steel chain around my waist. When I was walking down stairs I slipped (6) stairs steps down to the basement/bottom floor. I hurt my back, in my arm, shoulders and also hurt my right ear. After a while they took me to see medical. A day later I couldn't walk and I spent (2) weeks without going to the Hospital. After 2 weeks they let me see medical which he saw me for (1) week and they told me I was okay when I was NOT and I had minor hits and that I didn't have any fractures on my body. After that I was transfer to a cell where I was before the accident 3/19/2019. The Judge then later schedule me for trial again. I could barely walk but I presented myself. The Judge saw my pain and told me that he would give me time (1 month) to recover from the accident.
I return to court after a month and the Judge told me I had to proceed to trial and I told the Judge I could not go to trial because I couldn't stay sitting for too long without severe pain. The Judge offered to give me 10 minute breaks every hour where I would walk around and relax and we could continue with trial and I could also carry my medication which none of it was true. Nothing was true ! I did not receive my medication and I did not get a 10 minute break that the Judge promised.
I told Judge I was sorry and I could not continue with this trial because of the pain from the hits but the Judge insisted on continuing trial as schedule. I insisted I could not continue trial due to the pain. I told my attorney I was not healthy and I was not feeling well and she told me she would do everything possible so the court could give me a week. I asked for back brace, neck brace and also a leg brace

which the Doctor said he would allowed me to have but he never did. I did not receive any protection to continue my trial. I then sent a grievance regarding the failure to protect me but that didn't do anything. With that said, I want them to take full responsibility for their actions. I had to plea guilty. My life is not the same as before. I have to wake up in the morning and do a routine that a Doctor showed me because I never received any Physical Therapy for my neck, back, leg or shoulders. They never gave me the proper medical attention I deserve after all I went through. I want to make it clear that all the medical care I was promised to received was never given to me.

Marbin Rodriguez
A# 212-948-199
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

Jared A. Kasschau
Nassau County Attorney
One West Street
Mineola, New York 11501

U.S. District Court
Eastern Distrtict of New York (Central Islip)
Civil Docket Case #:2:18-cv-03845-JMA-ARL
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge Arlene R. Lindsay
Cause: 42:1983 Prisoner Civil Rights

JAMES CRYER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CR6406465
Qualified in Genesee County
My Commission Expires March 30, 2024

To : Marbin Rodriguez

From: Marlon F Galeano

3-10-18

I Marlon F Galeano resident of 100 Rockmart Ave Elmont NY 11003,

On June 10 2017 at 3:45 am I was sleeping and woke up to loud noise and then I decided to look out the window and saw lights and all of a sudden a cop directed a gun to me towards my face and then I went downstairs and opened the door and the police shouted put your hands on your head and go on your knees then they came to me and checked my body and then all of my family came out of the house. Then me and my family stayed outside of the house and then variety of polices went inside of my house with no consent of me letting them check my house. They had no permission from me to check my house. Never did I signed any paper saying that I give the police permission to check inside of my house. I did see police sighing papers but never did they give me papers to signed. They left me and my family outside for 4 ½ hours waiting until they checked the entire house. I did not like how the police treated my house they left scratches on my walls they police also used my bathroom took alcohol and cotton balls and left a mess of alcohol and dirty papers with blood in my sink.

X _MARLON L Galeano_

REZA SALAMATIAN
Notary Public, State of New York
No. 01SA6114755
Qualified in Nassau County
Commission Expires August 23, 20__

Subscribed and sworn before me
this 10th day of MARCh 2018 by
... D. ... F GALEAN

Exhibit - D

NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

PATIENT NAME (Nombre) **Rodriguez morbin**

ICN/NCC NUMBER **1400453**

DATE OF BIRTH (Fecha de Nacimiento) **09/06/79**

DATE AND TIME (Fecha) **7/30/19**

HOUSING UNIT (Loalidad) **E1 C 04**
**ne**

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

For three days I've had terrible pain in my lower back and it even travels down to my knees. I can only sit on my right side. Last time I saw the Doctor he said they would call me again and they never did.

Pt seen
7/31/19

MINQUABSY JAGHAB, MI
13996

MINQUABSY-JAGHAB, MI
13996

NURSE SIGNATURE: _____ DATE: _____ TIME: _____

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ OTHER: _____

NURSE SIGNATURE: *Jce Hamd*    TRIAGE DATE: 7/30/19    TIME: 1000

61584322 (9/1/17) 1.1

JENNIFER JOSEPH-MONDESIR, RN
66424

7/30/19 - @23:30

NASSAU HEALTH CARE CORPORAT
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)  Rodriguez marbin

ICN/NCC NUMBER  17004153  DATE OF BIRTH (Fecha de Nacimiento)  04/06/179
(Dat Nesans)

DATE AND TIME (Fecha) (Dat ak Lè)  7/09/19  HOUSING UNIT (Loalidad) (Inite Lojman)  E 1 G 04

PROBLEM: (Be Specific)
PROBLEMA:
PWOBLEM:  Need to see Doctor extreme
pain in my back

seen
7/19/19  renew meds

MD

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME  Cheynita Rn

NURSE SIGNATURE/PRINT NAME  Kiram Pierre

TRIAGE DATE  7/9/19  TIME  2300

DATE  7/9/19  TIME  2000

61584322 (2/5/18) t.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Marbin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)
4/6/79

DATE AND TIME (Fecha) (Dat ak Lè)
7/21/19

HOUSING UNIT (Loalidad) (Inite Lojman)
E1-G4

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

Need more pain medication refilled, today is my last day.

CARL-HENRI SANCHEZ, MD

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

JENNIFER JOSEPH-MONDESIR, RN
66424
HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE
7-21-19

TIME
22:30

DATE
7/21/19

TIME
2135

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an) Rodriguez marbin

ICN/NCC NUMBER 17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans) 04/06/79

DATE AND TIME (Fecha) (Dat ak Lè) 7/5/19

HOUSING UNIT (Loalidad) (Inite Lojman) E1 G 04

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I need to be seen by medical as soon as possible because i have been feeling pain in my back for the last 2 days (very intense). Thank you

Pt seen freely placed

NP org CARL HENRIQUEZ, MD

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME  HANI MEMBERS, PA 6658F

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE 7/5/19   TIME 1030 pm

DATE 7-5-19   TIME 2200

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an) **Rodriguez marbin**

ICN/NCC NUMBER **17204153**    DATE OF BIRTH (Fecha de Nacimiento) **04/06/79**
(Dat Nesans)

DATE AND TIME (Fecha) (Dat ak Lè) **8/14/19**    HOUSING UNIT (Loalidad) (Inite Lojman) **E1 G 04**

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

Extreme pain in my left leg and my back. I need braces for my back and leg. I've been tying a towel around it just to be able to sleep. Especially when I use the bathroom I am in a lot of pain.

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____    ☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO HCP: _____    ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

_____

_____

HCP SIGNATURE/PRINT NAME
_____

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE **8/14/19**    TIME **0900**
DATE

61584322 (2/5/18)    **8/14/19**    **12³⁰**

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Martin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)
4/6/79

DATE AND TIME (Fecha) (Dat ak Lè)
8/13/18

HOUSING UNIT (Loalidad) (Inite Lojman)
E51- G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I HAVE A VERY BAD PAIN on MY
UPPer left leg it's Being 3 DAY WITH THE
PAIN

Thank You

Rodriguez Martin

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE
8/13/18

TIME
1130

DATE
8/15/18

TIME
8

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Maxbin

ICN/NCC NUMBER
17006153

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)
04/06/79

DATE AND TIME (Fecha) (Dat ak Lè)
8/25/18

HOUSING UNIT (Loalidad) (Inite Lojman)
E1G    46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

My leg keep hurting, the medicine is doing nothing for me. I need my leg check out I'm in pain. I can't sleep right and it hurts the most laying down.

8/10/18

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt_____

Action Taken/Outcome: _____

_____

HCP SIGNATURE/PRINT NAME
Scarefoo NP

NURSE SIGNATURE/PRINT NAME
Joey Smith

TRIAGE DATE
8/26/18
8/25/18

DATE
8/25/18

TIME
1500
2000

TIME
2300

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Maxbin

ICN/NCC NUMBER
1700415-3

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)
09/06/179

DATE AND TIME (Fecha) (Dat ak Lè)
8/31/18

HOUSING UNIT (Loalidad) (Inite Lojman)
E 1 G    46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

On 8/28/18 I went to the main for a XRAY on my leg. I need to know if the resolt are in / and the pain is still hurts. even more.

Thank you

R seen
9/5/18

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____       ☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____       ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

_____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE
8/31/18

DATE
8/31/18

TIME
10:19

TIME

61584322 (2/5/18) 1.1

Rodriguez, Marbin

# SICK CALL REQUEST

| | |
|---|---|
| **PATIENT NAME** (Nombre) (Non Pasyan an) | |
| **ICN/NCC NUMBER** 17004153 | **DATE OF BIRTH** (Fecha de Nacimiento) (Dat Nesans) 0406179 |
| **DATE AND TIME** (Fecha) (Dat ak Lè) 04/19/19 | **HOUSING UNIT** (Loalidad) (Inite Lojman) E1G 04 |

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

I need a refill on my medication. My old medication expired.

Thank you

Aseen
4/19/19

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____          ☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO HCP: _____     ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

_____

| | | |
|---|---|---|
| HANI MEMBERS, PA 66586 | 4/19/19 | 936 pm |
| **HCP SIGNATURE/PRINT NAME** | **TRIAGE DATE** | **TIME** |
| HF | 4/19/19 | 2019 |
| **NURSE SIGNATURE/PRINT NAME** | **DATE** | **TIME** |

61584322 (2/5/18) 1.1

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodrique Marbin

ICN/NCC NUMBER  17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)  0406179

DATE AND TIME (Fecha) (Dat ak Lè)  4/20/19

HOUSING UNIT (Loalidad) (Inite Lojma)  E I G   04

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I'm writing again because i really need a backbrace, and a legstrap for My thigh error. Everytime i walk, My body stiffing up! Could you please help me with this situation.

All of what i'm dealing with, is due to me falling down stairs.

Thank you so much!

Pt seen

4/22/19.

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME _____

NURSE SIGNATURE/PRINT NAME _____

TRIAGE DATE  4/21/19
DATE  4/20/19

TIME  10a
TIME  2100

61584322 (2/5/18) 1.1

**SICK CALL REQUEST**

PATIENT NAME (Nombre) (N    asyan an)
_Rodriguez Marbin_

ICN/NCC NUMBER
_1700 4153_

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)
_0406 179_

DATE AND TIME (Fecha) (Dat ak Lè)
_3/21/19_

HOUSING UNIT (Loalidad) (Inite Lojman)
_F1 C    18_

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

il am requesting to see a nurse because my neck and back has a severe stiffness and il possibly would need a brace. When il lay down and use the bathroom my back gives me problems

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____     ☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____     ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

_MODELINE PIERRE, NP_
_50451_

HCP SIGNATURE/PRINT NAME

_DMorgan_
NURSE SIGNATURE/PRINT NAME

TRIAGE DATE
_3/22/19_

DATE
_3/22/19_

TIME
_2147_

TIME
_1020_

61584322 (2/5/18) 1.1

**SICK CALL REQUEST**

(Please Print)

Rodriguez Marbin

PATIENT NAME (Nombre) (Non Pasyan an)

17004153

ICN/NCC NUMBER

0406179

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)

3/19/19

DATE AND TIME (Fecha) (Dat ak Lè)

F 16

HOUSING UNIT (Loalidad) (Inite Lo...)

18

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I am requesting a neck brace because I have severe pain when I turn my head left or right, I also have severe pains in my lower back.

Thank you

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____          ☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____    ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt_____

Action Taken/Outcome: _____

MODELINE.PIERRE. NF
50451

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

3/19/19
TRIAGE DATE
3.19.19
DATE

2137
TIME
2118
TIME

61584322 (2/5/18) 1.1

*Rodriguez Marvin*

# SICK CALL REQUEST

PATIENT NAME (Nombre) (Non Pasyan an)

ICN/NCC NUMBER: 17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans): 0406 179

DATE AND TIME (Fecha) (Dat ak Lè): 3/13/19

HOUSING UNIT (Loalidad) (Inite Lojman): E16 18

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

I need a refill of my medication. Last night was my last time for my medication.

Thank you

*addressed 3/14/19*

**TRIAGE DECISION BY HEALTHCARE PROVIDER (Only check ONE box below and sign)**

☑ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

_____

_____

NATASHA LAROQUE, N?

