**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

May 2, 2022

**Via ECF and First-Class Mail**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Rodriguez v. The County of Nassau, et al.
              CV-18-3845 (JMA) (JMW)

Dear Judge Azrack:

      The Office of the Nassau County Attorney represents defendants County of Nassau, Police Commissioner for Nassau County 5th Precinct, Detective Kelly, Sergeant Gubba, and Police Officers Nordquist, Leeb, McGowan, Battista, and Grogan, in the above-referenced action.

      Defendants motion for summary judgment pursuant to Federal Rules of Civil Procedure 56 is now fully briefed. In accordance with Section IV.G.2 of this Court's Individual Rules below is a list of all documents constituting that motion. A courtesy copy of these documents is being submitted today.

| Document Name/Description | Docket Entry ("DE") |
|---|---|
| Notice of Motion | 50 |
| Rule 56.1 Statement of Undisputed Material Facts | 50-1 |
| Rule 56.2 Notice to Pro Se Litigant | 50-2 |
| Declaration | 51 |
| Exhibit A – Summons and Complaint | 51-1 |
| Exhibit B - Answer | 51-2 |
| Exhibit C – Victim's Supporting Depositions | 51-3 |
| Exhibit D – Signed Consents to Search | 51-4 |
| Exhibit E – Hon. Quinn Decision after Hearings | 51-5 |
| Exhibit F – Court Order re: Grand Jury Proceedings | 51-6 |
| Exhibit G – Copy of Indictment | 51-7 |
| Exhibit H – Copy of Signed Miranda Card | 51-8 |
| Exhibit I – Plaintiff's Confession | 51-9 |
| Exhibit J – Color Copy of Plaintiff's MugShot | 51-10 |
| Exhibit K – Color Copy of Plaintiff's NCCC ID Card Photo | 51-11 |

| | |
|---|---|
| Exhibit L – Signed Physical Condition Questionnaires (2) | 51-12 |
| Exhibit M – NCCC Medical Intake Evaluation | 51-13 |
| Exhibit N – Sentencing Form | 51-14 |
| Defendants' Memorandum of Law in Support of Summary Judgment | 52 |
| Certificate of Service for Defendants' Initial Motion Papers | 52-1 |
| Plaintiff's Opposition to Summary Judgment | 53 |
| Reply Memorandum of Law | 54 |
| Defendants' Response to Plaintiff's Statement of Facts | 54-1 |
| Certificate of Service for Defendants' Reply | 54-2 |

Thank you for your time and attention to this matter.

Respectfully submitted,

*Liora M. Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney

Enclosures

cc: Marbin Rodriguez (without enclosures)
    Plaintiff *Pro Se*
    (Via First Class Mail)