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME *D. R*

TRIAGE DATE: 3/13/19

DATE: 3-13-19

TIME: 832n

TIME: 2010

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

61584322 (2/5/18) 1.1

(Please Print)

**PATIENT NAME** (Nombre) (Non Pasyan an): Rodriguez Marbin

**ICN/NCC NUMBER**: 17004153

**DATE OF BIRTH** (Fecha de Nacimiento) (Dat Nesans): 04/06/179

**DATE AND TIME** (Fecha) (Dat ak Lè): 9/11/18

**HOUSING UNIT** (Loalldad) (Inite Lojman): F1G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I went to Sick Call and They said theres nothing wrong with my leg. I still on a Hevy pain wish is going down. I am on a lot of Pain Thank you

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE: 09/11/18

DATE: 9/11/18

TIME: 23:29

TIME: _____

# SICK CALL REQUEST

PATIENT NAME (Nombre) (Non Pasyan an) *Rodriguez Morbin*

ICN/NCC NUMBER 1700415.3

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans) 04/06/179

DATE AND TIME (Fecha) (Dat ak Lè) 6/24/19

HOUSING UNIT (Loalidad) (Inite Lojman) E 16 04

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:** My feet hurt alot I need to see the foot doctor Please Help Thank you

*Addressed 6/06/19.*

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME   MODELINE PIERRE, NP   50451

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE 6/24/19   TIME 2204

DATE 6-24-19   TIME 2123

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez marbin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)
04/06/79

DATE AND TIME (Fecha) (Dat ak Lè)
6/11/19

HOUSING UNIT (Loalidad) (Inite Lojman)
F1G 04

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

Today is my Last day I need A refill

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt_____

Action Taken/Outcome: _____

_____

_____

HCP SIGNATURE/PRINT NAME _____

NURSE SIGNATURE/PRINT NAME
N. Mug

61584322 (2/508) 1.1

TRIAGE DATE
6/11/19
DATE
6/11/19

TIME
9:55
TIME
11 Am

# Medical Equipment Issued

DATE: _____ 8/16/19

Name: _____ Marbin Rodriguez

ICN/CCN#: _____ 201700 4553

D.O.B. : _____ 4/6/79

LOCATION: _____ EIG 04

Item Issued:

| | | | |
|---|---|---|---|
| Abdominal Binder: | | Orthotics: | |
| Ankle Support: | | Wrist Support: | |
| Back Support: | X (M) | Wheel Chair: | |
| Cervical Collar: | | Cane: | |
| Knee Support: | | Other: | |

Patient Signature: _____

Nurse Signature: _____

Please return to UM when complete, do not put in chart.

Thank you.

## SICK CALL REQUEST

... CORRECTIONAL CENTER

**PATIENT NAME (Nombre) (lasyan an)**

Rodriguez, Marbin

**ICN/NCC NUMBER**
17004153

**DATE AND TIME (Fecha) (Dat ak Lè)**
6/30/19

**DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)**
04/06/179

**HOUSING UNIT (Loalidad) (Inite Lojman)**
F 1 C 04

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

I need to see the doctor For My Neck and back And I would like to see the results from my xray and MrI

Please and thank you

**TRIAGE DECISION BY HEALTHCARE PROVIDER (Only check ONE box below and sign)**

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

ROMMY TODMAN-JOSEPH, NP
66588

**HCP SIGNATURE/PRINT NAME**

**TRIAGE DATE**
6/30/19

**TIME**
2230

**NURSE SIGNATURE/PRINT NAME**

**DATE**
6-30-19

**TIME**
2155

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**CONSULTATION**

PATIENT NAME: Roedriguez, Marbin

ICN/NCC NUMBER: 1700415 3

LOCATION:

DATE OF BIRTH: 4/6/79

GENDER:

Consulting Service: EMG.

This Consult was requested by: M. Absy, MD _(signature)_ Date: 9/5/18 Time requested: 8 pm

Reason for Consult: 39 y/o ♂ c̄ pain/mild numbness ⒧ thigh, sometimes extending down leg.

## CONSULTANT'S REPORT

Patient assessed on Date: _____ Time: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signature of Resident Consultant | Stamp / I.D.# / Print | Date/Time |
|---|---|---|

| Signature of Attending Consultant | Stamp / I.D.# / Print | Date/Time |
|---|---|---|

☐ REPORT COMPLETED ON THIS PAGE   ☐ Page 1 of _____


RECEIVED
MAY 3 0 2019
By

## AUTHORIZATION FOR RECORDS

PROVIDER: Marbin Rodriguez
ADDRESS: 160 Carmen Ave East meadow Ny 11554
IN RE:
S.S. NO.:                          D.O.B.: 6/6/1979   ACCIDENT DATE: 3/19/19

## YOUR ARE HEREBY AUTHORIZED TO FURNISH:

Copies of the following records pertaining to me:

✓ Medical Records

✓ Hospital Records

✓ Examination of X-Rays

_____ Social Security Records

_____ Compensation/Disability Records

_____ Employment Records, W2s For the year(s):

_____ Copy of films and reports of Diagnostic testing, CT San, MRI

_____ Copy of the No-Fault File

_____ Bills and All Dates of Treatment

_____ OTHER:

X _____
Client Signature

State of New York)
County of          )ss.:

On this 21st day of May 2019                before me personally came
who is known to me to be the individual described herein and who executed the foregoing
instrument and who duly acknowledged to me the execution thereof.

_____
Notary Public

CHRISTOPHER JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JO8372250
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MARCH 19, 20__

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER

# PHYSICIAN'S ORDER SHEET

DRUG ALLERGIES

FOOD ALLERGIES

ENVIRONMENTAL ALLERGIES

**PATIENT NAME** Rodriguez Maibin

**ICN/NCC NUMBER** 1700453

**DATE OF BIRTH** 8/16/79

**GENDER** M

## NUMC DO NOT USE SYMBOLS AND ABBREVIATIONS
**IU, MgSO$_4$, MS, MSO$_4$, q.o.d., Qd, q.d., U, trailing Zero (X.0mg), lack of leading zero (.Xmg)**

| DATE ORDERED | ORDERS AND SIGNATURE | NURSE'S INITIALS |
|---|---|---|
| 8/17/18 3:00pm | Motrin 800mg PO BID/PRN x 14d _____ Hnenbas RD | LS NP noted |
| 08/18 | orthro chest review completed | 8/18/18 |
| 8/27/18 6:30pm | Naprosyn 500mg PO BID x 30D _____ PHC | 8/27/18 pm |
| 9/5/18 3 Pm | EMG. | Noted |
| 9/6/18 | orthro chest review complete | |
| 10/30/18 | Naprosyn 500mg daily x 30 _____ J.R. HENRI SANCHEZ, MD | Noted Cited 10/30/18 11:50pm |
| 11/29/18 2:00l | Please fax c Mr Beleza regarding patients scheduled EMG. _____ Kenway M Adnan FNP | Noted 11/29/18 FE |
| 2/9/19 10:36am | Ortho consult. _____ MODELINE PIERRE, NP 5045 | MD |
| 2-10-19 | 24 ✓ completes D.P. | |



MAYO
CLINIC

*Marbin Rodriguez*

# Meralgia paresthetica

CARL-HENRI SANCHEZ, MD

1/21/19

## Diagnosis

In most cases, your doctor can make a diagnosis of meralgia paresthetica based on your medical history and a physical exam. He or she might test the sensation of the affected thigh, ask you to describe the pain, and ask you to trace the numb or painful area on your thigh. Additional examination including strength testing and reflex testing might be done to help exclude other causes for the symptoms.

To rule out other conditions, your doctor might recommend:

- **Imaging studies.** Although no specific changes are evident on X-ray if you have meralgia paresthetica, images of your hip and pelvic area might be helpful to exclude other conditions as a cause of your symptoms.

  If your doctor suspects a tumor could be causing your pain, he or she might order a CT scan or MRI.

- **Electromyography.** This test measures the electrical discharges produced in muscles to help evaluate and diagnose muscle and nerve disorders. A thin needle electrode is placed into the muscle to record electrical activity. Results of this test are normal in meralgia paresthetica, but the test might be needed to exclude other disorders when the diagnosis isn't clear.

- **Nerve conduction study.** Patch-style electrodes are placed on your skin to stimulate the nerve with a mild electrical impulse. The electrical impulse helps diagnose damaged nerves. This test might be done primarily to exclude other causes for the symptoms.

- **Nerve blockade.** Pain relief achieved from anesthetic injection into your thigh where the lateral femoral cutaneous nerve enters into it can confirm that you have meralgia paresthetica. Ultrasound imaging might be used to guide the needle.

# Treatment

For most people, the symptoms of meralgia paresthetica ease in a few months. Treatment focuses on relieving nerve compression.

## Conservative measures

Conservative measures include:

## SICK CALL REQUEST

**PATIENT NAME** (Nombre) (I__ asyan an)

ICN/NCC NUMBER: 17004153

**DATE OF BIRTH** (Fecha de Nacimiento) (Dat Nesans): 04/06/179

Bodriguez, Martin

**DATE AND TIME** (Fecha) (Dat ak Lè): 6/20/19

**HOUSING UNIT** (Loalidad) (Inite Lojman): F 1 C 04

**PROBLEM:** (Be Specific)
**PROBLEMA:**
**PWOBLEM:**

I Need to see the doctor For My Neck and back And I would like to see the Results From My Xray and MrI

Please and thank You

### TRIAGE DECISION BY HEALTHCARE PROVIDER (Only check ONE box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

ROMMY TODMAN-JOSEPH, NP
66588

**HCP SIGNATURE/PRINT NAME**

**TRIAGE DATE:** 6/20/19

**TIME:** 2230

**NURSE SIGNATURE/PRINT NAME**

**DATE:** 6-20-19

**TIME:** 2155

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez morbin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)
04/06 179

DATE AND TIME (Fecha) (Dat ak Lè)
2/7/19

HOUSING UNIT (Loalidad) (Inite Lojman)
E16    18

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:** I would like to get an ~~sonside~~ MRI because my leg been hurting for about 3 Days and I cant Sleep and It be hurting a lot I would like to be checked Please.

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

ROMMY TODMAN-JOSEPH, NP
66588

HCP SIGNATURE/PRINT NAME _____    TRIAGE DATE 2/7/19    TIME 2205

NURSE SIGNATURE/PRINT NAME _____    DATE 2/7/19    TIME

61584322 (2/5/18) 1.1

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

**(Please Print)**

PATIENT NAME (Nombre) (Non Pasyan an) Rodriguez Marbin

ICN/NCC NUMBER 17004153     DATE OF BIRTH (Fecha de Nacimiento) 04/06/179
(Dat Nesans)

DATE AND TIME (Fecha) (Dat ak Lè) 4/3/19     HOUSING UNIT (Loalidad) (Inite Lojman) B-3-C-12

---

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM: I have a lot of pain in my leg and it herts more every day

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____     ☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____     ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

_____

_____

_Naebus NP_
HCP SIGNATURE/PRINT NAME          TRIAGE DATE 4/3/19          TIME (2:30?)

_____
NURSE SIGNATURE/PRINT NAME          DATE 4/3/19          TIME 9 PM

61584322 (2/5/18) 1.1

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
_Rodriguez Morbin_

ICN/NCC NUMBER _17004153_

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans) _04/06/ 179_

DATE AND TIME (Fecha) (Dat ak Lè) _4/3/19_

HOUSING UNIT (Loalidad) (Inite Lojman) _B-3-C-12_

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM: I have a lot of pain in my leg and it herts more every day

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME _Claudius NP_

TRIAGE DATE _4/3/19_   TIME _2 30?_

NURSE SIGNATURE/PRINT NAME

DATE _4/3/19_   TIME _9 p_

61584322 (2/5/18) 1.1

**CONSULTATION**

PATIENT NAME: _Rodriguez Mark_

ICN/NGC NUMBER: _170415_3_

DATE OF BIRTH: _4/6/71_

LOCATION: _M_

GENDER: _____

Consulting Service: _RADIOLOGY, MRI L/S SPINE_

This Consult was requested by: _Montieux_ Date: _4/24/19_ Time requested: _____

Reason for Consult: _Low BACK PAIN RADIATION (L) LOWER EXTREMITY_
_↓ (L) ANKLE REFLEX_

**CONSULTANT'S REPORT**

Patient assessed on Date: _____ Time: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signature of Resident Consultant | Stamp / I.D.# / Print | Date/Time |

| Signature of Attending Consultant | Stamp / I.D.# / Print | Date/Time |

☐ **REPORT COMPLETED ON THIS PAGE**     ☐ **Page 1 of _____**

61584323 (9/1/17) 1.1

E1 G4

Scanned
4/24/19
1225
PM

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Martin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)
4/6/79

DATE AND TIME (Fecha) (Dat ak Lè)
8/13/18

HOUSING UNIT (Loalidad) (Inite Lojman)
151 - G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I Have A Very BAD PAIN on My
Upper left leg it's Being 3 DAY WITH the
PAIN

Thank You

Rodriguez Martin

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt_____

Action Taken/Outcome: _____

_____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE   8/13/18
DATE   8/13/18

TIME   1130p
TIME   80

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Services**

**PROGRESS NOTE**

PATIENTS NAME: Rodriguez Marbin
ICN/NCC NUMBER: 170 41 3
DATE OF BIRTH: 4/6/79
LOCATION:
GENDER:

| DATE / TIME | |
|---|---|
| 4/11/19 10 Am | MD Note |
| | 40 y/o H♂ s/p fall down the steps while incarcerated. Admitted 6/1/18. Fall occured 3/19/19. |
| | Continues to c/o posterior upper Rt neck pain. Pain is worse when he turns neck to R ① side. |
| | Also c/o pain going down ① buttock to ① thigh. X-rays neg. |
| | Imp/Plan: CLBP / Neck pain : |
| | - Continue Naprosyn / Robaxin DC Tramadol (Patient agrees). states Naprosyn is more effective for him |
| | - Ortho referral [signature] |
| 4/27/19 10 Am | Sick Call |
| | Patient continues to c/o back pain radiating to ① buttock/thigh and neck pain. X-rays neg. |
| | Plan : As above. |
| | - Continue Naprosyn / Robaxin |
| | - ortho referral pending. Probably needs PT. |
| | - back brace [signature] |

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER
### Correctional Health Services

# PROGRESS NOTE

PATIENTS NAME: Rodriguez Marvin

ICN/NCC NUMBER: 17060088

DATE OF BIRTH: 4/6/79

GENDER:

| Date | Time | |
|------|------|---|
| 6/21/19 | 7pm | Sick Call |
| | | Pt requesting renewal of Naproxen and explanation of MRI results. MRI results endorsed as normal with regards to sacral spine and nervous foramina. ® renal cyst described to patient who denies any flank pain and urinary symptoms. |
| | | Plan: ① renew naproxen |
| | | DK rosaxin (Pt reports no effect) |
| | | ② CMP to assess renal function and CBC to assess EPO function. |
| | | Reyes |
| 6/26/19 | 3pm | sick call |
| | | Podiatry referral submitted for foot pain. |
| 7/4/19 | 1400 | Lab report reviewed to pt Triglyceride 351 Will repeat lipid profile Crestor 10mg po qd |

ROSELINE CARELUS, NP
6072



# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER
### Correctional Health Services

## PROGRESS NOTE

PATIENTS NAME: Rodriguez Marlen
ICN/NCC NUMBER: 1700415 3
DATE OF BIRTH: 4/6/99
GENDER:

| Date | Time | |
|------|------|---|
| 9/5/18 | 7pm | Sick Call |
| | | Patient c/o pain ® thigh. States pain began after altercation ē police officer 14 months ago. Pain radiating to leg |
| | | X-ray femur: Neg |
| | | ® thigh: no tenderness, no swelling. Minimal numbness |
| | | Imp/Plan: - R/O neuropathy: EMG. Continue Naprosyn |
| | | [signature] |
| 9/14/18 | 1900 | Sick call |
| | | c/o ℗ thigh pain. ℗ thigh started more than 1 years post altercation. Pain radiating to upper ℗ leg on ? Femur X-ray (-) |
| | | Ext ℗ thigh. (-) tenderness (-) edema (-) erythema. |
| | | A/P Neuropathy. continue naprosyn. Pt educated about EMG. F/U prn |
| 10/30/18 | 6317 | Print |
| | | Naprosyn ordered by pt for ? electra. |

HENRI SANCHEZ MD

No charg

**NASSAU HEALTH CARE CORPORATION**
NASSAU COUNTY CORRECTIONAL CENTER
**Correctional Health Services**

# PROGRESS NOTE

PATIENTS NAME: Rodriguez, Toshus

ICN/NCC NUMBER: 17060088

LOCATION: B3C12

DATE OF BIRTH: 4/6/79

GENDER: M

| DATE / TIME | |
|---|---|
| | Sick Call |
| 4/4/16 1030 | pt c/o lower back pain. S/P inj. 3/09/16 states pain radiates down LLE. pain 7/10 states current meds not helping. |
| NKDA | ⊖ dysuria ⊖ hematuria ⊖ urinary or bowel dysfunction ⊖ numbness. Pt states he had |
| ⊖ med hx | x-rays of lower back after injury. currently on Ultram. |
| BP 109/65 | Gen NDD A&Ox3     Ambulates c̄ no diff. |
| P 95 | Oropharynx clear |
| R. 16 | Heart S1S2 |
| T 98.4 | |
| | abd soft NT ND ⊕BS ⊖ CVAT |
| | ⊕ ⊕ lumbar TTP √ ROM 2° pain ⊕ Spasms ⊕ SLR |
| | Neuro grossly intact. |
| | A - Chronic LBP |
| | P - add Naproxen 500mg PO BID x14days √ heeled |
| | - add Robaxin 750mg PO BID x14days |
| | - f/u as needed advised.     Jeremy, PA |
| | |
| | |
| | |
| | |
| | |
| | |



## PROGRESS NOTE

PATIENTS NAME: RODRIGUEZ, ARBIN

ICN/NCC NUMBER: 1706008  1700453

DATE OF BIRTH: 4/6/79

GENDER: MALE

| Date | Time | |
|------|------|---|
| 2/5/19 | 1800 | PPD PLANTED LFA Lot #316433 EXP 1/20 <br> PATRICK SCHIPP, RN |
| 2/7/19 | 2000 | PPD READ: APPEARS TO BE A REACTION TO PPD SOLUTION AS THE AREA IS REDDENED BUT NOT ELEVATED @ THIS TIME. SCHEDULED FOR CXR TO R/O. PT IS ASYMPTOMATIC FOR T.B. |
| 2/9/19 | 1010am | Sick call: <br> Pt continue c/o R femur pain stated this injury happened during arrest when police dropped him on the floor and he hit his leg x 8 months ago. X-Ray taken on 8/28/18 revealed no abnormality identify. R will refer pt to Ortho for further evaluation of Hip pain. <br> MODELINE PIERRE, NP <br> 50451 |
| 2/13/19 | 9⁰⁵ | ORTHO <br> (1) Triclantine Bursitis Declines injection. <br> Continue c̄ anti infl medicines <br> Carlos Martin <br> routine |
| 3/14/19 | 4:40 pm | Pt requesting renewal of naprosyn. Chart reviewed. Orders: #10 chronic R femur pain. — Hmendes PA |

# NASSAU HEALTH CARE CORPORATION
## NASSAU COUNTY CORRECTIONAL CENTER
### Correctional Health Services

## PROGRESS NOTE

**PATIENTS NAME** Rodriguez Marvin
**ICN/NCC NUMBER** 1700413
**DATE OF BIRTH** 4/16/79
**GENDER**

| Date | Time | |
|------|------|---|
| 1/10/19 | 9 Am | Sick Call |
| | | Patient continues to c/o pain (R) thigh, radiating to (R) leg. Has had pain for months. |
| | | Seen by ortho on 1/9. Imp is trochanteric bursitis rt thigh. Was given injection on 1/9. |
| | | As per patient, he feels no ~~wit~~ decrease in pain. |
| | | EMG scheduled for mid Jan. (area of numbness (R) thigh) |
| | | Naprosyn renewed |
| | | M Alonyn |
| 01/28/19 | 1850 | NN: Annual completed on 01/28/19. PPD implanted on RFA. Lot #316433 exp 01/20. Pt tolerated well. Ruby Barett RN (OCV) |

NUMC 1061
BARCODE PN0625
61583446 (8/16/17) 1.2



**PATIENTS NAME** Rodriguez, Marlo

**ICN/NCC NUMBER** 19004153

**DATE OF BIRTH** 4/16/79

**LOCATION**

**GENDER**

| DATE / TIME | |
|---|---|
| 4/9/19 11:00 | Patient s/p 5 days of delirox — right ear c cerumen impactn emigated — complete resoval d cerumen TM + landmarks intact — Complete return of hearing ( patient had claimed afta hitting his head he had no hearing) exam: ent completely intact ⊕ JLR no atrophy noted ↓ A/P: 1. Cerumen impactn — cleared no hearing. 2. musculoskeletal injury — no need for narcotics — may renan or NSAID as needed Dr Henig |

Rodriguez Maibin
PATIENTS NAME
17604153
ICN/NCC NUMBER
4/14/79                    M
DATE OF BIRTH              GENDER

| Date | Time | |
|------|------|---|
| 8/11/18 | 640pm | Pt seen c/o ⊕ thigh pain. He reports upon arrest he bumped his leg on a small table in his room. States pain had not been that bothers me until 1 week ago. He notes pain has become constant esp @ night. Denies any swelling but notes a small puncture wound to lateral side of ⊕ thigh. Denies any bleeding or any other cns. sx's. O: Gen: A&O×3, NAD skin: warm, skin intact, ⊕ puncture so. MSK: ⊕ mild TTP over ⊕ lateral side of thigh muscle. ⊖ erythema, swelling, bruising. A/P: MSK pain — Motrin, F/U as needed.  ———— H———— PA-C |
| 8/21/18 | 604pm | Pt seen c/o chronic ⊕ thigh pain. States meds prescribed pain have been ineffective. He notes extremity pain is worse by standing, walking. States pain worse @ night. Denies edema or new path. O: Gen: A&O×3, NAD MSK: ⊕ mild TTP over ⊕ lateral side of thigh ⊖ erythema, swelling, bruising A/P: ⊕ ?MSK pain — advise w/ PCC escalation to nephrology.  ———— H———— PA |

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME: _RODRIGUEZ, MARVIN_
ICN/NCC NUMBER: _1700415 3_    _E1G04 1706 0088_
DATE OF BIRTH: _4/16/79_    GENDER: _M_

Date: _7/4/19_    Time: _1600_

RECEIVED
JUL 0 8 2019
BY _____

## Type of consult-Check appropriate line:

☐ Optometry    ☐ Infectious Disease    ☑ Medical    ☐ Ortho
☐ Podiatry    ☐ Dietary    ☐ Dental    ☑ Physical Therapy
☐ Case Management    ☐ Mental Health    ☐ HIV Testing    ☐ OBGYN
☐ Other _____

☐ **Urgent (ASAP): Nature of problem:** _____

_____

_____

_____

☑ **Routine: Nature of Problem:** _Medical referral for Hyper-_
_triglyceridemia in 3 months_

_____

_____

## Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _Aladeles NP_    Date: _7/4/19_ Time: _1600_

Print Name and Title: _____

61584352 (9/21/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME: Rodriguez Marbin
ICN/NCC NUMBER: 1700453
DATE OF BIRTH: 4/16/79     GENDER: m

Date: 8/15/19     Time: _____

RECEIVED
AUG 16 2019
By _____

RECEIVED
AUG 16 2019
By _____

Underline: Type of consult-Check appropriate line:

☐ Optometry          ☐ Infectious Disease     ☐ Medical          ☐ Ortho
☐ Podiatry           ☐ Dietary                ☐ Dental           ☐ Physical Therapy
☐ Case Management    ☐ Mental Health          ☐ HIV Testing      ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____
_____
_____

☑ Routine: Nature of Problem: S/P fall resulting chronic LBP
_____
_____
_____

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _____ PAC     Date: 8/15/19 Time: _____

Print Name and Title: _____ HANI MEMBERS, PA
                                06586

61584352 (9/21/17) 1.1

NASSAU COUNTY CORRECTIONAL CENTER

## INTERNAL CLINIC
## REFERRAL SERVICES

PATIENT NAME: Rodriguez Marlen
ICN/NCC NUMBER: 1700453
DATE OF BIRTH: 4/16/79
GENDER:

Date: 6/26/19      Time: 8 Pm

Type of consult-Check appropriate line:

☐ Optometry          ☐ Infectious Disease    ☐ Medical      ☐ Ortho
☒ Podiatry           ☐ Dietary               ☐ Dental       ☐ Physical Therapy
☐ Case Management    ☐ Mental Health         ☐ HIV Testing  ☐ OBGYN
☐ Other _____

RECEIVED JUN 28 2019

☐ Urgent (ASAP): Nature of problem: _____

_____

_____

☒ Routine: Nature of Problem: 40 y/o ♂ c̄ foot pain

_____

_____

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _____   Date: 6/26/19  Time: 8 Pm
Print Name and Title: M. Aposy MD

61584352 (9/21/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME: Rodriguez Marbin
ICN/NCC NUMBER: 17104153
DATE OF BIRTH: 1/6/79     GENDER: M

EKG 04

Date: 8/15/19     Time: _____

## Type of consult-Check appropriate line:

☐ Optometry          ☐ Infectious Disease     ☐ Medical        ☐ Ortho
☐ Podiatry           ☐ Dietary                ☐ Dental         ☐ Physical Therapy
☐ Case Management    ☐ Mental Health          ☐ HIV Testing    ☐ OBGYN
☑ Other _____

☐ **Urgent (ASAP)**: Nature of problem: _____
_____
_____

☑ **Routine: Nature of Problem:** Back brace size medium
_____
_____
_____

## Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

RECEIVED AUG 16 2019 By [stamp]

Signature: _____ PA     Date: 8/15/19     Time: _____

Print Name and Title: HANI MEMBERS, PA
66666

61584352 (9/21/17) 1.1

## INTERNAL CLINIC
## REFERRAL SERVICES

PATIENT NAME: Rodriguez, Morbi.

ICN/NCC NUMBER: 79010098

DATE OF BIRTH: 7/5/59          GENDER: M

Date: 3/28/19          Time: 2:52 pm

Type of consult-Check appropriate line:

☐ Optometry          ☐ Infectious Disease          ☐ Medical          ☑ Ortho
☐ Podiatry           ☐ Dietary                     ☐ Dental           ☐ Physical Therapy
☐ Case Management    ☐ Mental Health               ☐ HIV Testing      ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____

_____

_____

☑ Routine: Nature of Problem: S/P Fall on 3/19/19, hurt neck
and back. neck pain and stiffness persists and
is incommensurate c̄ negative xray (above C7). Probw
developping LLE radiculopathy c̄ post. pain radiating
down LLE.

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _____          Date: 3/28/19     Time: 2:53 pm

Print Name and Title: Renny MD

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME _Rodriguez Marbin_

ICN/NCC NUMBER _17024158_

DATE OF BIRTH _4/6/79_          GENDER _M_

Date: _12/27/18_     Time: _2:07_     RECEIVED DEC 28 2018 By _____

Type of consult-Check appropriate line:

☐ Optometry          ☐ Infectious Disease     ☐ Medical        ☑ Ortho
☐ Podiatry           ☐ Dietary                ☐ Dental         ☐ Physical Therapy
☐ Case Management    ☐ Mental Health          ☐ HIV Testing    ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____

_____

_____

☑ Routine: Nature of Problem: _Rt + Lt thigh injury_

_____

_____

_____

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _____     Date: _12/28/18_ Time: _2:59 am_

Print Name and Title: _____

61584352 (9/21/17) 1.1

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME: Rodriguez Marlon
ICN/NCC NUMBER: 1704153   17060088
DATE OF BIRTH: 11/6/79   1704153
GENDER:

Date: 4/11/19   Time: 11 Am

RECEIVED
APR 12 2019
By [signature]

424 OXWEIG 04

**Type of consult-Check appropriate line:**

☐ Optometry ☐ Infectious Disease ☐ Medical ☒ Ortho
☐ Podiatry ☐ Dietary ☐ Dental ☐ Physical Therapy
☐ Case Management ☐ Mental Health ☐ HIV Testing ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____

_____

_____

☒ Routine: Nature of Problem: 40 y/o Ho s/p fall down steps in jail on 3/19/19. Continues to c/o Rt upper neck pain and pain going down ⓇButtocks to LE. On Neurontin Robaxin. Tramadol DC'ed. X Ray neg.

**Chronic Care Clinic: Check all apply:**

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: [signature]   Date: 4/11/19   Time: 11 Am

Print Name and Title: _____

MINOU ABSY-JAGHAB, MD
13998

61584352 (9/21/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**INTERNAL CLINIC
REFERRAL SERVICES**

EKG18

PATIENT NAME _Rodriguez Marbin_

ICN/NCC NUMBER _1700 4153_     _17060068_

DATE OF BIRTH _4/16/79_     GENDER

Date: _2/9/19_     Time: _1009 Am_

Type of consult-Check appropriate line:

☐ Optometry          ☐ Infectious Disease     ☐ Medical     ☑ Ortho
☐ Podiatry           ☐ Dietary                ☐ Dental      ☐ Physical Therapy
☐ Case Management    ☐ Mental Health          ☐ HIV Testing ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____

RECEIVED
FEB 11 2019
By _____

☑ Routine: Nature of Problem: _C/O Lt Femur Pain/Hip_

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

ETG

Signature: _____
MODELINE PIERRE, NP
50451

Date: _2/9/19_     Time: _1009 Am_

Print Name and Title: _THobbard_

61584352 (9/21/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME _Rodriquez Marlon_
ICN/NCC NUMBER _7704153_ _1706088_
DATE OF BIRTH _4/6/79_ _1706153_
GENDER

Date: **4/11/19** Time: **11 Am**

RECEIVED
APR 12 2019
By _MD_

_424 oNE604_

**Type of consult-Check appropriate line:**

☐ Optometry            ☐ Infectious Disease    ☐ Medical       ☒ Ortho
☐ Podiatry             ☐ Dietary               ☐ Dental        ☐ Physical Therapy
☐ Case Management      ☐ Mental Health         ☐ HIV Testing   ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____

_____

_____

☒ Routine: Nature of Problem: _40 y/o Hom s/p fall down stairs in_
_jail on 3/19/19. Continues to c/o Rt upper neck pain_
_and pain going down @ mtl ocbto LE._
_On Naprosyn Robaxin. Tramadol DC'ed._
_X Ray neg_

**Chronic Care Clinic: Check all apply:**

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _____  Date: **4/11/19** Time: **11 Am**

Print Name and Title: _____
                    MINOU ABSY-JAGHAB, MD
                    13996

61584352 (9/21/17) 1.1

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility:_____    Housing Location:_____

Name of Inmate:_____    Grievance #:_____

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
**Number of Sheets Attached  (  )**

_____

_____

_____

_____

_____

**Action requested by the grievant (***Submitted by the grievant within 5 days of occurrence***):**
**Number of Additional Sheets Attached   (  )**

_____

_____

_____

_____

Grievant Signature:_____    Date/Time Submitted:_____

Receiving Staff Signature:_____    Date/Time Received:_____

Investigation Completed by: _____    Date Completed: _____

**Decision of the Grievance Coordinator**    **Number of Sheets Attached  (  )**
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to  CAO)**
☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

_____

_____

_____

_____

_____

Signature of the Grievance Coordinator:_____    Date:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————

MARBIN RODRIGUEZ,                    WITNESS LIST
                                     18-CV-3845 (JMA) (ARL)

                    PLAINTIFF,       NARRITIVE STATEMENT

                                     SUPPORTING AFFIDAVIT


        -Against-



THE COUNTY OF NASSAU,etal.,

                    DEFENDANTS.
———————————————————————

LINDSAY, MAGISTRATE JUDGE:

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF FRANKLIN)


        MARBIN RODRIGUEZ, being duly sworn, deposes and says:

1. I am the plaintiff above named in caption and I make this affidavit
   in support of my instince application.

2. Plaintiff was ordered by this Court to submit a revised narritive
   statement(EXHIBIT 1).

3. Plaintiff is currently confined at Barehill Correctional Facility at
   CALLER BOX 20 181 BRAND ROAD, MALONE, NEW YORK 12953.

4. Plaintiff slipped and fell down a stairwell(EXHIBIT 2).

5. Dr. Pobre assessed plaintiff on dates of 1/15/19, and said Doctor

                              1.

EXHIBIT 1

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:18-cv-03845-JMA-ARL

Rodriguez et al v. The County of Nassau et al
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge Arlene R. Lindsay
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/02/2018
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2020 | | ORDER granting <u>28</u> Motion for Extension of Time to File. By July 1, 2020, each defendant shall serve and file a written narrative of the facts which that defendant currently anticipates presenting at trial through the testimony of witnesses or documentary evidence. All discovery, inclusive of expert discovery, shall be completed by completed by July 15, 2020. By July 29, 2020, plaintiff shall submit a revised narrative statement, exhibit list, witness list, and summary of each witnesses testimony. The defendants are directed to submit the customary pretrial order required by then assigned District Judge to the undersigned by August 19, 2020. Any party wishing to join addition parties or to amend the pleadings must make a motion to do so by July 15, 2020. Dispositive motions (not pertaining to discovery), such as motions to dismiss or motions for summary judgment, are to be filed in accordance with the District Judges rules on or before October 7, 2020. A copy of this Order will be sent to Plaintiff by certified mail. Ordered by Magistrate Judge Arlene R. Lindsay on 5/1/2020. (Jacobwitz, Beth) (Entered: 05/01/2020) |

EXHIBIT 2

Rodriquez, Martin
PATIENTS NAME
17004153
ICN/NCC NUMBER
4/06/79
DATE OF BIRTH

LOCATION
M.
GENDER

| DATE / TIME | |
|---|---|
| 11/29/18 1840 | Pt c/o (L) thigh pain. Admits to S/P altercation with police officer. It states, "I haven't gone for EMG. O: Neuro: AOX3, NAD. Ext: (L) thigh TTP ē any edema or erythema. A: (L) thigh pain P: Chart reviewed (L) femur x-ray WNL. EMG ordered by Dr. Sthey on 9/5/18. Will f/u ē MA. Dolecek regarding E Continue pain management. E. F/U as needed, if symptoms persists ~ _____ P. |
| 10/10/18 1949 | sick call: Pt requesting to have/receive pain med. 3x/day. instead of 2x/day. Instructed pt that med is on as need basis. Understanding verbalized. MODELINE PIERRE, NP |
| 01/09/19 9:15/19 | ORTHO S/P contus (L) thigh ē prior traction tme rep z mnths ago. Even tender T trochanter - Nrml Ambulat - ↓ H/O Nerol v4 Imp: TROCHANTERIC BURSITIS (L) thigh. Rec: Declines injection + Antiinflam = Continue observation + early MOU thx MON TERTO |

EXHIBIT 3

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an): _Rodriguez Maxine_

ICN/NCC NUMBER: _1700-1153_     DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans): _0406179_

DATE AND TIME (Fecha) (Dat ak Lè): _5/19/19_     HOUSING UNIT (Loalidad) (Inite Lojman): _E 16   13_

PROBLEM: (Be Specific)
PROBLEMA:
PWOBLEM:

I am requesting a neck brace because I have severe pain when I turn my head left or right I also have severe pain in my lower back.

Thank you

TRIAGE DECISION BY HEALTHCARE PROVIDER (Only check ONE box below and sign)

☑ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

MODELINE PIERRE, N°
50451

HCP SIGNATURE/PRINT NAME     TRIAGE DATE: _3/19/19_     TIME: _2/37_

NURSE SIGNATURE/PRINT NAME     DATE: _3-19-19_     TIME: _2/18_

61584322 (2/5/18) 1.1

EXHIBIT 4

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an): Roch ... vee morbin

ICN/NCC NUMBER: 17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans): 04/06 179

DATE AND TIME (Fecha) (Dat ak Lè): 2/7/19

HOUSING UNIT (Loalidad) (Inite Lojman): E1C   18

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM: I would like to get an ~~emerge~~ MRI because my leg treen hurting for about 3 Days and I can't Sleep and It be hurting alot I would like to be checked Please.

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☑ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

ROMMY TODMAN-JOSEPH, NF 66588

HCP SIGNATURE/PRINT NAME

TRIAGE DATE: 2/7/19

TIME: 2205

NURSE SIGNATURE/PRINT NAME

DATE: 2/7/19

TIME: _____

61584322 (2/2/18) LL

EXHIBIT 5

**PROGRESS NOTE**

PATIENTS NAME: Rodrigues Narben

ICN/NCC NUMBER: JJ004113

DATE OF BIRTH: 4/6/79

GENDER: m

| Date | Time | |
|------|------|---|
| 8/11/19 | 632pm | Sick Call |

Sick Call

Pt 2cm c/o chronic LBP s/p fell on steps
while in custody. He reports fell on 3/20.
H had an MRI in 5/2019 and read as
nml. He reports pain has moved and pain
meds prescribed have been minorly effect.
He notes pain is constant worse on the
right. Places severity of pain on a scale
a 10/10. He notes pain worse by prolong
sitting, affect (L) side. Pain c ambulation.
Denies bowel/bladder dysfxn.

O: Gen: A&Ox3, NAD
MSK: (+)SLR on (L) ROM B/L
      04/45
NU: grossly intact

      A/P (L) chronic back pain
          s/p fell 5/months
          ago
      - provide back brace
      - PT eval
      - restart mobic PRN
      F: F/U as needed



HANI MEMBERS, PA
66606

EXHIBIT 6

PATIENTS NAME: Rodriguez Marbin
ICN/NCC NUMBER: 17004153
DATE OF BIRTH: 4/16/79
LOCATION: M
GENDER: M

| DATE / TIME | |
|---|---|
| 7/10/19 2106 | Sick call: Pt c/o extreme back pain; requesting med renewal. chart reviewed + med ordered. — MODELINE PIERRE, NP 50451 |
| 7/16/19 1955 (S) | PODIATRY INMATE c/o PAIN IN HIP AND BACK. NO FOOT ISSUES REFERRED BACK TO MEDICAL. Michael Hutzel, DPM 67347 |
| 7/22/19 630p | Int Pain Meds renewal of pt. — CARL HENRI SANCHEZ, MD |
| 7/31/19 7PM | sick call Patient continues to c/o back pain MRI of L-S spine; NL. States Naproxyn is more or less working. Does not want Robaxin will renew Naproxyn MINOU ABSY JAGHAB, MD 13006 |
| 8/7/19 | Nurse request Med renewal Michael Francis, RPA-C # 07040 |

EXHIBIT 7

Marshia Rodriguez

## SICK CALL REQUEST

ICN/NCC NUMBER 1800483
DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans) 04/06/74
DATE AND TIME (Fecha) (Dat ok Lè) 10/2/18
HOUSING UNIT (Loalidad) (Inite Lojman) E1G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I want to know when am I being taken to the hospital for my leg because I am in alot of pain. After I stop taking the pain medication I haven't been able to sleep for 3 days.

CARL HENRIQUEZ, MD

10/2/18

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check **ONE** box below and sign)

☑ URGENT: _____          ☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____          ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

---

HCP SIGNATURE/PRINT NAME
Folashade Williams, FNP
NPI# 1790127751
LIC# 338062

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE 10/2/18          TIME 1030p
DATE 10/2/18          TIME 2000

61584322 (2/5/18) 1.1

EXHIBIT 9

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an) _Rodriguez   Marbin_

ICN/NCC NUMBER _14009153_     DATE OF BIRTH (Fecha de Nacimiento) _04 06 170_
(Dat Nesans)

DATE AND TIME (Fecha) (Dat ak Lè) _10/29/18_     HOUSING UNIT (Loatidad) (Inite Lojman) _E2G   46_

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I want to see a doctor for my left pain The pain is still constant and spreading. Can I get some type of pain reliever

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME _MPierre_     TRIAGE DATE _10/29/18_     TIME _2236_

NURSE SIGNATURE/PRINT NAME _DMorg_     DATE _10/29/18_     TIME _1020_

61584322 (2/5/18) 1.1

EXHIBIT 10

NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

**PATIENT NAME (Nombre) (N____ asyan an)** Rodriguez Maxhip

**ICN/NCC NUMBER** 17004153

**DATE OF BIRTH (Fecha de Nacimiento)** 0406179
**(Dat Nesans)**

**DATE AND TIME (Fecha) (Dat ak Lè)** 3/21/19

**HOUSING UNIT (Loalidad) (Inite Lojman)** F 1 G 18

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

I am requesting to see a nurse because my neck and back has a severe stiffness and I possible would need a brace. When I lay down and use the bathroom my back gives me problems

**TRIAGE DECISION BY HEALTHCARE PROVIDER (Only check ONE box below and sign)**

☑ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt _____

Action Taken/Outcome: _____

MODELINE PIERRE, NP
5051
**HCP SIGNATURE/PRINT NAME**

JMorgn
**NURSE SIGNATURE/PRINT NAME**

**TRIAGE DATE** 3/22/19    **TIME** 2147

**DATE** 3/22/19    **TIME** 1020

EXHIBIT 11

8. Progress Notes were given by MINOUABSY-JAGHAB,MD13995(EXHIBIT 6).

9. Plaintiff was seen by FOLASHADE WILLIAMS,FNP#1790127751(EXHIBIT 7),

10.Plaintiff was seen by CARL-HERNI-SANCHEZ(EXHIBIT 8).

11.Plaintiff was seen by MODELINE PIERRE,NP 50451(EXHIBIT 9).

12.BAIG, ASAD dictates an examination of the plaintiff(EXHIBIT 10).

   that examination was conducted by DR" HENIG, DONNA L on 3/19/19

   (EXHIBIT 10 ).

13.All above names are witness to be called at trial .

14.All above named witness are medical staf at NASSAU COUNTY CORRECTIONAL

   FACILITY and will testifiy to medical treatment after injury.

15. All medical staff will testify to medical procedures given to plaintif

   on all examination dates.

16. Correctional Officer Bruno was present on day, time, and place of

   incident.

17. Correctional Officer Castro was present on day, time, and place of

   incident.

18. Correctional Officer Villa was present on day, time and place of

   incident.

19. All above said correctional officers will testify about the day,

   time, and place of incident of plaintiff.

       WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THAT THIS APPLI-
       CATION IS ACCEPTED IN ALL RESPECT.

                                        SUBMITTED,

                                        _____
SWORN TO BEFORE ME THIS                 MARBIN RODIGUEZ PRO SE
DAY___DAY OF_____,2020

_____
NOTORY PUBLIC

                              2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PLANTIFF,

WITNESS LIST
18-CV-3845 (JMA) (ARL)

SUPPORTING AFFIDAVIT

-    -against-

THE COUNTY OF NASSAU,etal.,
                    DEFENDANT'S

LINDSAY, MAGISTRATE JUDGE:

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF FRANKLIN)

        MARBIN RODRIGUEZ, being duly sworn. deposes and says:

1. I am the plaintiff above named in caption and I make this affidavit
   in support of my instence appliction.

2. On the 19th of November, 2019 the Court ordered the plaintiff to
   file written narrative of the facts of incident and a list of witness
   (EXHIBIT 1).

3. Plaintiff is currently confined at Barehill Correctional Facility at
   CALLER BOX 20 181 BRAND ROAD, MALONE , NEW YORK 12953.

4.  Plaintiff sliped and fell down a stairwell(EXHIBIT 2).

5   Plaintiff was assessed on the dates of 1/15/19, by DR. POBRE(EXHIBIT3

6.  ROMMY TODMAN JOSEPH,NP 66588 seen the pliantiff on 2/9/19(EXHIBIT 4).

7.  Prodress notes were given by HANI MEMBERS, PA 65586(EXHIBIT 5).

1.

will testifiy at trial pertaining to these matters of examination of the plaintiff.

6. Correctional Officer Bruno was present on day, time, and place of incident. And will testify to all facts of the underline incident that caused injury to plaintiff.

   WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THAT THIS APP LICATION IS ACCEPTED IN ALL RESPECT.

SUBMITTED,

_____
MARBIN RODIGUEZ PRO SE
19A3046

SWORN TO BEFORE ME THIS
___1___ DAY OF_____ 2020
_____
NOTARY PUBLIC

2.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)SS:
COUNTY OF FRANKLIN)

I, _MARvin RoDRiGueZ_____, being duly sworn; depose and say:

On the _1st_ day of _Dec._, 20 _20_, I placed in the mailbox at Bare Hill

Correctional Facility exact copies of: _Supporting Affidavit_

_____

_____

to be served upon the following parties:

_Clerk of US District Court EDNY_

_100 Federal Plaza_

_Central Islip NY 11722_

_Clerk of Court_

_____

Respectfully Submitted,

_____
Pro Se
Caller Box 20, 181 Brand Road
Malone, New York  12953

Subscribe and sworn to
before me this _1_ day of
_____ 20 _20_

_____
NOTARY           PUBLIC

The intervertebral disc space heights above C6 are maintained.

There is no prevertebral soft tissue swelling.

The odontoid, as visualized, appears unremarkable.

IMPRESSION:
*Exam limited for evaluation of C7 and the cervicothoracic junction.
*No acute fracture or subluxation above C7.

ICD-10 Code: W10.8XXA;M54.2

Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:25:02
Approved By: KRUMENACKER, JOHN
Last Updated Time: 03/19/2019 17:06:45
Job Status: FINAL

================= End of Report Content =================

Interpreter:     (11944)
Transcriptionist: (784)
Report Date:     03/19/2019 12:12:00
Report Status:     Preliminary
================= Begin of Report Content =================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17004153J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15679-19 C SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE

Page: 2

UNDERSIGNING ATTENDING.

EXAMINATION:
CERVICAL SPINE: AP, Lateral, Odontoid, Fuchs

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
None available

FINDINGS:
C7 is not well visualized on lateral projection.

Examination of the visualized cervical spine demonstrates no acute
fracture or subluxation.

The vertebral body heights are grossly preserved.

The posterior margins of the cervical vertebral bodies are grossly
aligned. Minimal marginal osteophytosis and endplate sclerotic
changes.

The intervertebral disc spaces are maintained.

There is no significant prevertebral soft tissue swelling.

The odontoid, as visualized, appears unremarkable. The lateral
masses of C1 and C2 are aligned.

IMPRESSION:
Limited study.
No evidence of acute fracture or subluxation.


ICD-10 Code:


Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:25:02
Job Status: PRELIMINARY

============ ===== =============== End of Report Content ===========================

Other reports for RODRIGUEZ, MARBIN (MRN: 17060088J)

Patient Name: RODRIGUEZ, MARBIN
MRN: 17060088J
DOB: 04/06/1971
Sex: M
Patient Accession: CR15679-19
Study Date: 03/19/2019 12:17
Study Description: CSP2 C SPINE 2 OR 3 VIEWS

Interpreter:     (05316)
Transcriptionist: (784)
Report Date:     03/19/2019 12:12:00
Report Status:   Final
============================ Begin of Report Content ============================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17060088J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15679-19 C SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

EXAMINATION:
CERVICAL SPINE: AP, Lateral, open-mouth

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
Noneavailable

FINDINGS:

C7 is obscured by the shoulders on the lateral projection.

The cervical vertebral body heights above C7 are preserved.

There is straightening of the cervical lordosis but the posterior
margins of the cervical vertebral bodies above C7 are aligned.

Page: 1

R59 m/s). The Left tibial motor and the Right tibial motor nerves showed normal distal onset latency (L4.2, R5.0 ms), normal amplitude (L10.8, R9.8 mV), and normal conduction velocity (Poplit-Ankle, L48, R45 m/s). The Left sural sensory and the Right sural sensory nerves showed normal amplitude (L29.9, R29.3 µV) and normal conduction velocity (Calf 1-Lat Mall, L44, R48 m/s).

**Conclusions:**

This is essentially a normal electrodiagnostic study. There is no evidence of fibular or peroneal neuropathy, no evidence of lumbar radiculopathy. Bilaterally unobtainable superficial femoral cutaneous nerve response is of limited clinical significance. Cannot rule out meralgia paresthetica.

Thank you for the courtesy of this consult.

Dr. Chehata/Dr. Klein
Resident Physician

I have performed this test with the resident and agree with the above interpretation and conclusion.

Sincerely,

**Thomas Pobre, M.D.**
**Diplomate American Board of PM&R**

 

**NuHealth**
Together through life.
Nassau Health Care Corporation

RECEIVED
OCT 02 2019
BY:_____

NUMH/ CORRECTIONAL HEALTH SERVICES
100 CARMEN AVE
EAST MEADOW, NY 11554

PRINTED REQUEST FOR HEALTH INFORMATION

PATIENT INFORMATION: _Masbin Rodriguez_ DOB: _4/6/79_

DATE OF REQUEST: _9/12/19_ DATE OF THIS RESPONSE: _9/16/19_

In response to your request for medical information the above name patient, we are unable to comply with your request for the following reason(s)

_____ Patient authorization must be dated and signed within the last sixty (60) days.

_____ Patient authorization must be dated after the date treatment was provided.

_____ Signature of a witness is required

_____ the authorization is incomplete.

_____ Insufficient identifying information.

_____ We have no record of this patient.

_✓___ Additional authorization is required to release the requested information. Please complete the enclosed form and resubmit.

_____Please forward your request to _____
                                        (Facility)

_____
(Address)

Other _Please be advised in box 9 where indicated, the clients initials are required to release chart in its entirety._

Should you have questions regarding this matter, please feel free to contact us at:
516-572-3925

Thank you,
Medical Records Department



# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]



| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Marbin Rodriguez | 4/6/1979 | |

| Patient Address Bare Hill Correctional Facility |
|---|
| Caller Box: 20, 181 Brand Road, Malone, New York 12953 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| Nassau County Correctional Facility |

| 8. Name and address of person(s) or category of person to whom this information will be sent: Bare Hill Corr. Fac. |
|---|
| Marbin Rodriguez – Caller Box: 20, 181 Brand Road, Malone, New York 12953 |

9(a). Specific information to be released:
- ❑ Medical Record from (insert date) _____ to (insert date) _____
- ☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ❑ Other: _____

Include: (*Indicate by Initialing*)

\* *MR* Alcohol/Drug Treatment
\* *MR* Mental Health Information
\* *MR* HIV-Related Information

**Authorization to Discuss Health Information**

(b) ❑ By initialing here _____ I authorize _____
          Initials                                     Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☒ At request of individual<br>❑ Other: | |

| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
|---|---|
| | |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____      Date: 11/7/19
Signature of patient or representative authorized by law.

RECEIVED NOV 18 2019

\* **Human Immunodeficiency Virus that causes AIDS.** The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

## Nerve Conduction Studies
### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Dur (ms) | Neg Area (mV·ms) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|----------------|-------------|-------------|-------------|-----------------|-------|-------|-------------|----------|----------|---------------|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | | | |
| Ankle | | 4.5 | <5.5 | 5.6 | >2.5 | 5.94 | 15.59 | B Fib | Ankle | 5.5 | 27.0 | 49 | >40 |
| B Fib | | 10.0 | | 5.4 | | 5.94 | 16.49 | Poplt | B Fib | 1.7 | 8.5 | 50 | >40 |
| Poplt | | 11.7 | | 5.9 | | 6.72 | 24.43 | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | | | |
| Ankle | | 5.2 | <5.5 | 6.6 | >2.5 | 6.56 | 20.64 | B Fib | Ankle | 5.3 | 23.5 | 44 | >40 |
| B Fib | | 10.5 | | 6.2 | | 7.03 | 20.05 | Poplt | B Fib | 1.7 | 10.0 | 59 | >40 |
| Poplt | | 12.2 | | 6.4 | | 7.03 | 20.72 | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | | | |
| Ankle | | 4.2 | <6.0 | 10.8 | >3.0 | 7.03 | 21.45 | Poplt | Ankle | 7.5 | 36.0 | 48 | >40 |
| Poplt | | 11.7 | | 8.2 | | 7.50 | 18.09 | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | | | |
| Ankle | | 5.0 | <6.0 | 9.8 | >3.0 | 10.00 | 38.21 | Poplt | Ankle | 8.4 | 37.5 | 45 | >40 |
| Poplt | | 13.4 | | 8.7 | | 6.25 | 18.88 | | | | | | |

### Sensory Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|----------------|-------------|-------------|-------|-------|-------------|----------|----------|---------------|
| **Left Lat Femoral Cut Sensory (ASIS)** | | | | | | | | | | | |
| Ant Thigh | NR | | | | | Ant Thigh | ASIS | | 20.0 | | >40.0 |
| 1 | NR | | | | | | | | | | |
| 2 | NR | | | | | | | | | | |
| **Right Lat Femoral Cut Sensory (ASIS)** | | | | | | | | | | | |
| Ant Thigh | NR | | | | | Ant Thigh | ASIS | | 13.5 | | >40.0 |
| 1 | NR | | | | | | | | | | |
| 2 | NR | | | | | | | | | | |
| **Left Sural Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf 1 | | 3.1 | | 29.9 | >10.0 | Calf 1 | Lat Mall | 3.1 | 13.5 | 44 | >36 |
| **Right Sural Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf 1 | | 3.0 | | 29.3 | >10.0 | Calf 1 | Lat Mall | 3.0 | 14.5 | 48 | >36 |

## H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm | M-Lat (ms) | HLat-MLat (ms) |
|----|-----------|---------------|-------------|-----------|---------------|
| **Left Tibial (Gastroc)** | | | | | |
| | 26.04 | 0.00 | 1.5 | 5.15 | 20.89 |
| **Right Tibial (Gastroc)** | | | | | |
| | 26.04 | 0.00 | 1.5 | 5.15 | 20.89 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Fascic | Recrt | Int Pat | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|--------|-------|---------|---------|
| Left | L4 Parasp | Rami | L4 | Nml | 0 | 0 | | | | | | | |
| Left | L5 Parasp | Rami | L5 | Nml | 0 | 0 | | | | | | | |
| Right | L4 Parasp | Rami | L4 | Nml | 0 | 0 | | | | | | | |
| Right | L5 Parasp | Rami | L5 | Nml | 0 | 0 | | | | | | | |

## Findings:
Evaluation of the Left lateral femoral cutaneous sensory and the Right lateral femoral cutaneous sensory nerves showed no response (Ant Thigh), no response (1), and no response (2). The Left peroneal motor and the Right peroneal motor nerves showed normal distal onset latency (L4.5, R5.2 ms), normal amplitude (L5.6, R6.6 mV), normal conduction velocity (B Fib-Ankle, L49, R44 m/s), and normal conduction velocity (Poplt-B Fib, L50,

# HEALTH TRANSFER INFORMATION PURSUANT TO SECTION 601 (a) CORRECTION LAW

This form is completed when the health record does not accompany the inmate and is necessary to provide continuity of care. Healthcare providers (if available) place the form in a sealed envelope marked: Confidential Health Information" indicating inmate name, sending facility, and receiving facility.

NAME  *Rodriguez  Martin*  11/6/79  ICN: *10621028*
       (Last)        (First)        (MI)        DOB        NYSID/DIN/Class & Movement

If any conditions listed here are present, complete the form and do not transfer patient without contacting NYS DOCS Medical Classification and Movement Analyst at (518) 457-7072 to ensure medical supply/equipment access and follow-up services are timely. Telephone notification must be made for anyone who:

- Is pregnant
- Is housed in infirmary/isolated/mental observation unit
- Physically or sensory disabled (uses wheelchair, crutches, cane, walker, prosthesis, is blind and/or deaf)
- Requires durable medical equipment such as CPAP/BiPAP, insulin pump, infusion line, trachea suction
- Has unstable medical condition (i.e. recent seizure activity, significant hypo/hyperglycemic events) or transfer will interrupt ongoing specialty care such as dialysis of chemotherapy
- Has known exposure to or active illness with transmittable disease (i.e. active TB, active MRSA, acute hepatitis A/B/C, measles, mumps, and chickenpox).
- Is currently withdrawing or detoxifying from alcohol or drugs
- Requires methadone/narcotic, injectable medications; 1:1 drugs, special order medication or dressing material

Allergies: *NKDA*

| | N | Y | | N | Y |
|---|---|---|---|---|---|
| Asthma or other breathing disorder | N | Y | HIV | N | Y |
| Diabetes | N | Y | Hepatitis B | N | Y |
| Seizure Disorder | N | Y | Hepatitis C | N | Y |
| Developmental Disability | N | Y | Blind | N | Y |
| IV Drug User | N | Y | Deaf | N | Y |
| Speech Impairment | N | Y | Dental | N | Y |
| Language Barrier | N | Y | Varicella | N | Y |

Other Significant Problems: *Chronic neck/wrist pain s/p fall down*
*stairs in jail 2/6/19. Chronic leg pain*

**Lab tests (if available) Date Done     Results**

| | Date Done | Results |
|---|---|---|
| RPR/FTA/VDRL | | |
| GC/Chlamydia | | |
| Pap Smear | | |
| Pregnancy | | |
| INR/PT/PTT | | |
| Chest X-ray | *2/7/19* | *neat* |
| Hepatitis B | | |

**Tuberculin Testing**
TST: Date Read: *2/7/19*
Result in mm of induration: *0*
Interpretation of TST (positive or negative) *negative*
If Blood test for TB, specify test

TB Blood Test     Date _____  Result _____
Latent TB History (Yes/No) / Meds / Dates

Active TB Treatment (Yes/No) History / Meds
Dates

Attach recent chest x-ray report if available

**Immunization Dates & Type:**
Hepatitis B _____
Hepatitis A _____
Influenza _____
Tetanus (dT/Tdap) _____
Other _____

If HIV +, must also complete additional form for HIV information

MRSA or Other Resistant Organism Treatment History: _____

Additional Information (e.g. recent hospitalizations, or list any outstanding medical appointments, including name, address, phone number for provider) *Back brace - routine _____ _____*

# HEALTH TRANSFER INFORMATION PURSUANT TO SECTION 601 (a) CORRECTION LAW

Name:_____

   (Last)         (First)        (MI)     (DOB)    NYSID/DIN/Class & Movement

Medications: List or attached profiles:

| NAME | DOSAGE | ROUTE | FREQUENCY |
|------|--------|-------|-----------|
|      |        |       |           |
|      |        |       |           |
|      |        |       |           |
|      |        |       |           |
|      |        |       |           |

**MEDICAL SECTION COMPLETED BY:**

_____ /_____

Print Name/Title/Facility/Phone w/extension                     Date

## MENTAL HEALTH INFORMATION:

1. Is the inmate currently receiving mental health services? ☐ No ☐ Yes. If yes, list diagnoses:
   - Axis I: _____
   - Axis II: _____
   - Axis III: _____
   - Current psychiatric symptoms: _____
   - _____
   - _____

2. Is the inmate on psychiatric medication(s)? ☐No ☐Yes. If yes, list medication, dose, frequency, and compliance.
   If injectable, indicate last date given:_____
   _____
   _____
   _____

3. Is the inmate currently in specialized housing for inmates with mental health illness? ☐No ☐Yes

4. Is the inmate assaultive? ☐No ☐Yes. If yes, provide history: _____
   _____
   _____

5. Is the inmate currently on a suicide watch? ☐No ☐Yes    Date ___/___/_____

   Has the inmate recently been on a suicide watch? ☐No ☐Yes    Date ___/___/_____ To:___/___/____

   Has the inmate made a suicide attempt during this incarceration?   ☐No ☐Yes  Date ___/___/___

   Has the inmate engaged in self-injurious behavior?   ☐No ☐Yes  Date ___/___/___

   If "Yes" to any of the above, briefly describe: _____
   _____

6. Has the inmate ever been psychiatrically hospitalized? ☐No ☐Yes

7. Any psychiatric hospitalizations during this incarceration? ☐No ☐Yes
   If "Yes" to either, hospital and date (Attach discharge summary) _____
   _____

**MENTAL HEALTH SECTION COMPLETED BY:**

_____

Print Name/Title/Facility/ Phone # w/extension                  Date

COPIES: White – Receiving Facility; Canary – Receiving OMH Unit Chief; Pink – Intransit Facility; Gold – Sending Facility

3611SCOC (1/09)                HEALTH TRANSFER INFORMATION FORM – PAGE 2



**Department of Physical Medicine and Rehabilitation**
**Electrodiagnostic Laboratory**
2201 Hempstead Turnpike, East Meadow, NY 11554
(516) 572-6522

Test Date: 1/15/2019

| Patient: | MARLIN RODRIGUEZ | DOB: | 4/6/1979 | Physician: | Dr. Pobre |
|---|---|---|---|---|---|
| Sex: | Male | Height: | | Ref Phys: | Dr. Hening |
| ID#: | 1841748H | Weight: | | Technician: | Dr. Chehata/Dr. Klein |

**Patient History:**
39 year old male prisoner with no significant past medical history presents for emg/ncv for numbness and pain in his left thigh. The pain has been present for approximately 3 months prior when he was arrested his left thigh slammed against a table and since then he has had numbness and pain in his left thigh. The pain travels from the left thigh to the knee. He denies any back pain, bowel/bladder incontinence, or saddle anesthesia.

**Physical Exam:**
GEN:AAO x 3, cooperative
INSPECTION: grossly normal
ROM: trunk flexion and extension WFL (within functional limits)
    LLE:WFL      RLE: WFL
MOTOR:
    RLE: hip 5/5, knee 5/5, ankle DF 5/5, PF 5/5, great toe extension 5/5
    LLE: hip 5/5, knee 5/5, ankle DF 5/5, PF 5/5, great toe extension 5/5
SENSORY: subjective decreased sensation to light tough along left lateral thigh
DTR's: 2/4 B/L, no clonus
SPECIAL TEST: (-) SLR BLE
MOBILITY: independent in ambulation without AD

Dr. Heng
see attached

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORREC.     CENTER

## URGENT CARE ASSESSMENT

PATIENT NAME: Rodriguez, Martin
ICN/NCC NUMBER: 170060088
DATE OF BIRTH: 4/19/79
LOCATION: E1G18
GENDER: m

Date: 3/19/19                    Time presented for care: 1045

How was patient transported to examination area?
☑ Ambulatory  ☐ Wheelchair  ☐ Stretcher  ☐ Treated at the scene  ☐ Other:

Type of Urgent Situation:     ☐ Injury (actual or potential), indicate type:
                               ☐ Self-inflicted (e.g. cutting , banging, etc.)
                               ☐ Intentional (e.g. beating by another , etc.)
                               ☑ Unintentional (e.g. sports, fall, etc.)
                               ☐ Acute medical condition (e.g. loss of consciousness, seizure, etc.)

Known medical conditions of patient: h/o (L) leg pain
Details of Event/Injury/Condition: Pt fell down stairwell

Condition of patient at initial presentation: ☑ alert & oriented  ☐ confused or disoriented  ☐ unresponsive

| Vital Signs : | T | 98 | P | 84 | R | 18 | BP | 148/83 | pO² | 97% |
|---|---|---|---|---|---|---|---|---|---|---|

Physical findings: Pt 1x0x3 noted c redness on posterior
neck. No visible deformity / swelling noted.
c/o severe neck pain (L-sided). Able to
ambulate at this time. Level of consciousness intact.
No change in neuro status. Pt denies LOC of
consciousness.

Treatment provided:
Motrin 600 mg. x°
X-ray C/S & LS

INJURY DIAGRAM


Was HCP notified?  ☐ No  ☑ Yes, Name: Dr. Nay
Orders received: Cervical Spine & LS Spine X-ray
If laceration or puncture:   ☐ Patient reports tetanus vaccination within 5 years
                 N/A          ☐ Patient unstable for tetanus assessment
                             ☐ No tetanus vaccination within 5 years, (Obtain order), give Td 0.5ml IM :
                             ☐ Other:

Disposition:      ☐ Return to housing   ☐ Infirmary medical housing   ☐ Transfer to emergency department  ☑ Other X-ray
Follow-up:        ☑ Next HCP clinic     ☐ As needed
Condition at discharge:   ☑ Good   ☐ Fair   ☐ Poor

Signature/Title: D. Inner bw                    Time of Discharge : 1100

61584348 (9/14/17) LT



## Waveforms:



**CONSULTATION**

PATIENT NAME: Masbis Rodriguez

ICN/NCC NUMBER: 17004153

LOCATION:

DATE OF BIRTH: 4/6/79

GENDER: M

Consulting Service: EMG

This Consult was requested by: Absy      Date:      Time requested:

Reason for Consult: Numbness   Lf thigh

## CONSULTANT'S REPORT

Patient assessed on Date: 1/15/19   Time: 9 AM

NCS/EMG completed.

Official report to follow in Sunrise or may be requested.

_Signature of Resident Consultant_

V. Chehalu MD
_Stamp / I.D. # / Print_

1/15/19
_Date/Time_

Dr. Pabre
_Stamp / I.D. # / Print_

_Signature of Attending Consultant_      _Date/Time_

☐ REPORT COMPLETED ON THIS PAGE   ☐ Page 1 of _____

61584323 (9/1/12) 11

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTION CENTER

## CONSULTATION

PATIENT NAME: Marbin Rodriguez

ICN/NCC NUMBER: 170041153        LOCATION:

DATE OF BIRTH: 4/6/79        GENDER: M

Consulting Service: _____ EmG

This Consult was requested by: _____ Absy _____ Date: _____ Time requested: _____

Reason for Consult: _____ numbness Lt thigh

## CONSULTANT'S REPORT          Patient assessed on Date: 1/15/19   Time: 9 AM

NCS/EMG completed.

Official report to follow in Sunrise or may be requested.

Signature of Resident Consultant          V. Chehalin MD          1/15/19 11
                                          Stamp / I.D.# / Print          Date/Time

Signature of Attending Consultant          Dr. Pobre          Date/Time
                                          Stamp / I.D.# / Print

☐ REPORT COMPLETED ON THIS PAGE     ☐ Page 1 of _____

61584323 (9/1/17) 1.1

**NASSAU HEALTH CARE CORPORATION**
**NASSAU COUNTY CORRECTIONAL CENTER**

**CONSULTATION**
12/28/18 9AM

PATIENT NAME: Rodriguez, Marlin 1700415 3     1700415 3

ICN/NCC NUMBER: _____     LOCATION: _____

DATE OF BIRTH: 4/6/79     GENDER: _____

Consulting Service: **EMG**

This Consult was requested by: M. Abs-, MD _____     Date: 9/5/18   Time requested: 8 PM

Reason for Consult: 39 y/o o^T c̅ pain /mild numbness ® thigh, sometimes extending down leg.

NPI-109 3750341
ICD - M79.659

## CONSULTANT'S REPORT

Patient assessed on Date: _____   Time: _____

12/26 Hold per Dr. Heng.
Pt on ortho for 12/27/18. MDU

D o not send
work up along
different lines
Oly

_____
Signature of Resident Consultant          Stamp / I.D.# / Print          Date/Time

_____
Signature of Attending Consultant          Stamp / I.D.# / Print          Date/Time

☐ **REPORT COMPLETED ON THIS PAGE**     ☐ Page 1 of _____

61584323 (9/1/17) 1.1



**Department of Physical Medicine and Rehabilitation**
**Electrodiagnostic Laboratory**
2201 Hempstead Turnpike, East Meadow, NY 11554
(516) 572-6522

Test Date: 1/15/2019

| Patient: | MARLIN RODRIGUEZ | DOB: | 4/6/1979 | Physician: | Dr. Pobre |
| Sex: | Male | Height: | | Ref Phys: | Dr. Hening |
| ID#: | 1841748H | Weight: | | Technician: | Dr. Chehata/Dr. Klein |

**Patient History:**
39 year old male prisoner with no significant past medical history presents for emg/ncv for numbness and pain in his left thigh. The pain has been present for approximately 3 months prior when he was arrested his left thigh slammed against a table and since then he has had numbness and pain in his left thigh. The pain travels from the left thigh to the knee. He denies any back pain, bowel/bladder incontinence, or saddle anesthesia.

**Physical Exam:**
GEN:AAO x 3, cooperative
INSPECTION: grossly normal
ROM: trunk flexion and extension WFL (within functional limits)
    LLE:WFL        RLE: WFL
MOTOR:
    RLE: hip 5/5, knee 5/5, ankle DF 5/5, PF 5/5, great toe extension 5/5
    LLE: hip 5/5, knee 5/5, ankle DF 5/5, PF 5/5, great toe extension 5/5
SENSORY: subjective decreased sensation to light tough along left lateral thigh
DTR's: 2/4 B/L, no clonus
SPECIAL TEST: (-) SLR BLE
MOBILITY: independent in ambulation without AD

*Dr. Heny*
*see attached*

## HEALTH TRANSFER INFORMATION PURSUANT TO SECTION 601 (a) CORRECTION LAW

Name: Martin _[handwritten]_ 4/11/79 _[handwritten]_

| (Last) | (First) | (MI) | (DOB) | NYSID/DIN/Class & Movement |

Medications: List or attached profiles:

| NAME | DOSAGE | ROUTE | FREQUENCY |
|------|--------|-------|-----------|
| _[handwritten, illegible]_ | | | |
| _[handwritten, illegible]_ | | | |
| _[handwritten, illegible]_ | | | |
| | | | |
| | | | |

**MEDICAL SECTION COMPLETED BY:**

_[handwritten]_ 516-353-___

Print Name/Title/Facility/Phone w/extension _____ Date: _[handwritten]_

### MENTAL HEALTH INFORMATION:

1. Is the inmate currently receiving mental health services? ☐ No ☐ Yes. If yes, list diagnoses:
   - Axis I: _____
   - Axis II: _____
   - Axis III: _____
   - Current psychiatric symptoms: _____

2. Is the inmate on psychiatric medication(s)? ☐ No ☐ Yes. If yes, list medication, dose, frequency, and compliance.
   If injectable, indicate last date given: _____

3. Is the inmate currently in specialized housing for inmates with mental health illness? ☐ No ☐ Yes

4. Is the inmate assaultive? ☐ No ☐ Yes. If yes, provide history: _____

5. Is the inmate currently on a suicide watch? ☐ No ☐ Yes    date / /
   Has the inmate recently been on a suicide watch? ☐ No ☐ Yes    Date / /   To: / /
   Has the inmate made a suicide attempt during this incarceration? ☐ No ☐ Yes    Date / /
   Has the inmate engaged in self-injurious behavior? ☐ No ☐ Yes    Date / /
   If "Yes" to any of the above, briefly describe: _____

6. Has the inmate ever been psychiatrically hospitalized? ☐ No ☐ Yes

7. Any psychiatric hospitalizations during this incarceration? ☐ No ☐ Yes
   If "Yes" to either, hospital and date (Attach discharge summary) _____

**MENTAL HEALTH SECTION COMPLETED BY:**

Print Name/Title/Facility/ Phone # w/extension    Date: _[handwritten]_

COPIES: White – Receiving Facility; Canary – Receiving OMH Unit Chief; Pink – Intransit Facility; Gold – Sending Facility

**INTERNAL CLINIC
REFERRAL SERVICES**

PATIENT NAME: Rodriguez Marlon

ICN/NCC NUMBER: 1704153

DATE OF BIRTH: 11/6/79

GENDER:

Date: 4/11/19    Time: 11 AM

Type of consult-Check appropriate line:

☐ Optometry        ☐ Infectious Disease    ☐ Medical      ☒ Ortho
☐ Podiatry         ☐ Dietary               ☐ Dental       ☐ Physical Therapy
☐ Case Management  ☐ Mental Health         ☐ HIV Testing  ☐ OBGYN
☐ Other _____

☐ Urgent (ASAP): Nature of problem: _____

_____

_____

☒ Routine: Nature of Problem: 40 y/o H o? s/p fall down stairs in jail on 3/19/19. Continues to c/o Rt upper neck pain and pain going down @ buttocks to LE. On Naprosyn, Robaxin. Tramadol DC'ed. X-Ray neg

Chronic Care Clinic: Check all apply:

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)
☐ Endocrine (Diabetes, Thyroid, etc.)
☐ Gastrointestinal Hepatitis, Cirrhosis, etc.)
☐ Immunity (HIV)
☐ Miscellaneous (Glaucoma, Seizure Disorder, etc.)
☐ Oncology (Cancer, Leukemia, etc.)
☐ Pulmonary (Asthma, COPD, etc.)
☐ Renal (Dialysis, Kidney Disease, etc.)
☐ Tuberculosis (+PPD, TB Disease)

Signature: _____    Date: 4/11/19  Time: 11 AM

Print Name and Title: _____

MINOU ABSY-JAGHAB, MD
13996

Scanned 4/11/19
1327
au

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

**PATIENT NAME** (Nombre) (Non Pasyan an)
Rodriguez Marbin

**ICN/NCC NUMBER**
17004153

**DATE OF BIRTH** (Fecha de Nacimiento)
(Dat Nesans)
04/06/79

**DATE AND TIME** (Fecha) (Dat ak Lè)
11/28/18

**HOUSING UNIT** (Loalidad) (Inite Lojman)
E 1 G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I need my mez cuz They ran out   They taking me out

Seen
11/29/18
NT

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check UNDERLINE ONE box below and sign)

☑ URGENT: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO HCP: _____

☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

**TRIAGE DATE**
11/28/18

**TIME**
11P

**DATE**
11/28/18

**TIME**
11P

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an): Rodriguez Morbin

ICN/NCC NUMBER: 14004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans): 08-06-79

DATE AND TIME (Fecha) (Dat ak Là): 10/29/18

HOUSING UNIT (Loalidad) (Inite Lojman): F1G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I want to see a doctor for my left pain. The pain is still constant and spreading. Can I get some type of pain reliever

[signature] SANCHEZ, MD

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME: MPierre

TRIAGE DATE: 10/29/18    TIME: 2236

NURSE SIGNATURE/PRINT NAME: [signature]

DATE: 10/29/18    TIME: 1020

61584322 (2/5/18) 1.1

Marbin Rodriguez

# SICK CALL REQUEST

ICN/NCC NUMBER: 19004153      DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans): 0406179

DATE AND TIME (Fecha) (Dat ak Lè): 10/2/18 à      HOUSING UNIT (Loalidad) (Inite Lojman): F1G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

I want to know when am I being taken to the hospital for my leg because I am in a lot of pain. After I stop taking the pain medication I haven't been able to sleep for 3 days.

CARL HENRI SANCHEZ, MD

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____      ☐ REFER TO BEHAVIORAL HEALTH: _____

☑ REFER TO HCP: _____      ☐ REFER TO NURSE SICK CALL: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment:   Temp _____   Pulse _____   Resp _____   BP _____   Wt_____

Action Taken/Outcome: _____

Folashade Williams, FNP
NPI# 1790127751
LIC# 338062

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE: 10/2/18      TIME: 1030p

DATE: 10/2/18      TIME: 2000

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Marbin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)
0406 179

DATE AND TIME (Fecha) (Dat ak Lè)
12/8/18

HOUSING UNIT (Loalidad) (Inite Lojman)
E1 G    46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

May I get medication at Noon as well because my leg be hurting at Noon as well So I was asking if you would give me medication at noon

*(handwritten notations)*

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME

_____
NURSE SIGNATURE/PRINT NAME

TRIAGE DATE
12/8/18
DATE

TIME
2200
TIME

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an) Rodriguez Marbin

ICN/NCC NUMBER 17004153      DATE OF BIRTH (Fecha de Nacimiento) 04/06/179
(Dat Nesans)

DATE AND TIME (Fecha) (Dat ak Lè) 11/28/18      HOUSING UNIT (Loalidad) (Inite Lojman) E 1 G 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:
I need my mez cuz They ran out  They taking me out

See
11/29/18
NT

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check __ONE__ box below and sign)

☑ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:   Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE 11/28/18      TIME 11P

DATE 11/28/18      TIME 1CP

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
Rodriguez Marbin

ICN/NCC NUMBER
17004153

DATE OF BIRTH (Fecha de Nacimiento)
(Dat Nesans)
0406 179

DATE AND TIME (Fecha) (Dat ak Lè)
12/8/18

HOUSING UNIT (Loalidad) (Inite Lojman)
E1B 46

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

May I get medication at Noon as well because my leg be hurting at Noon as well so I was asking If you would give me medication at noon

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment:  Temp _____  Pulse _____  Resp _____  BP _____  Wt _____

Action Taken/Outcome: _____

_____

HCP SIGNATURE/PRINT NAME

NURSE SIGNATURE/PRINT NAME

TRIAGE DATE
12/8/18
DATE

TIME
2200
TIME

# PHYSICIAN'S ORDER SHEET

DRUG ALLERGIES
*NKDA*
FOOD ALLERGIES

ENVIRONMENTAL ALLERGIES

PATIENT NAME: *RODRIGUEZ, MARBIN*

ICN/NCC NUMBER: *1700 4157*

DATE OF BIRTH: *4/16/79*

GENDER: *M*

## NUMC DO NOT USE SYMBOLS AND ABBREVIATIONS
IU, MgSO4, MS, MSO4, q.o.d., Qd, q.d., U, trailing Zero (X.0mg), lack of leading zero (.Xmg)

| DATE ORDERED | ORDERS AND SIGNATURE | NURSE'S INITIALS |
|---|---|---|
| 7/4/19 1600 | Chronic care refusal [signature] Paulus NP  noted | |
| 7/5/19 | 24 hour chart review done — Jackson | |
| 8/15/19 64pm | ① Back brace (size medium) ② PT eval (unknown) HANI MEMBERS, PA 66586 | |

61584340 (9/1/17) L1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

**SICK CALL REQUEST**

(Please Print)

PATIENT NAME (Nombre) (Non rasyan an) Rodriguez Maxbill

ICN/NCC NUMBER 17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans) 04/06/79

DATE AND TIME (Fecha) (Dat ak Lè) 2/10/19

HOUSING UNIT (Loalidad) (Inite Lojman) E16 18

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

REFILL FOR NAPROXIN

Addressed
2/10/19

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☑ URGENT: _____

☑ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME _____

NURSE SIGNATURE/PRINT NAME _____

TRIAGE DATE 2·10·19

DATE

TIME 2:15

TIME

61584322 (2/5/18) 1.1

Patient Name: RODRIGUEZ, MARBIN
MRN: 17060088J
DOB: 04/06/1971
Sex: M
Patient Accession: CR15678-19
Study Date: 03/19/2019 12:30
Study Description: LSPIN2 LUMBOSACRAL SPINE 2 OR 3 VIEWS

Interpreter: (05316)
Transcriptionist: (784)
Report Date: 03/19/2019 12:12:00
Report Status: Final
================= Begin of Report Content =================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17060088J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15678-19 LUMBOSACRAL SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

EXAMINATION:
LUMBAR SPINE: AP, Lateral, Coned-down

HISTORY:
S/P FALL DOWN STAIRS

FINDINGS:

The lumbar vertebral body heights are maintained.

There is straightening of the lumbar lordosis but the posterior
margins of the lumbar vertebral bodies are aligned.

The lumbar disc space heights are preserved.

No destructive osseous lesion is seen.

Page: 1

The intervertebral disc space heights above C6 are maintained.

There is no prevertebral soft tissue swelling.

The odontoid, as visualized, appears unremarkable.

IMPRESSION:
*Exam limited for evaluation of C7 and the cervicothoracic junction.
*No acute fracture or subluxation above C7.

ICD-10 Code: W10.8XXA;M54.2

Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:25:02
Approved By: KRUMENACKER, JOHN
Last Updated Time: 03/19/2019 17:06:45
Job Status: FINAL

================= End of Report Content =================

Interpreter:     (11944)
Transcriptionist: (784)
Report Date:     03/19/2019 12:12:00
Report Status:     Preliminary
================= Begin of Report Content =================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17004153J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15679-19 C SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE

EXAMINATION:
LUMBAR SPINE: AP, Lateral, Coned-down

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
None available.

FINDINGS:
The vertebral bodies heights are preserved. The bone mineralization
is normal.

There is grade 1 anterolisthesis of L5 with respect to S1.

The lumbar disc spaces are grossly maintained. Minimal
osteophytosis, facet joint hypertrophy and endplate sclerotic changes

The SI joints are symmetric.


IMPRESSION:
No evidence of acute fracture or gross subluxation.

ICD-10 Code:


Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:38:21
Job Status: PRELIMINARY

============== End of Report Content ==============

Other reports for RODRIGUEZ, MARBIN (MRN: 17060088J)

| Study Description | Accession Number | Report Date & Time | Study Date & Time | # of Reports |
|---|---|---|---|---|
| FEMURL FEMUR 2 VIEWS LEFT | CR50349-18 | 08/28/2018 09:48 | 08/28/2018 09:44 | 3 |
| CHEST2 CHEST 2 VIEWS | CR7822-19 | 02/08/2019 09:37 | 02/08/2019 09:40 | 3 |
| CSP2 C SPINE 2 OR 3 VIEWS | CR15679-19 | 03/19/2019 12:12 | 03/19/2019 12:17 | 2 |

Patient Name: RODRIGUEZ, MARBIN
MRN: 17004153J
DOB: 04/16/1971
Sex: M
Patient Accession: CR50349-18
Study Date: 08/28/2018 09:44
Study Description: FEMURL FEMUR 2 VIEWS LEFT

Interpreter:     (05316)
Transcriptionist: (784)
Report Date:     08/28/2018 09:48:00
Report Status:    Final
=========== Begin of Report Content ===========

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17004153J
Loc:JAIL M DOB:04/16/1971
Dr:HENIG,DONNA L. Date of Exam:08/28/2018
Order #: CR50349-18 FEMUR 2 VIEWS LEFT
The undersigned attending reviewed and agreed with the interpretation.

EXAMINATION:
LEFT FEMUR RADIOGRAPHS: AP, Lateral

HISTORY:
R/O CAUSE OF LEFT THIGH PAIN

COMPARISON/CORRELATION:
Noneavailable.

FINDINGS:

The femoral head is not imaged. Subject to this limitation, no
osseous destruction or erosion, periosteal reaction, or fracture is
identified. No soft tissue gas or unusual soft tissue calcifications
are seen. The bone mineralization is normal.

Page: 1

# TREATMENT SHEET

**PATIENT NAME** 1700Y153 Rodriguez, Marlon, 64

**ICN/NCC NUMBER** 4-16-79

**LOCATION** M

**DATE OF BIRTH**

**GENDER**

☐ Daily

☐ Twice a day

☐ PRN

☐ Weekly

☐ Monthly

To be done on: _____

**INSTRUCTIONS**

CMP    CBC $\overline{C}$ Diff
LFT

12

20

Requested By _____ 6-23-19 _____

| DATE | TIME | SIGNATURE / STAMP | COMMENTS |
|------|------|-------------------|----------|
| 6/24/19 | 0930 | C George | Collected |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

61584424 (1/28/19) 1.1

UNDERSIGNING ATTENDING.

EXAMINATION:
CERVICAL SPINE: AP, Lateral, Odontoid, Fuchs

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
Noneavailable

FINDINGS:
C7 is not well visualized on lateral projection.

Examination of the visualized cervical spine demonstrates no acute
fracture or subluxation.

The vertebral body heights are grossly preserved.

The posterior margins of the cervical vertebral bodies are grossly
aligned. Minimal marginal osteophytosis and endplate sclerotic
changes.

The intervertebral disc spaces are maintained.

There is no significant prevertebral soft tissue swelling.

The odontoid, as visualized, appears unremarkable. The lateral
masses of C1 and C2 are aligned.

IMPRESSION:
Limited study.
No evidence of acute fracture or subluxation.

ICD-10 Code:

Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:25:02
Job Status: PRELIMINARY

============= End of Report Content =============

Other reports for RODRIGUEZ, MARBIN (MRN: 17060088J)

EXAMINATION:
LUMBAR SPINE: AP, Lateral, Coned-down

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
None available.

FINDINGS:
The vertebral bodies heights are preserved. The bone mineralization
is normal.

There is grade 1 anterolisthesis of L5 with respect to S1.

The lumbar disc spaces are grossly maintained. Minimal
osteophytosis, facet joint hypertrophy and endplate sclerotic changes

The SI joints are symmetric.

IMPRESSION:
No evidence of acute fracture or gross subluxation.

ICD-10 Code:

Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:38:21
Job Status: PRELIMINARY

================ End of Report Content ================

Other reports for RODRIGUEZ, MARBIN (MRN: 17060088J)

| Study Description | Accession Number | Report Date & Time | Study Date & Time | # of Reports |
|---|---|---|---|---|
| FEMURL FEMUR 2 VIEWS LEFT | CR50349-18 | 08/28/2018 09:48 | 08/28/2018 09:44 | 3 |
| CHEST2 CHEST 2 VIEWS | CR7822-19 | 02/08/2019 09:37 | 02/08/2019 09:40 | 3 |
| CSP2 C SPINE 2 OR 3 VIEWS | CR15679-19 | 03/19/2019 12:12 | 03/19/2019 12:17 | 2 |

Patient Name: RODRIGUEZ, MARBIN
MRN: 17060088J
DOB: 04/06/1971
Sex: M
Patient Accession: CR15679-19
Study Date: 03/19/2019 12:17
Study Description: CSP2 C SPINE 2 OR 3 VIEWS

Interpreter:      (05316)
Transcriptionist: (784)
Report Date:      03/19/2019 12:12:00
Report Status:    Final

=== Begin of Report Content ===

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17060088J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15679-19 C SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

EXAMINATION:
CERVICAL SPINE: AP, Lateral, open-mouth

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
Noneavailable

FINDINGS:

C7 is obscured by the shoulders on the lateral projection.

The cervical vertebral body heights above C7 are preserved.

There is straightening of the cervical lordosis but the posterior
margins of the cervical vertebral bodies above C7 are aligned.

Page: 1

Patient Name: RODRIGUEZ, MARBIN
MRN: 17060088J
DOB: 04/06/1971
Sex: M
Patient Accession: CR15678-19
Study Date: 03/19/2019 12:30
Study Description: LSPIN2 LUMBOSACRAL SPINE 2 OR 3 VIEWS

*17004103*

*E1618*

Interpreter:      (05316)
Transcriptionist: (784)
Report Date:      03/19/2019 12:12:00
Report Status:    Final

============================= Begin of Report Content =============================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Final

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17060088J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15678-19 LUMBOSACRAL SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

**EXAMINATION:**
LUMBAR SPINE: AP, Lateral, Coned-down

**HISTORY:**
S/P FALL DOWN STAIRS

**FINDINGS:**

The lumbar vertebral body heights are maintained.

There is straightening of the lumbar lordosis but the posterior
margins of the lumbar vertebral bodies are aligned.

The lumbar disc space heights are preserved.

No destructive osseous lesion is seen.

The intervertebral disc space heights above C6 are maintained.

There is no prevertebral soft tissue swelling.

The odontoid, as visualized, appears unremarkable.

IMPRESSION:
*Exam limited for evaluation of C7 and the cervicothoracic junction.
*No acute fracture or subluxation above C7.

ICD-10 Code: W10.8XXA;M54.2

Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:25:02
Approved By: KRUMENACKER, JOHN
Last Updated Time: 03/19/2019 17:06:45
Job Status: FINAL

========================== End of Report Content ==========================

Interpreter:     (11944)
Transcriptionist: (784)
Report Date:      03/19/2019 12:12:00
Report Status:    Preliminary

========================== Begin of Report Content ==========================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17004153J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15679-19 C SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE

The SI joints are symmetrical in appearance.

No unusual paravertebral calcifications are identified.

IMPRESSION:

No acute fracture.
No subluxation.
No significant degenerative changes.

ICD-10 Code: M54.5;W10.8XXA


Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:38:21
Approved By: KRUMENACKER, JOHN
Last Updated Time: 03/19/2019 17:26:31
Job Status: FINAL

========== End of Report Content ==========


Interpreter:     (11944)
Transcriptionist: (784)
Report Date:     03/19/2019 12:12:00
Report Status:   Preliminary
========== Begin of Report Content ==========


Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17004153J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15678-19 LUMBOSACRAL SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.


THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE
UNDERSIGNING ATTENDING.

UNDERSIGNING ATTENDING.

EXAMINATION:
CERVICAL SPINE: AP, Lateral, Odontoid, Fuchs

HISTORY:
S/P FALL DOWN STAIRS

COMPARISON/CORRELATION:
None available

FINDINGS:
C7 is not well visualized on lateral projection.

Examination of the visualized cervical spine demonstrates no acute fracture or subluxation.

The vertebral body heights are grossly preserved.

The posterior margins of the cervical vertebral bodies are grossly aligned. Minimal marginal osteophytosis and endplate sclerotic changes.

The intervertebral disc spaces are maintained.

There is no significant prevertebral soft tissue swelling.

The odontoid, as visualized, appears unremarkable. The lateral masses of C1 and C2 are aligned.

IMPRESSION:
Limited study.
No evidence of acute fracture or subluxation.


ICD-10 Code:


Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:25:02
Job Status: PRELIMINARY

===================== End of Report Content =====================

Other reports for RODRIGUEZ, MARBIN (MRN: 17060088J)

The SI joints are symmetrical in appearance.

No unusual paravertebral calcifications are identified.

IMPRESSION:

No acute fracture.
No subluxation.
No significant degenerative changes.

ICD-10 Code: M54.5;W10.8XXA

Dictated By: BAIG, ASAD
Dictation Date/Time: 03/19/2019 13:38:21
Approved By: KRUMENACKER, JOHN
Last Updated Time: 03/19/2019 17:26:31
Job Status: FINAL

======================= End of Report Content =======================

Interpreter:      (11944)
Transcriptionist: (784)
Report Date:      03/19/2019 12:12:00
Report Status:    Preliminary
======================= Begin of Report Content =======================

Nassau Health Care Corporation
NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike East Meadow, NY 11554
(516) 572-6635
Department of Radiology
Preliminary

Patient:RODRIGUEZ,MARBIN 47Y M MRN:17004153J
Loc:JAIL M DOB:04/06/1971
Dr:HENIG,DONNA L. Date of Exam:03/19/2019
Order #: CR15678-19 LUMBOSACRAL SPINE 2 OR 3 VIEWS
The undersigned attending reviewed and agreed with the interpretation.

THIS IS A PRELIMINARY REPORT AND HAS NOT BEEN REVIEWED BY THE
UNDERSIGNING ATTENDING.

**SICK CALL REQUEST**

Rodriguez Marbik

| | |
|---|---|
| PATIENT NAME (Nombre) | |
| 17-004153 | 00 06. 79 |
| ICN/NCC NUMBER | DATE OF BIRTH (Fecha de Nacimiento) |
| 1/8/19 | E 16 18 |
| DATE AND TIME (Fecha) | HOUSING UNIT (Loalidad) |

**PROBLEM: (Be Specific)**
**PROBLEMA:**
**PWOBLEM:**

The medicine that I'm presently receiving for my leg is not working can I get the old prescription or see a Doctor. Know my eat pain is extending throusout my leg

Pt seen
1/10/19

NURSE SIGNATURE:

DATE: 1/8/19   TIME: 2040

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ URGENT: _____

☒ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ OTHER: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

MODELINE PIERRE, NP
50451

NURSE SIGNATURE:

TRIAGE DATE: 1/8/19   TIME: 2157

1584322 (9/1/17) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an): Rodriguez Marbin

ICN/NCC NUMBER: 17004153

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans): 04/06/179

DATE AND TIME (Fecha) (Dat ak Lè): 5/28/19

HOUSING UNIT (Loalidad) (Inite Lojman): E1G 04

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

Have not recieved my copy of my medical records yet which I sent with notary stamped

Need to See Dentist He told me to put in paperwork but has yet to call me to see him

RECEIVED
MAY 3 1 2019
By _____

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check ONE box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____  SICK CALL COMPLETED 5/30/19

☑ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME: MODELINE PIERRE, NP 50451

TRIAGE DATE: 5/28/19

TIME: 2301

NURSE SIGNATURE/PRINT NAME: _____

DATE: 5/28/19

TIME: 2139

61584322 (2/5/18) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL CENTER

## SICK CALL REQUEST

(Please Print)

PATIENT NAME (Nombre) (Non Pasyan an)
*Rodriguez Merbia*

ICN/NCC NUMBER
*17004153*

DATE OF BIRTH (Fecha de Nacimiento) (Dat Nesans)
*04/06/179*

DATE AND TIME (Fecha) (Dat ak Lè)
*5/24/19*

HOUSING UNIT (Loalidad) (Inite Lojman)
*E1C 04*

**PROBLEM: (Be Specific)**
PROBLEMA:
PWOBLEM:

My medication ran out need refill please and just need pain pills thank you

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME _____

NURSE SIGNATURE/PRINT NAME _____

TRIAGE DATE
*5/25*

DATE
*5/24/19*

TIME
*7:18 a*

TIME
*10-02*

61584322 (2/5/18) 1.1

NASSAU COUNTY CORRECTIONAL CENTER

# SICK CALL REQUEST

**PATIENT NAME** (Nombre) (Non Pasyan an): Rodriguez, Corbin

**ICN/NCC NUMBER:** 17004153

**DATE OF BIRTH** (Fecha de Nacimiento) (Dat Nesans): 04/06/79

**DATE AND TIME** (Fecha) (Dat ak Lè): 5/27/19

**HOUSING UNIT** (Loalidad) (Inite Lojman): E1C 04

**PROBLEM:** (Be Specific)
**PROBLEMA:**
**PWOBLEM:**

2nd Request

To give me my meds. am in pain alot
To speak with Doctors as soon as possible
4 days without meds

Seen 5/28/19

R

---

**TRIAGE DECISION BY HEALTHCARE PROVIDER** (Only check <u>ONE</u> box below and sign)

☐ URGENT: _____

☐ REFER TO HCP: _____

☐ REFER TO DENTAL: _____

☐ REFER TO BEHAVIORAL HEALTH: _____

☐ REFER TO NURSE SICK CALL: _____

☐ CALL Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

Action Taken/Outcome: _____

HCP SIGNATURE/PRINT NAME: _____

NURSE SIGNATURE/PRINT NAME: _____

TRIAGE DATE / DATE: 5/29/19

TIME / TIME: 2:00

61584322 (2/5/18) 1.1

FROM:

MARBIN RODRIGUEZ
A# 212-945-199
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, N.Y. 14020

TO:

USMS

CLERK OF U.S. DISTRICT COURT
EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, New York 11722

UNITED STATES
POSTAL SERVICE®

PRIORITY MAIL®

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the

rage.

3 Pickup,

JP

## US POSTAGE PAID

$0.00

Origin: 14020
04/06/22
3505200020-07

PRIORITY MAIL 2-DAY®

2 Lb 1.10 oz

1006

EXPECTED DELIVERY DAY: 04/09/22

C003

SHIP
TO:
100 FEDERAL PLZ
CENTRAL ISLIP NY 11722-4438

USPS TRACKING® #

9505 5143 7088 2096 5714 70

Retail

POSTAL SERVICE.